**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Real Goods Solar, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Alteris ISI LLC**<br>**DBA  Alteris Renewables, Inc.**<br>**DBA  Alteris RPS, LLC**<br>**DBA  Earth Friendly Energy Group Holdings, LL**<br>**DBA  Elemental Energy, LLC**<br>**DBA  Marin Solar, Inc.**<br>**DBA  Mercury Commercial Solar Fund I, LLC**<br>**DBA  Mercury Energy, Inc.**<br>**DBA  Mercury Residential Solar Fund I, LLC**<br>**DBA  Mercury Solar Birch, LLC**<br>**DBA  Mercury Solar Cedar, LLC**<br>**DBA  Mercury Solar Pine, LLC**<br>**DBA  Mercury Solar Systems, Inc.**<br>**DBA  Real Goods Energy Tech, Inc.**<br>**DBA  Real Goods Solar, Inc.**<br>**DBA  Real Goods Solar, Inc. - Mercury Solar**<br>**DBA  Real Goods Syndicated, Inc.**<br>**DBA  Real Goods Trading Corporation**<br>**DBA  RGS Capital, LLC**<br>**DBA  RGS Energy**<br>**DBA  RGS Energy Asset Management, LLC**<br>**DBA  RGS Financing, Inc.**<br>**DBA  Sunetric Management, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-1851813**<br>**26-3503699**<br>**26-3309222**<br>**01-0805560**<br>**30-0435438**<br>**84-1279816**<br>**26-1851813**<br>**26-2959569**<br>**68-0227324**<br>**26-1851813**<br>**35-2509918** |
| 4. | Debtor's address | **Principal place of business**<br><br><br>**110 16th St**<br>**Fl 3**<br>**Denver, CO 80202-5202**<br>Number, Street, City, State & ZIP Code<br><br>**Denver**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business** |

Debtor    **Real Goods Solar, Inc.**
_____
Name

Case number (*if known*)
_____

_____
Number, Street, City, State & ZIP Code

---

**5.    Debtor's website** (URL)      **www.rgsenergy.com**

---

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor   **Real Goods Solar, Inc.**
_____     Case number (*if known*) _____
Name

**7.**   **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |

Debtor  **Real Goods Solar, Inc.**                                    Case number (*if known*) _____
     Name

---

**11.  Why is the case filed in**  *Check all that apply:*
    **this district?**

    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**  ■ No
    **have possession of any**
    **real property or personal**  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                         Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

             Contact name _____

             Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
    **available funds**

    ■  Funds will be available for distribution to unsecured creditors.

    ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
    **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Real Goods Solar, Inc.**                              Case number (*if known*) _____
    Name

**■ Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 5, 2020**
               MM / DD / YYYY

X **/s/ Dennis Lacey** _____        **Dennis Lacey** _____
  Signature of authorized representative of debtor        Printed name

Title   **Authorized Signatory** _____

**18. Signature of attorney**

X **/s/ Arthur Lindquist-Kleissler** _____  Date **March 5, 2020** _____
  Signature of attorney for debtor                  MM / DD / YYYY

**Arthur Lindquist-Kleissler** _____
Printed name

**Lindquist-Kleissler & Company, LLC** _____
Firm name

**950 S Cherry St Ste 418**
**Denver, CO 80246-2662** _____
Number, Street, City, State & ZIP Code

Contact phone   **(303) 691-9774** _____  Email address   **arthuralklaw@gmail.com** _____

**9822 Colorado** _____
Bar number and State

Additional DBA's :

INDEPENDENT ENERGY SYSTEMS, INC.
REAL GOODS CARLSON, INC.
REAL GOODS MARIN, INC.
REAL GOODS TRADING COMPANY
REAL GOODS TRADING COMPANY, INC.
REGRID POWER, INC.
SOLAR WORKS, LLC
SOLARWRIGHTS, INC.
SYNDICATED SOLAR, INC. DBA SYNDICATED SOLAR CONSTRUCTION
EARTH FRIENDLY ENERGY GROUP, LLC

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 7

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>0001425565</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>December 31, 2019</u>.

    a. Total assets                            $ <u>13,362,321.00</u>

    b. Total debts (including debts listed in 2.c., below)     $ <u>9,869,523.00</u>

    c. Debt securities held by more than 500 holders

                                                     Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

    d. Number of shares of preferred stock                    <u>53,877</u>
    e. Number of shares common stock                       <u>120,411,570</u>

    Comments, if any: _____

3. Brief description of debtor's business: <u>Real Goods Solar, Inc. is America's Original Solar Company and exclusive manufacturer of POWERHOUSE, an innovative in-roof solar shingle using technonology developed by The Dow Chemical Company.</u>

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    <u>None</u>

**Fill in this information to identify the case:**

Debtor name  **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other | **$118,420.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$8,748,000.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other | **$12,729,000.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Pro Service**<br>6600 Kalanianaole Hwy Ste 200<br>Honolulu, HI 96825-1298 | **December 2019 to February 2020** | **$106,728.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Inter-Island Solar Supply**<br>5400 Airport Blvd Ste 100<br>Boulder, CO 80301-2879 | **December 2019 to February 2020** | **$53,276.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Grand Solar, Inc.**<br>4882 Kilauea Ave Apt 4<br>Honolulu, HI 96816-5771 | **December 2019 to February 2020** | **$5,830.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Hawaii Business Computing, Inc.**<br>2051 Young St # 103<br>Honolulu, HI 96826-2236 | **December 2019 to February 2020** | **$6,185.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Marko Joksimovic**<br>3810 Leahi Ave Apt 203<br>Honolulu, HI 96815-4437 | **December 2019 to February 2020** | **$1,819.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **One Source Distributors, LLC**<br>2846 Awaawaloa St<br>Honolulu, HI 96819-2008 | **December 2019 to February 2020** | **$7,288.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **WIlliam Schooner**<br>608 Robin Rd<br>Lakeland, FL 33803-4841 | **December 2019 to February 2020** | **$14,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.8. **CED Greentech**<br>94-480 Akoki St Unit 1<br>Waipahu, HI 96797 | **December 2019 to February 2020** | **$36,933.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Real Goods Solar, Inc.**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Level 3 Communications** PO Box 910182 Denver, CO 80291-0182 | **December 2019 to February 2020** | **$4,059.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **State of Hawaii** 839 Punchbowl St # 203 Honolulu, HI 96813-5036 | **December 2019 to February 2020** | **$44,820.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Alpha Electric Supply, LLC** 2308 Pahounui Dr Honolulu, HI 96819-2259 | **December 2019 to February 2020** | **$11,728.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Green Vision Consulting, LLC** 2631 Nahaku Pl Apt 102 Honolulu, HI 96826-4850 | **December 2019 to February 2020** | **$5,051.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13. **Ground Pentrating Radar Systems, LLC** PO Box 932 Toledo, OH 43697-0932 | **December 2019 to February 2020** | **$1,571.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.14. **Hawaiian Electric Company** PO Box 30260 Honolulu, HI 96820-0260 | **December 2019 to February 2020** | **$1,778.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.15. **R&R Services, Inc.** 50 Beartown Rd Underhill, VT 05489-9364 | **December 2019 to February 2020** | **$15,124.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.16. **Blake Obata** PO Box 4660 Honolulu, HI 96812-4660 | **December 2019 to February 2020** | **$25,579.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |

Debtor   **Real Goods Solar, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Tropical Roofing & Raingutters, Inc.**<br>94-078 Leokane St<br>Waipahu, HI 96797-2259 | **December 2019 to February 2020** | $5,368.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Kapaa III, LLC**<br>905 Kalanianaole Hwy<br>Kailua, HI 96734-4645 | **December 2019 to February 2020** | $20,596.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Connie Lu**<br>1710 Nalulu Pl<br>Honolulu, HI 96821-1338 | **December 2019 to February 2020** | $1,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **People 2.0 North America, LLC**<br>222 Valley Creek Blvd Ste 100<br>Longmont, CO 80501 | **December 2019 to February 2020** | $7,977.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **IPFS Corporation**<br>1055 Broadway 11h Fl<br>Kansas City, MO 64101 | **December 2019 to February 2020** | $81,184.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **ACME Delivery Service**<br>PO Box 17729<br>Denver, CO 80217-0729 | **December 2019 to February 2020** | $11,007.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **Chlic-Chicago**<br>5476 Collection Center Dr<br>Chicago, IL 60693-0054 | **December 2019 to February 2020** | $13,233.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **Juan Llamas**<br>2105 Village Ln<br>Woodland, CA 95776-5328 | **December 2019 to February 2020** | $3,951.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Enterprise FM Trust**<br>**PO Box 801770**<br>**Kansas City, MO 64180-1770** | **December 2019 to February 2020** | **$4,982.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | **California Dept of Tax & Fee Admini.**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001** | **December 2019 to February 2020** | **$14,060.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.27. | **State of Alabama**<br>**445 Dexter Ave Ste 12000**<br>**Montgomery, AL 36104-3775** | **December 2019 to February 2020** | **$1,540.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.28. | **Commissioner of Securities**<br>**8660 United Plaza Blvd Fl 2**<br>**Baton Rouge, LA 70809-7004** | **December 2019 to February 2020** | **$1,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.29. | **Treasurer State of Maine**<br>**76 Northern Ave**<br>**Gardiner, ME 04345-2829** | **December 2019 to February 2020** | **$1,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Vermont Dept of Financial Regulations**<br>**89 Main St**<br>**Montpelier, VT 05620-0009** | **December 2019 to February 2020** | **$600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.31. | **Commonwealth of Massachusetts**<br>**PO Box 7089**<br>**Boston, MA 02204** | **December 2019 to February 2020** | **$2,439.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.32. | **Wright Express FSC**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | **December 2019 to February 2020** | **$2,995.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Brownstein Hyatt Farber Schreck, LLP** PO Box 172168 Denver, CO 80217-2168 | **December 2019 to February 2020** | **$139,963.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.34. **Petroleum Building, LLC** 7723 Oxford Rd Pittsburgh, PA 15122 | **December 2019 to February 2020** | **$64,239.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.35. **Skyline Solar, LLC** 191 Godwin Ave Wyckoff, NJ 07481 | **December 2019 to February 2020** | **$70,229.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **ADP c/O FIS** PO Box 842875 Boston, MA 02284-2875 | **December 2019 to February 2020** | **$2,553.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.37. **AmTrust North America** 800 Superior Ave E Cleveland, OH 44114-2613 | **December 2019 to February 2020** | **$7,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.38. **BDO USA, LLP** 500 1st Ave Pittsburgh, PA 15219-3128 | **December 2019 to February 2020** | **$22,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.39. **Canon Financial Services** 14904 Collection Center Dr Chicago, IL 60693-0149 | **December 2019 to February 2020** | **$1,782.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.40. **Corportion Service Company** PO Box 13397 Philadelphia, PA 19101 | **December 2019 to February 2020** | **$534.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41 **FJS Family, LLC**<br>19 E Dudley Town Rd<br>Bloomfield, CT 06002-1409 | December 2019 to February 2020 | $5,007.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42 **Krannich Solar East**<br>75 Twinbridge Dr Ste H<br>Pennsauken, NJ 08110-4205 | December 2019 to February 2020 | $6,009.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43 **Leasequery, LLC**<br>115 Perimeter Center Pl NE<br>Atlanta, GA 30346-1249 | December 2019 to February 2020 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44 **Mobomo, LLC**<br>1600 Spring Hill Rd<br>Vienna, VA 22182-2229 | December 2019 to February 2020 | $1,719.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.45 **Solium Holdings USA, Inc.**<br>PO Box 123530<br>Dallas, TX 75312-3530 | December 2019 to February 2020 | $2,533.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.46 **UL GMBH**<br>75 Remittance Dr Dept 1893<br>Chicago, IL 60675-1893 | December 2019 to February 2020 | $1,141.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47 **Windsor Sanitation**<br>PO Box 622<br>Windsor, CT 06095 | December 2019 to February 2020 | $1,155.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.48 **Eversource**<br>PO Box 56002<br>Boston, MA 02205-6002 | December 2019 to February 2020 | $806.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. **Cigna Life Insurance Co of New York**<br>**PO Box 41499**<br>**Philadelphia, PA 19101-1499** | **December 2019 to February 2020** | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50. **Natron Resources, Inc.**<br>**1480 Moraga Rd Ste C**<br>**Moraga, CA 94556-2005** | **December 2019 to February 2020** | $14,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. **Experis UA, Inc.**<br>**1705 17th St Ste 100**<br>**Denver, CO 80202-1260** | **December 2019 to February 2020** | $3,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. **Cobb & Marley Jay**<br>**2920 Inland Empire Blvd**<br>**Ontario, CA 91764-5564** | **December 2019 to February 2020** | $9,937.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **George Neble**<br>**184 Sonata Dr**<br>**Jupiter, FL 33478-5406**<br>**Board Member** | **2/19 to 2/20** | $2,375.10 | **Board member fee** |
| 4.2. **Ian Bowles**<br>**133 Federal St Ste 1201**<br>**Boston, MA 02110-1728**<br>**Board Member** | **2/19 to 2/20** | $40,259.63 | **Board member fee** |
| 4.3. **Pavel Bouska**<br>**1453 County Road 83**<br>**Boulder, CO 80302-9790**<br>**Board Member** | **2/19 to 2/20** | $22,150.00 | **Board member fee** |
| 4.4. **Robert Scott**<br>**9132 E Harvard Ave**<br>**Denver, CO 80231-7647**<br>**Board Member** | **2/19 to 2/20** | $35,900.00 | **Board member fee** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.** _____   Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Nicolle Dorsey** **13630 Via Varra Apt 323** **Broomfield, CO 80020-9717** **Officer** | **2/19 to 2/20** | **$52,865.38** | **Base pay and PTO** |
| 4.6. **Alan Fine** **8739 Johnson St** **Arvada, CO 80005-1256** **Officer** | **2/19 to 2/20** | **$214,207.48** | **Base pay and PTO** |
| 4.7. **Dennis Lacey** **1411 Wynkoop St Unit 805** **Denver, CO 80202-1789** **Officer** | **2/19 to 2/20** | **$216,346.20** | **Base pay and PTO** |
| 4.8. **Richard Barich** **1164 Shadow Mountain Dr** **Highlands Ranch, CO 80126-2154** **2/19 to 2/20** | **2/19 to 2/20** | **$6,778.86** | **Base pay and PTO** |
| 4.9. **Mobomo, LLC** **1600 Spring Hill Rd** **Vienna, VA 22182-2229** **Other insider** | **2/19 to 2/20** | **$6,854.62** | **Application maintenance** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise Rent-A-Car** **3250 Ualena St** **Honolulu, HI 96819-1918** | **Surrender of Leased vehicles** | **2019-2020** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Juan LLamas v. RGS Energy** **CL-19-167** | **Civil proceeding by creditor/customer** | **Superior Court - YOLO County** | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Real Goods Solar, Inc. v. Corey C Wolff** 17-CV-09754 | **Civil** | **Southern District of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Iroquois Capital Investment Group, LLC & Iroquois Master Fund, LTD v. Real Goods Solar, Inc.** 18-CV-02073 WJM | **Civil contested matter** | **USDC Colorado** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Sunetric Capital, LLC v. Elemental Energy, LLC; John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe "Non Profit" Corporations 1-50 and Doe Governmental Units 1-50; Elemental Energy, LLC v. Sean Mullen; Beth-Ann Mullen and Alex Mullen** 17-1-0372(2) | **Civil** | **Circuit Court of the Second Circuit State of Hawaii** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **Philip Sego v. Real Goods Energy Tech, Inc.** 2052SC000013 | **Civil suit - homeowner warranty claim** | **Trial Court of Massachusetts District Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **FJS Family, LLC v. Alteris Renewables, Inc. d/b/a RGS Energy** | **Collection suit - homeowner warranty claim** | **Hartford County Superior Court, Conn.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **VGS - Venture Global Solutions, LLC, 2731 Citrus Road Ste. D, Cordova, CA  95742-6303.  Money was wired to a fraudulent account based on a phising scheme.** | **None; no insurance** | **9/20/2019** | **$48,276.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lindquist-Kleissler & Company, LLC**<br>**950 S Cherry St Ste 418**<br>**Denver, CO 80246-2662** | **Check**<br>**$26,000.00 paid for corprate and pre-bankruptcy work**<br>**$7,165.00 paid for within Chapter 7** | **January 2020;**<br>**March 2020** | **$33,165.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Jon B Clarke PC**<br>**18 S Wilcox St Ste 200**<br>**Castle Rock, CO 80104-1968** | **Check** | **January 2020** | **$11,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 · **Revere Plastic Systems, LLC**<br>**401 Elm St**<br>**Clyde, OH 43410-2148** | **Promissory Note & Security Agreement** | **12/20/2019** | **$923,593.71** |
| Relationship to debtor<br>**Creditor** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

**Names, Addresses, Telephone Numbers, Emails**

Does the debtor have a privacy policy about that information?
□ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

□ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP - 401(k) Plan** | EIN:  **84-1279816** |

Has the plan been terminated?
■ No
□ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Powerhouse Warehouse (VGS)** <br>**32500 Van Born Rd** <br>**Wayne, MI 48184-2569** | **Venture Global Solutions, LLC** <br>**2731 Citrus Rd, Ste D,** <br>**Rancho Cordova, CA,** <br>**95742-6303** | **Storing inventory** | ☐ No <br>■ Yes |
| **RGS** <br>**110 16th St Fl 3** <br>**Denver, CO 80202-5202** | **Petroleum Building, LLC** <br>**7723 Oxford Rd,** <br>**Longmont, CO,** <br>**80503-8767** | **Storing inventory** | ☐ No <br>■ Yes |
| **RGS** <br>**905 Kalanianaole Hwy Ste A** <br>**Kailua, HI 96734-4645** | **Kapaa III, LL** <br>**905 Kalanianaole Hwy,** <br>**Kailua, HI, 96734-4645** | **Storing inventory** | ☐ No <br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dow** <br>**1254 Enclave Pkwy** <br>**Houston, TX 77077-2564** | **110 16th St Fl 3** <br>**Denver, CO 80202-5202** | **RMA Equipment** | **$0.00** |

Debtor   **Real Goods Solar, Inc.**   Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Misc** | **905 Kalanianaole Hwy # A**<br>**Kailua, HI 96734-4645** | **Misc customer owned materials** | **$0.00** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Alteris ISI, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.2.   **Alteris Renewables, Inc. dba Sunetric** | **Solar Energy** | EIN:   **26-3503699**<br><br>From-To |

Debtor   **Real Goods Solar, Inc.**                                        Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.3.  **Alteris RPS, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.4.  **Earth Friendly Energy Group Holdings LLC** | **Solar Energy** | EIN:        26-3309222<br><br>From-To |
| 25.5.  **Elemental Energy, LLC dba Sunetric** | **Solar Energy** | EIN:        01-0805560<br><br>From-To |
| 25.6.  **Marin Solar, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.7.  **Mercury Commercial Solar Fund I, LLC dba Mercury Commercial Finance, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.8.  **Mercury Energy, Inc.** | **Solar Energy** | EIN:        30-0435438<br><br>From-To |
| 25.9.  **Mercury Residential Solar Fund I, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.10.  **Mercury Solar Birch, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.11.  **Mercury Solar Cedar, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.12.  **Mercury Solar Pine, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.13.  **Mercury Solar Systems, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.14.  **Real Goods Energy Tech, Inc.** | **Solar Energy** | EIN:        84-1279816<br><br>From-To |
| 25.15.  **Real Goods Solar, Inc.** | **Solar Energy** | EIN:        26-1851813<br><br>From-To |
| 25.16.  **Real Goods Solar, Inc. - Mercury Solar** | **Solar Energy** | EIN:        26-2959569<br><br>From-To |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                                Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.17. **Real Goods Syndicated, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.18. **Real Goods Trading Corporation** | **Solar Energy** | EIN:   68-0227324<br><br>From-To |
| 25.19. **RGS Capital, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.20. **RGS Energy** | **Solar Energy** | EIN:   26-1851813<br><br>From-To |
| 25.21. **RGS Energy Asset Management, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.22. **RGS Financing, Inc.** | **Solar Energy** | EIN:   35-2509916<br><br>From-To |
| 25.23. **Sunetric Management, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.24. **Independent Energy Systems, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.25. **Real Goods Carlson, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.26. **Real Goods Marin, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.27. **Real Goods Trading Company** | **Solar Energy** | EIN:<br><br>From-To |
| 25.28. **Real Goods Trading Company, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.29. **Regrid Power, Inc.** | **Solar Energy** | EIN:<br><br>From-To |
| 25.30. **Solar Works, LLC** | **Solar Energy** | EIN:<br><br>From-To |
| 25.31. **Solarwrights, Inc.** | **Solar Energy** | EIN:<br><br>From-To |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                                   Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.32. **Syndicated Solar, Inc. dba Syndicated Solar Construction** | **Solar Energy** | **EIN:** <br><br> **From-To** |
| 25.33. **Earth Friendly Energy Group, LLC** | **Solar Energy** | **EIN:** <br><br> **From-To** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **BDO USA, LLP** <br> **500 1st Ave** <br> **Pittsburgh, PA 15219-3128** | **December 2018 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Moss Adams LLP** <br> **PO Box 101822** <br> **Pasadena, CA 91189-0050** | **2018 and prior** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **U.S. Securities and Exchange Commission** <br> **1961 Stout St Ste 1700** <br> **Denver, CO 80294-1700** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor   **Real Goods Solar, Inc.**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Kevin Miller** | **2/5/2020** | **3,315,218.47** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **VGS**<br>**32500 Van Born Rd**<br>**Wayne, MI 48184-2569** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Zach Eberz** | **2/5/2020** | **314,494.74** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Sunetric**<br>**905 Kalanaianole Hwy Ste A**<br>**Kailua, HI 96734** |

| | | Date of inventory | |
|---|---|---|---|
| 27.3. | **Matt Dobjeleski** | **2/5/2020** | **420,917.35** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Real Good Solar**<br>**420 Woodland Ave**<br>**Bloomfield, CT 06002-1342** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dennis Lacey** | **1411 Wynkoop St Unit 805**<br>**Denver, CO 80202-1789** | **Authorized Signatory; Board Member** | **0.565%** |
| **Ian Bowles** | **133 Federal St Ste 1201**<br>**Boston, MA 02110-1728** | **Board Member** | **0.166%** |
| **George Neble** | **184 Sonata Dr**<br>**Jupiter, FL 33478-5406** | **Board Member** | **0.050%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert Scott** | **9132 E Harvard Ave**<br>**Denver, CO 80231-7647** | **Board Member** | **to 6/25/2019** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Real Goods Solar, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Pavel Bouska | 1453 County Road 83 Boulder, CO 80302-9790 | Board Member | to 6/25/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Alan Fine | 8739 Johnson St Arvada, CO 80005-1256 | CFO, CAO, Treasurer, Principal Accounting Officer | to 1/17/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nicolle Dorsey | 13630 Via Varra Apt 323 Broomfield, CO 80020-9717 | Controller, Principal Accounting Officer | to 6/7/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Richard Barich | 1164 Shadow Mountain Dr Highlands Ranch, CO 80126-2154 | CFO Treasurer, Principal Accounting Officer | to 1/28/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

☑  Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | George Neble 184 Sonata Dr Jupiter, FL 33478-5406 | $2,375.00 | 2/19 to 2/20 | Board member fee |
|  | Relationship to debtor Board Member | | | |
| 30.2. | Ian Bowles 133 Federal St Ste 1201 Boston, MA 02110-1728 | $40,259.63 | 2/19 to 2/20 | Board member fee |
|  | Relationship to debtor Board Member | | | |
| 30.3. | Pavel Bouska 1453 County Road 83 Boulder, CO 80302-9790 | $22,150.00 | 2/19 to 2/20 | Board member fee |
|  | Relationship to debtor Board Member | | | |
| 30.4. | Robert Scott 9132 E Harvard Ave Denver, CO 80231-7647 | $35,900.00 | 2/19 to 2/20 | Board member fee |
|  | Relationship to debtor Board Member | | | |

Debtor   **Real Goods Solar, Inc.**                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Nicolle Dorsey**<br>**13630 Via Varra Apt 323**<br>**Broomfield, CO 80020-9717** | **$52,865.38** | **2/19 to 2/20** | **Base pay and PTO** |
| | **Relationship to debtor**<br>**Controller; Principal Accounting Officer** | | | |
| 30.6. | **Alan Fine**<br>**8739 Johnson St**<br>**Arvada, CO 80005-1256** | **$214,207.48** | **2/19 to 2/20** | **Base pay and PTO** |
| | **Relationship to debtor**<br>**CFO; CAO, Treasurer, Principal Accounting Officer** | | | |
| 30.7. | **Dennis Lacey**<br>**1411 Wynkoop St Unit 805**<br>**Denver, CO 80202-1789** | **$216,346.20** | **2/19 to 2/20** | **Base pay and PTO** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.8. | **Richard Barich**<br>**1164 Shadow Mountain Dr**<br>**Highlands Ranch, CO 80126-2154** | **$6,778.86** | **2/19 to 2/20** | **Base pay and PTO** |
| | **Relationship to debtor**<br>**CFO, Treasurer, Principal Accounting Officer** | | | |
| 30.9. | **Mobomo, LLC**<br>**1600 Spring Hill Rd**<br>**Vienna, VA 22182-2229** | **$6,854.62** | **2/19 to 2/20** | **Building and maintaining application for RGS** |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Real Goods Solar, Inc.** | **EIN:   26-1851813** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Real Goods Solar, Inc.**                              Case number *(if known)*

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  5, 2020**

**/s/ Dennis Lacey**                              **Dennis Lacey**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Authorized Signatory**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| **Fill in this information to identify the case:** |
|---|

Debtor name    **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................    $     **13,230,901.00**

    **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................    $     **13,230,901.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **937,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **30,712.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **5,244,036.00**

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $     **6,211,748.00**

**Fill in this information to identify the case:**

Debtor name   **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS - Control Account** | **4984** | **$7,400.00** |
| 3.2. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS - Deposit account** | **5015** | **$0.00** |
| 3.3. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS - Operating account** | **4992** | **$0.00** |
| 3.4. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS - Payroll account** | **5007** | **$0.00** |
| 3.5. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS - Permits account** | **5023** | **$1.00** |
| 3.6. | **Keybank, NA**<br>**PO Box 93885**<br>**Cleveland, OH  44101** | **RGS Financing - Deposit account** | **1650** | **$0.00** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of Hawaii**<br>**111 South King Street**<br>**Honolulu, HI 96813** | **Sunetric - Operating account** | **1607** | **$-3,528.00** |
| 3.8. | **Bank of Hawaii**<br>**111 South King Street**<br>**Honolulu, HI 96813** | **Sunetric - Operating account manual** | **3760** | **$50.00** |
| 3.9. | **American Savings Bank**<br>**1001 Bishop Street**<br>**Honolulu, HI 98613** | **Sunetric - Deposit account** | **7204** | **$0.00** |
| 3.10. | **Community Bank of Colorado**<br>**277 Broadway Street Ste. C**<br>**Denver, CO 80203** | **RGS - Checking account** | **4100** | **$-5.00** |
| 3.11. | **Community Bank of Colorado**<br>**277 Broadway Street Ste. C**<br>**Denver, CO 80203** | **Powerhouse - Deposit account** | **0382** | **$0.00** |
| 3.12. | **Community Bank of Colorado**<br>**277 Broadway Street Ste. C**<br>**Denver, CO 80203** | **Powerhouse - Operating account** | **9554** | **$1,786.00** |
| 3.13. | **Community Bank of Colorado**<br>**277 Broadway Street Ste. C**<br>**Denver, CO 80203** | **Deposit account** | **8732** | **$175.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | | |
    |---|---|
    | | **$5,879.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Insurance pre-paid expenses** | **$340,646.00** |
| 8.2. | **Software - pre-paid expenses** | **$165,267.00** |
| 8.3. | **Rent - pre-paid rentals** | **$94,849.00** |

| Debtor | **Real Goods Solar, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.4. | **Dow License Royalties - prepaid by paying legal fees to defend patents** | $333,542.00 |

| | | |
|---|---|---|
| 8.5. | **Prepaid materials** | $672,601.00 |

| 9. | **Total of Part 2.** | $1,606,905.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 2,904,815.00 | - | 332,800.00 | = .... | $2,572,015.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 93,000.00 | - | 0.00 | = .... | $93,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 28,000.00 | - | 0.00 | = .... | $28,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $2,693,015.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                    Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| **Powerhouse backlog - Purchase orders from customers. 15% restocking fee if they purchaser did not take delivery of product.** | | $7,724,120.00 | 15% Restocking f | $1,158,618.00 |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** **RGS Inventory/finished goods** | | $668,085.00 | Book value | $668,085.00 |
| | **Sunetric Inventory/finished goods** | | $377,286.00 | Book value | $377,286.00 |
| | **Powerhouse Inventory/finished goods** | | $3,183,787.00 | Book value | $3,183,787.00 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

| | |
|---|---|
| | $5,387,776.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Furniture, desks, chairs and equipment** | $105,359.00 | Book value | $105,359.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                                   Case number *(If known)* _____
         <sub>Name</sub>

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **Software**                              **$292,630.00**   **Book value**          **$292,630.00**

       **Computers, Printers, etc**               **$37,814.00**   **Book value**           **$37,814.00**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books,
       pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections;
       other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              **$435,803.00**
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Enterprise Rent-A-Car**<br><br>**2004 Ford F250 Truck**<br>**2008 Toyota Prius**<br>**2007 Ford F350D3 Diesel Truck**<br>**2008 Toyota Tacoma Truck**<br>**2007 Toyota Prius**<br>**2008 Saratoga Silverado**<br>**2008 Windwrights Toyota Prius**<br>**2010 Ford F150 Truck**<br>**2010 Ford Ranger Truck**<br>**2009 Ford Ranger Truck**<br>**2010 Ford Ranger Truck**<br>**2010 GMC Sierra Truck**<br>**2011 F350 Crewcab Utility Truck** | **$5,118.00** | | **$5,118.00** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**                              Case number *(If known)* _____
Name

47.2.   **Trailers:**

**Utility Trailer**
**2006 Trailer**
**VT Trailer**
**Trailer for Ranger**
**Demo Trailer**
**2007 Haulwark Cargo Trailer**
**2 Toyota FBE 15 Forklifts**
**7x14 Trailer**
**Royal Cargo Trailer RTTCH8, 5x24TA3**         $0.00      Liquidation                    $0.00

---

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Manufacturing Equipment**         $48,705.00      Book value         $48,705.00

**Trade Show Equipment**         $13,692.00      Book Value         $13,692.00

---

51.   **Total of Part 8.**                                                    $67,515.00

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Real Goods Solar, Inc.**
        _____   Case number *(If known)* _____
        Name

| | | | | |
|---|---|---|---|---|
| 64. | Other intangibles, or intellectual property **Dow Global Technologies, LLC - Patent License and Royalty Agreement** | **$3,000,000.00** | | **$3,000,000.00** |

65.     Goodwill

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

        | **$3,000,000.00** |
        |---|

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
        **Powerhouse backlog - Purchase orders from customers.  15% restocking fee if they purchaser did not take delivery of product., amount requested was $7,724,120 and the amount of the portion owned is $1,158,618.00; 15% restocking fee**          **$0.00**
        Nature of claim
        Amount requested                              $0.00

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor  **Real Goods Solar, Inc.**                                                    Case number *(If known)* _____
        Name

| **Leasehold Improvements** | **$34,008.00** |

| **Prepaid expenses for legal fees and other matters regarding payments on Dow behalf** | **unknown** |

78.  **Total of Part 11.**                                                              | **$34,008.00** |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor   **Real Goods Solar, Inc.**          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,879.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,606,905.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,693,015.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,387,776.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $435,803.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $67,515.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $34,008.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,230,901.00 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,230,901.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Real Goods Solar, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Revere Plastic Systems, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien — **$937,000.00** | **$2,000,000.00**

**401 Elm St**
**Clyde, OH 43410-2148**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2019**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$937,000.00**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Revere Plastic Systems, LLC**
**Glen Fish, CEO**
**39555 Orchard Hill Pl**
**Novi, MI 48375-5374** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alan Ness**<br><br>**1975 Puowaina Dr**<br>**Honolulu, HI 96813-1732** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$294.00** | **$294.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2019** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Alicia Cooper**<br><br>**9071 E Mississippi Ave Apt 1E**<br>**Denver, CO 80247-2005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$102.00** | **$102.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2019** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor **Real Goods Solar, Inc.**      Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 | $241.00 |

**Anthony Heichelbech**

**PO Box 667**
**Waialua, HI 96791-0667**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,394.00 | $2,394.00 |

**Bradford Bentzen**

**3050 W 35th Ave**
**Denver, CO 80211-2702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.00 | $424.00 |

**Christie Jean RK Siga**

**45-265 William Henry Rd Apt G-12**
**Kaneohe, HI 96744-3154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.00 | $838.00 |

**Debbie Romero**

**8660 Oakwood St**
**Westminster, CO 80031-3622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,606.00** | **$3,606.00** |
| --- | --- | --- | --- | --- |

**Dennis Lacey**

**1411 Wynkoop St Unit 805**
**Denver, CO 80202-1789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** | **$440.00** |
| --- | --- | --- | --- | --- |

**Erik Pk Su'A**

**742 Mokapu Rd**
**Kailua, HI 96734-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,423.00** | **$1,423.00** |
| --- | --- | --- | --- | --- |

**Geoffrey Lee**

**552 Kaulani Way**
**Kailua, HI 96734-2242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.00** | **$732.00** |
| --- | --- | --- | --- | --- |

**Ikaika Soberano**

**86 Iho Iho Pl**
**Wahiawa, HI 96786-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Real Goods Solar, Inc.**                                    Case number (If known) _____

_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.00 | $391.00 |
|------|---|---|---|---|

**Jason Love**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**603 Elm St**
**Lafayette, CO 80026-2673**

Date or dates debt was incurred          Basis for the claim:
**2019**

Last 4 digits of account number           Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 | $131.00 |
|------|---|---|---|---|

**Jeffrey Nistal-Sampaio**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**84-150 Jade St**
**Waianae, HI 96792-2242**

Date or dates debt was incurred          Basis for the claim:
**2019**

Last 4 digits of account number           Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.00 | $740.00 |
|------|---|---|---|---|

**Jeffrey Schulte Jr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**94-407 Leleaka Pl**
**Mililani, HI 96789-2197**

Date or dates debt was incurred          Basis for the claim:
**2019**

Last 4 digits of account number           Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.00 | $567.00 |
|------|---|---|---|---|

**Jerome Crawford**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**2637 Puninoni St**
**Wahiawa, HI 96786-2847**

Date or dates debt was incurred          Basis for the claim:
**2019**

Last 4 digits of account number           Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

Debtor **Real Goods Solar, Inc.**                               Case number (if known) _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 | $191.00 |
| | **John Andrew McCaffery** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **2762 King St** | ☐ Unliquidated | | |
| | **Denver, CO 80211-4029** | ☐ Disputed | | |

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,722.00 | $1,722.00 |
| | **John Beckman Hardwick** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **8483 S Painted Sky St** | ☐ Unliquidated | | |
| | **Highlands Ranch, CO 80126-2015** | ☐ Disputed | | |

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| | **Joshua Tinaglia** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **7129 Devinney Ct** | ☐ Unliquidated | | |
| | **Arvada, CO 80004-2072** | ☐ Disputed | | |

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.00 | $218.00 |
| | **Justin Sorem** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **1983 Puowaina Dr** | ☐ Unliquidated | | |
| | **Honolulu, HI 96813-1732** | ☐ Disputed | | |

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $524.00 | $524.00 |
|---|---|---|---|---|

**Justin Valdez**

**542 Mapu Ln Apt B**
**Honolulu, HI 96817-2241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

**Kai Lau Kong**

**7511 Kekaa St**
**Honolulu, HI 96825-2805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.00 | $193.00 |
|---|---|---|---|---|

**Kathy Anderson**

**136 Pukoa St**
**Kailua, HI 96734-1949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Koda Micah Miranda**

**609 Inuwai Pl**
**Honolulu, HI 96825-2926**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor **Real Goods Solar, Inc.**        Case number (if known) _____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,258.00 | $1,258.00 |

**2.23** | Priority creditor's name and mailing address
**Larry TF Teixeira**

**47-040 Kamehameha Hwy**
**Kaneohe, HI 96744-4730**

Date or dates debt was incurred
**2019**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

       **$1,258.00**      **$1,258.00**

---

**2.24** | Priority creditor's name and mailing address
**Laurence Brightenfield**

**171 S Amherst St**
**Castle Rock, CO 80104-8954**

Date or dates debt was incurred
**2019**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

       **$591.00**      **$591.00**

---

**2.25** | Priority creditor's name and mailing address
**Lopaka Kreusling**

**241 Hawaii Loa St**
**Honolulu, HI 96821-2046**

Date or dates debt was incurred
**2019**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

       **$1,402.00**      **$1,402.00**

---

**2.26** | Priority creditor's name and mailing address
**Matthew Dobjeleski**

**8050 Arista Pl Unit 207**
**Broomfield, CO 80021-4138**

Date or dates debt was incurred
**2019**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

       **$1,170.00**      **$1,170.00**

---

Debtor **Real Goods Solar, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Matthew Rombawa**

**921 11th Ave**
**Honolulu, HI 96816-2240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$723.00     $723.00

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address |

**Melvin Monces**

**2320 Kalihi St**
**Honolulu, HI 96819-3760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.00     $84.00

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address |

**Michael Hans**

**1109 N Marion St Apt 3**
**Denver, CO 80218-3032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$917.00     $917.00

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address |

**Nissa Anson**

**3718 1/2 Jay St Apt 1**
**Wheat Ridge, CO 80033-7400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00     $360.00

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**Quinlan Morreira-Siga**

**45-265 William Henry Rd # G-12**
**Kaneohe, HI 96744-3154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 | $167.00 |
|---|---|---|---|---|

**Raquel Aragon**

**801 S Cherry St Apt 426**
**Glendale, CO 80246-2658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.00 | $1,635.00 |
|---|---|---|---|---|

**Scott Daigle**

**6338 S Emporia Cir**
**Englewood, CO 80111-5528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,665.00 | $2,665.00 |
|---|---|---|---|---|

**Tyler Clarke**

**3401 E 38th Ave**
**Denver, CO 80205-3743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**Tyler Elaine Johnson**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2558 N Vine St**
**Denver, CO 80205-5658**

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,797.00 | $1,797.00 |
|---|---|---|---|---|

**Zachary Eberz**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**222 Liliuokalani Ave Apt 1303**
**Honolulu, HI 96815-3506**

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,797.00 | $1,797.00 |
|---|---|---|---|---|

**Zachary Englert**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**94-1016 Kikepa St**
**Waipahu, HI 96797-5500**

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.00 |
|---|---|---|---|

**ABC Supply Co., Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 748242**
**Los Angeles, CA 90074-8242**

Basis for the claim: **Business debt**

Date(s) debt was incurred **2019**

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,835.00 |
|---|---|---|---|

**ACME Distribution**

☐ Contingent
☐ Unliquidated
☐ Disputed

**19 E Dudley Town Rd**
**Bloomfield, CT 06002-1409**

Basis for the claim: **Business debt**

Date(s) debt was incurred **2019**

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

Debtor **Real Goods Solar, Inc.**

Name

Case number (*if known*) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,443.00 |
|---|---|---|---|

**ADP c/O FIS**

PO Box 842875
Boston, MA 02284-2875

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,173.00 |
|---|---|---|---|

**ADP, LLC**

175 N Hotel St Apt 109
Honolulu, HI 96817-5097

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.00 |
|---|---|---|---|

**Alert Alarm**

L-3852
Columbus, OH 43081

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,560.00 |
|---|---|---|---|

**Alliance Advisors, LLC**

200 Broadacres Dr Ste 3
Bloomfield, NJ 07003-3154

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.00 |
|---|---|---|---|

**Allied Building Products Corp**

PO Box 5670
New York, NY 10087-5670

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Alpha Electric Supply, LLC**

2308 Pahounui Dr
Honolulu, HI 96819-2259

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**AlsoEnergy**

8 Two Mile Rd Ste 202
Farmington, CT 06032-2513

Date(s) debt was incurred __2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Real Goods Solar, Inc.**        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$166,218.00** |
| | **Altus Receivables Mgmt** | ☐ Contingent |
| | | ☐ Unliquidated |
| | 98-735 Kuahao Pl | ☐ Disputed |
| | Pearl City, HI 96782-3114 | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$1,522.00** |
| | **Ambius** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 14086 | ☐ Disputed |
| | Reading, PA 19612-4086 | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **unknown** |
| | **American Arbitration Association** | ☐ Contingent |
| | | ☐ Unliquidated |
| | 1101 Laurel Oak Rd Ste 100 | ☐ Disputed |
| | Voorhees, NJ 08043-4301 | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$29,000.00** |
| | **American Express** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 53852 | ☐ Disputed |
| | Phoenix, AZ 85072 | |
| | Date(s) debt was incurred **2018-2019** | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$400.00** |
| | **Amherst Landscape & Design** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 1014 | ☐ Disputed |
| | Date(s) debt was incurred **2019** | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$78,468.00** |
| | **AmTrust North America** | ☐ Contingent |
| | | ☐ Unliquidated |
| | 800 Superior Ave | ☐ Disputed |
| | Louisville, CO 80027 | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **unknown** |
| | **Anthem Blue Cross Blue Shield** | ☐ Contingent |
| | | ☐ Unliquidated |
| | 700 N Broadway | ☐ Disputed |
| | Denver, CO 80203-3421 | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**
_____
Name

Case number *(if known)*   _____

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|---|

**Anton Collins Mitchell, LLP**

303 E 17th Ave Ste 600
Denver, CO 80203-1259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |
|---|---|---|---|

**Apparatus Testing  & Engineering, Inc.**

PO Box 984
Denver, CO 80201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.00 |
|---|---|---|---|

**ARC Document Solutions, Inc.**

3001 Larimer St
Denver, CO 80205-2310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,523.00 |
|---|---|---|---|

**Asperii Investments, LTD**

524 Broadway
New York, NY 10012-4408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Bambora Corp.**

#200 - 1803 Douglas St
Victoria, BC V8T

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,105.00 |
|---|---|---|---|

**BDO USA, LLP**
**PNC Bank Fireside Center**
**500 1st Ave**
Pittsburgh, PA 15219-3128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,186.00 |
|---|---|---|---|

**BFC Acquisition, LLC**
**dba Bluewave Solar**
**111 Huntington Ave Ste 650**
Boston, MA 02199-7732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Real Goods Solar, Inc.**                                    Case number (if known) _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.00 |
|------|--------|--------|--------|

**Blu Banyan Solutions**

☐ Contingent
☐ Unliquidated
■ Disputed

**1569 Solano Ave Ste 645**
**Berkeley, CA 94707-2116**

**Basis for the claim:** __

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,948.00 |
|------|--------|--------|--------|

**Broadridge**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 416423**
**Boston, MA 02241-6423**

**Basis for the claim:** __

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,106.00 |
|------|--------|--------|--------|

**Brownstein Hyatt Farber Schreck, LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 172168**
**Denver, CO 80217-2168**

**Basis for the claim:**  **Business debt**

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,265.00 |
|------|--------|--------|--------|

**Bruce Tan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**94-470 Paiwa St # 10**
**Waipahu, HI 96797**

**Basis for the claim:**  **Business debt**

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|------|--------|--------|--------|

**Builder Partnerships**

☐ Contingent
☐ Unliquidated
☐ Disputed

**7345 S Pierce St Ste 100**
**Littleton, CO 80128-4592**

**Basis for the claim:** __

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,145.00 |
|------|--------|--------|--------|

**Building Energy Corp.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1570 S Brownell Rd**
**Williston, VT 05495-7275**

**Basis for the claim:** __

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,571.00 |
|------|--------|--------|--------|

**Bureau Veritas North America, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**File 59901**
**Los Angeles, CA 90001**

**Basis for the claim:** __

Date(s) debt was incurred  **2019**

Is the claim subject to offset?  ■ No  ☐ Yes

Last 4 digits of account number __

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor **Real Goods Solar, Inc.**
_____
Name

Case number (if known) _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Call Source**

PO Box 60280
Los Angeles, CA 90060-0280

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,235.00 |
|---|---|---|---|

**Calstate Solar,  Inc.**

27576 Commerce Center Dr Ste 110
Temecula, CA 92590-2537

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.00 |
|---|---|---|---|

**Cam Security, Inc.**

PO Box 11889
Honolulu, HI 96828-0889

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.00 |
|---|---|---|---|

**Canon**

410 17th St Fl 22
Denver, CO 80202-4437

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,500.00 |
|---|---|---|---|

**Capital Market Access, LLC**

25201 Paseo de Alicia Ste 125
Laguna Hills, CA 92653-4612

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**CED Greentech**

29973 Network Pl
Chicago, IL 60673-1299

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391,088.00 |
|---|---|---|---|

**CED Greentech**

94-480 Akoki St Ste 1
Waipahu, HI 96797-2735

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Charles E (Gene) Watkins**

13 Cherrymoor Dr
Englewood, CO 80113-6031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,880.00** |
|---|---|---|---|

**Chlic-Chicago**

5476 Collection Center Dr
Chicago, IL 60693-0054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,957.00** |
|---|---|---|---|

**Cigna**

2000 S Colorado Blvd
Denver, CO 80222-7900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$579.00** |
|---|---|---|---|

**Cindy Tees**

1215 Mookaula St
Honolulu, HI 96817-4333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.00** |
|---|---|---|---|

**Cintas**

PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$391.00** |
|---|---|---|---|

**Cintas Corporation**

99-075 Koaha Way Ste B
Aiea, HI 96701-5662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Citi Merchant Services
Provided by FDMS Corp**
PO Box 17548
Denver, CO 80217-0548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Real Goods Solar, Inc.**

Name

Case number (if known) _____

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$718.00**

**City & County of Denver**

1100 S Linwood Ave Ste B
Santa Ana, CA 92705-4345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.00**

**City of Santa Ana**
Treasury Division
20 Civic Center Plz
Santa Ana, CA 92701-4058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00**

**Clean Energy Associates, LLC**

2806 N Speer Blvd Ste 4A
Denver, CO 80211-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.00**

**Clicktools, Inc.**

PO Box 206154
Dallas, TX 75320-6154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,516.00**

**CNG**

PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,073.00**

**Coffman Engineers, Inc.**

745 Fort Street Mall Ste 400
Honolulu, HI 96813-3804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Columbia Casualty Company**

333 S Wabash Ave
Chicago, IL 60604-4107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**
_____   Case number (if known) _____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**Comcast Business**

PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,344.00 |
|---|---|---|---|

**Computershare Investor Services**

191 Godwin Ave
Wyckoff, NJ 07481-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Concur Technologies, Inc.**

601 108th Ave NE Ste 1000
Bellevue, WA 98004-4750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,295.00 |
|---|---|---|---|

**ConEdison**
JAF Station
PO Box 1701
New York, NY 10116-1701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,505.00 |
|---|---|---|---|

**Consolidated Electrical Distributors**

608 Robin Rd
Lakeland, FL 33803-4841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Continental Stock Transfer & Trust**

2 Broadway
New York, NY 10004-2207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

**Corporation Service Company**

PO Box 13397
Philadelphia, PA 19101-3397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Real Goods Solar, Inc.**                          Case number (if known) _____
_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,924.00 |
|---|---|---|---|

**CPF Asset Management**

☐ Contingent
☐ Unliquidated
☐ Disputed

50 Osgood Pl Ste 400
San Francisco, CA 94133-4644

**Basis for the claim:** __Business debt__

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|

**CSC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 847820
Boston, MA 02284-7820

**Basis for the claim:** __Business debt__

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**CSC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 660108
Dallas, TX 75266-0108

**Basis for the claim:** __Business debt__

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Dagny Helen Mofid**

☐ Contingent
☐ Unliquidated
☐ Disputed

3052 N Snow Canyon Pkwy Unit 9
St George, UT 84770-6166

**Basis for the claim:** __Business debt__

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,790.00 |
|---|---|---|---|

**Davis Graham & Stubbs, LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

1550 17th St Ste 500
Denver, CO 80202-1500

**Basis for the claim:** __

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Domus Structural Engineering**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 6986
Broomfield, CO 80021-0017

**Basis for the claim:** __

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,270.00 |
|---|---|---|---|

**Dorsey & Whitney, LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 1680
Minneapolis, MN 55480-1680

**Basis for the claim:** __

Date(s) debt was incurred __2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Dow**

1254 Enclave Pkwy
Houston, TX 77077-2564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,645.00** |
|---|---|---|---|

**ECNY Electric, Inc.**

1 Coligni Ave
New Rochelle, NY 10801-2605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,334.00** |
|---|---|---|---|

**Ecology Solar, LLC**

4512 Vallejo St
Denver, CO 80211-1538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$461.00** |
|---|---|---|---|

**Efax Corporate**
c/o J2 Cloud Services
700 Flower St Fl 15
Los Angeles, CA 90001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,492.00** |
|---|---|---|---|

**Electrical & Electronic Controls**

3881 Danbury Rd
Brewster, NY 10509-5415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,906.00** |
|---|---|---|---|

**Energysage**

101 Arch St Ste 600
Boston, MA 02110-1131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,920.00** |
|---|---|---|---|

**Enterprise Rent A Car**

PO Box 801770
Kansas City, MO 64180-1770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00**

**Eperis Manpower Group**

PO Box 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Equifax**

1705 17th St Ste 100
Denver, CO 80202-1260

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Eversource**

PO Box 56002
Boston, MA 02205-6002

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00**

**Experis UA, Inc.**

1705 17th St Ste 100
Denver, CO 80202-1260

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.00**

**Fastenal**

2001 Theurer Blvd
Winona, MN 55987-1500

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,453.00**

**Federal Express**

PO Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,007.00**

**FJS Family, LLC**

19 E Dudley Town Rd
Bloomfield, CT 06002-1409

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,661.00** |
|---|---|---|
| **FJS Properties, LLC** | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO Box 29220 | ☐ Disputed | |
| Honolulu, HI 96820-1620 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
|---|---|---|
| **Fronius** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 6797 Fronius Dr | ☐ Disputed | |
| Portage, IN 46368-4667 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|
| **Gary Watanabe** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 1315 Akele St | ☐ Disputed | |
| Kailua, HI 96734-4224 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|
| **Genability** | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO Box 631025 | ☐ Disputed | |
| Cincinnati, OH 45263-1025 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|
| **Genability** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 455 Market St | ☐ Disputed | |
| San Francisco, CA 94105-2420 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,950.00** |
|---|---|---|
| **George Neble** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 184 Sonata Dr | ☐ Disputed | |
| Jupiter, FL 33478-5406 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,030.00** |
|---|---|---|
| **Grand Solar, Inc.** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 4882 Kilauea Ave Apt 4 | ☐ Disputed | |
| Honolulu, HI 96816-5771 | | |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,503.00 |
|---|---|---|---|

**Green Vision Consulting, LLC**

2631 Nahaku Pl Apt 102
Honolulu, HI 96826-4850

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Greensky Trade Credit LLC**

1797 Northeast Expy NE Ste 200
Atlanta, GA 30329-2402

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.00 |
|---|---|---|---|

**Guardian Pest Control**

3131 Halvor Ln
Superior, WI 54880-2273

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,501.00 |
|---|---|---|---|

**Hartford Fire Ins Co**

PO Box 415738
Boston, MA 02241-5738

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.00 |
|---|---|---|---|

**Hawaii Nut & Bolt**

905 Ahua St
Honolulu, HI 96819-4410

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,638.00 |
|---|---|---|---|

**Hawaiian Electric Company**

PO Box 30260
Honolulu, HI 96820-0260

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Hawaiian Isles Water Company**

PO Box 30645
Honolulu, HI 96820-0645

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Hawaiian Telecom**

**1177 Bishop St**
**Honolulu, HI 96813-2808**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$57.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Hewlett Packard Financial Services**

**PO Box 402582**
**Atlanta, GA 30384-2582**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$412.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Holyoke Gas & Electric Dept.**

**PO Box 4165**
**Woburn, MA 01888-4165**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Honblue, Inc.**

**501 Sumner St Ste 3B1**
**Honolulu, HI 96817-5331**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$395.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Ian Bowles**

**12 Old Meadow Rd**
**Dover, MA 02030-2514**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,575.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**IMA Group,  Inc.**

**1705 17th St Ste 100**
**Denver, CO 80202-1260**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,150.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Insidesales.com, Inc.**

**1712 S East Bay Blvd**
**Provo, UT 84606-6138**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,307.00**

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor __**Real Goods Solar, Inc.**_____     Case number (if known) _____
      Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**3.101**

**Nonpriority creditor's name and mailing address**
**Inter-Island Solar Supply**

5400 Airport Blvd Ste 100
Boulder, CO 80301-2879
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$16.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**
**Intrado**

5400 Airport Blvd Ste 100
Boulder, CO 80301-2879
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$3,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**
**IPFS Corporation**

165 S Union Blvd Ste 366
Lakewood, CO 80228-2211
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$3,978.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**
**Iroquis Capital Investment Group**

3100 W End Ave Ste 910
Nashville, TN 37203-1347
Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**
**Irving Energy**

PO Box 11013
Lewiston, ME 04243-9464
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$9.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**
**J2T**

75 Twinbridge Dr Ste H
Pennsauken, NJ 08110-4205
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$22,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**
**James A Marx**

11 Franklin Ln
Kinnelon, NJ 07405-3210
Date(s) debt was incurred **2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$1,075.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Real Goods Solar, Inc.**
_____   Case number (If known) _____
         Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,650.00 |
|---|---|---|---|

**James W Luckner**

PO Box 414
High Falls, NY 12440-0414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**Jan-Pro of Central Connecticut**

477 Connecticut Blvd
East Hartford, CT 06108-3268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949.00 |
|---|---|---|---|

**Jani-King Hawaii**

94-155 Leoole St
Waipahu, HI 96797-2238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,441.00 |
|---|---|---|---|

**Jeffery Edlund**

91-6470 Kapolei Pkwy
Ewa Beach, HI 96706-6023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.00 |
|---|---|---|---|

**Justin Rubalcava**

371 Keolu Dr
Kailua, HI 96734-4265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Kamyar Mofid**

3052 N Snow Canyon Pkwy
St George, UT 84770-6162

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Kapaa III, LLC**

905 Kalanianaole Hwy
Kailua, HI 96734-4645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Landlord for Sunetric**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address

**Kaylee Gustafson**

45-506 Louli Pl
Kaneohe, HI 96744

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.116** | Nonpriority creditor's name and mailing address

**Kilowatt Systems, LLC**
**Jon Norling**
**2900 North Loop W Ste 3**
Houston, TX 77092-8868

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.117** | Nonpriority creditor's name and mailing address

**Krannich**

11808 Miracle Hills Dr
Omaha, NE 68154-4403

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,056.00**

---

**3.118** | Nonpriority creditor's name and mailing address

**Lance Godenzi**

272 Kuukama St
Kailua, HI 96734-2949

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Law Offices of Jonathan Kirsch**

1880 Century Park E Ste 515
Los Angeles, CA 90067-1607

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.120** | Nonpriority creditor's name and mailing address

**Lead Genesis Partners, Inc.**

PO Box 203823
Dallas, TX 75320-3823

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

**3.121** | Nonpriority creditor's name and mailing address

**Level 3 Communications**

PO Box 910182
Denver, CO 80291-0182

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,288.00**

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$616.00**

**LexisNexis**

PO Box 894166
Los Angeles, CA 90189-4166

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,494.00**

**Lina**

900 Cottage Grove Rd
Bloomfield, CT 06002-2920

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.00**

**Littler Mendelson PC**

PO Box 207137
Dallas, TX 75320-7137

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,230.00**

**M&M Landscaping & Paving, Inc.**

1278 Nooseneck Hill Rd
Coventry, RI 02816-6700

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,874.00**

**M&R Roofing & Raingutters**

2045 Lauwiliwili St Ste 1509
Kapolei, HI 96707-3907

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,932.00**

**Mackenzie Partners**

29973 Network Pl
Chicago, IL 60673-1299

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,008.00**

**Madwire, LLC**

3420 E Harmony Rd Fl 3
Fort Collins, CO 80528-9522

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Real Goods Solar, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

**McKeever Energy & Electric**

**5000 W End Rd**
**Arcata, CA 95521-9235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.00** |

**Media Temple, Inc.**

**8520 National Blvd Ste A**
**Culver City, CA 90232-2418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,912.00** |

**Mediant Communications, Inc.**

**PO Box 29976**
**New York, NY 10087-9976**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,316.00** |

**Michelle Criste & Elizabeth Blow**

**1521 Mammoth Pl**
**Rohnert Park, CA 94928-8181**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,488.00** |

**Mid-America Electric, Inc.**

**5950 Old State Rd**
**Imperial, MO 63052-2331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,187.00** |

**Mix Network**

**PO Box 17229**
**Denver, CO 80217-0229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,636.00** |

**Mix Network**

**251 Little Falls Dr**
**Wilmington, DE 19808-1674**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Real Goods Solar, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861.00** |

**Mobomo, LLC**

**1600 Spring Hill Rd**
**Vienna, VA 22182-2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,849.00** |

**Morrison & Foerster, LLP**

**425 Market St**
**San Francisco, CA 94105-2532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |

**Nasdaq OMX Corporation Solutions, LLC**

**1 Liberty Plz # 165**
**New York, NY 10006-1404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |

**Norris Landscaping & Nursery**
**dba Greenhaven**
**2638 Ethan Allen Hwy**
**New Haven, VT 05472-1049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,025.00** |

**NRG Residential Solar Solutions, LLC**

**PO Box 304**
**Houston, TX 77001-0304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,421.00** |

**One Source Distributors, LLC**

**2846 Awaawaloa St**
**Honolulu, HI 96819-2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$539.00** |

**Onesource Water, LLC**

**PO Box 677867**
**Dallas, TX 75267-7867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Real Goods Solar, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.143 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$107,047.00**

**Oracle America, Inc.**
☐ Contingent
☐ Unliquidated
**15612 Collection Center Dr**                                       ☐ Disputed
**Chicago, IL 60693-0156**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.144 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$20,000.00**

**OTC Markets Group, Inc.**
☐ Contingent
☐ Unliquidated
**PO Box 29959**                                                     ☐ Disputed
**New York, NY 10087-9959**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.145 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$394.00**

**Pacific Ice Services, Inc.**
☐ Contingent
☐ Unliquidated
**3375 Koapaka St # F-281**                                          ☐ Disputed
**Honolulu, HI 96819-1800**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.146 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$2,231.00**

**PC Connection Sales Corp**
☐ Contingent
☐ Unliquidated
**PO Box 536472**                                                    ☐ Disputed
**Pittsburgh, PA 15253-5906**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.147 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$6,047.00**

**PC Hawaii, LLC**
☐ Contingent
☐ Unliquidated
**91-6622 Kapolei Pkwy # 11**                                        ☐ Disputed
**Ewa Beach, HI 96706-5022**
Date(s) debt was incurred **2019**                                   **Basis for the claim: __**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.148 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$2,779.00**

**Peckar & Abramson**
☐ Contingent
☐ Unliquidated
**801 S Figueroa St Ste 950**                                        ☐ Disputed
**Los Angeles, CA 90017-5510**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.149 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.              **$10,585.00**

**People 2.0 North America, LLC**
☐ Contingent
☐ Unliquidated
**222 Valley Creek Blvd Ste 100**                                    ☐ Disputed
**Exton, PA 19341-2385**
Date(s) debt was incurred **2019**                                   **Basis for the claim:  Business debt**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,238.00**

**Petroleum Building, LLC**

7723 Oxford Rd
Longmont, CO 80503-8767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00**

**Pitney Bowes Global Financial Services**

PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$386.00**

**Platt**

PO Box 418759
Boston, MA 02241-8759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,129.00**

**Precision Air Conditioning, Inc.**

99-920 Iwaena St # A-105
Aiea, HI 96701-3285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,341.00**

**Precision Electric Company**

8137 Winter Gardens Blvd
Lakeside, CA 92040-5531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$534.00**

**Purchase Power**

PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.00**

**Purewater Dynamics, Inc.**

30 Kalamath St
Denver, CO 80223-1550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Real Goods Solar, Inc.**
_____
Name

Case number (if known) _____

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.00 |
|---|---|---|---|

**PV Labels, Inc.**

455 Market St Ste 650
San Francisco, CA 94105-2475

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,755.00 |
|---|---|---|---|

**R&R Services, Inc.**

50 Beartown Rd
Underhill, VT 05489-9364

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**RAK Solar Services**

50 S La Salle St
Chicago, IL 60603-1008

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Real Goods Retail Store**

13771 S Highway 101
Hopland, CA 95449-9607

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.00 |
|---|---|---|---|

**RGIS**

PO Box 77631
Denver, CO 80012

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504,632.00 |
|---|---|---|---|

**Risen Energy Co., LTD
Silicon Valley Center
2570 N 1st St Fl 2
San Jose, CA 95131-1035**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,641.00 |
|---|---|---|---|

**RTD**

PO Box 912380
Denver, CO 80291-2380

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor __Real Goods Solar, Inc._____     Case number (if known) _____
           Name

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**Safe Systems, Inc.**

1111 Church Rd
Aurora, IL 60505-1905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,729.00 |
|---|---|---|---|

**Safety Systems & Signs Hawaii, Inc.**

PO Box 845708
Los Angeles, CA 90084-5708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,095.00 |
|---|---|---|---|

**Sageview Advisory Group, LLC**

1920 Main St Ste 800
Irvine, CA 92614-7227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,649.00 |
|---|---|---|---|

**Salesforce.com**

415 Mission St Fl 3
San Francisco, CA 94105-2533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.00 |
|---|---|---|---|

**Sandwich Isle Pest Solutions**

96-1385 Waihona St Ste A
Pearl City, HI 96782-1980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**Scott McCalmont**

1120 Willow Glen Way
San Jose, CA 95125-3349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,734.00 |
|---|---|---|---|

**Sheffield Solar Group, LLC**

10 Channel Ave
Norwalk, CT 06854-4815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Real Goods Solar, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

Skyline Solar, LLC

663 W State Rd Unit 3
Pleasant Grove, UT 84062-2605

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

Skyline Solar, LLC

191 Godwin Ave
Wyckoff, NJ 07481-5201

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,290.00**

Skyline Solar, LLC

622 3rd Ave Fl 34
New York, NY 10017-6936

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,791.00**

Slim's Power Tools, Inc.

1626 Republican St
Honolulu, HI 96819-3920

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$756.00**

Soan Coa

PO Box 30645
Honolulu, HI 96820

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,742.00**

Solar Bos

310 Stealth Ct
Livermore, CA 94551-9303

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,596.00**

Solar Guardian, LLC

5632 S Biscay Ct
Aurora, CO 80015-5152

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Real Goods Solar, Inc.**                                    Case number (if known) _____
_____
Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,412.00 |
|---|---|---|---|

**Solar Supply of Colorado, LLC**

5440 Marshall St Ste 1
Arvada, CO 80002-3863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.00 |
|---|---|---|---|

**Solarwinds**

PO Box 730720
Dallas, TX 75373-0720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,660.00 |
|---|---|---|---|

**Solium Capital, LLC**

PO Box 30645
Honolulu, HI 96820-0645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,667.00 |
|---|---|---|---|

**Solium Holdings USA, Inc.**

222 S Mill Ave Ste 424
Tempe, AZ 85281-3738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,510.00 |
|---|---|---|---|

**Sonepar Distribution New England, Inc.**

560 Oak St
Brockton, MA 02301-1346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,582.00 |
|---|---|---|---|

**Spanning Clouds App**

PO Box 392288
Pittsburgh, PA 15251-9288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,737.00 |
|---|---|---|---|

**SST Construction, LLC**
**aba Sunsystem Technology**
2731 Citrus Rd Ste D
Rancho Cordova, CA 95742-6303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Real Goods Solar, Inc.**                                      Case number (if known) _____
_____
        Name

| | |
|---|---|

**3.185**  Nonpriority creditor's name and mailing address

**Staples Advantage**

PO Box 660409
Dallas, TX 75266-0409

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,764.00**

---

**3.186**  Nonpriority creditor's name and mailing address

**Stellar Energy GP, Inc.**

1400 N McDowell Blvd Ste 201
Petaluma, CA 94954-6553

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,891.00**

---

**3.187**  Nonpriority creditor's name and mailing address

**SunRun, Inc.**

717 17th St Ste 200
Denver, CO 80202-3335

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$42,437.00**

---

**3.188**  Nonpriority creditor's name and mailing address

**Sunstruck Consulting**

140 Grassy Ridge Rd
Olivebridge, NY 12461-5319

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$188.00**

---

**3.189**  Nonpriority creditor's name and mailing address

**Sunsystem Technology**

PO Box 1286
Winona, MN 55987-7286

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,990.00**

---

**3.190**  Nonpriority creditor's name and mailing address

**Surveyors Supply Company, Inc.**

94-356 Ukee St Ste A
Waipahu, HI 96797-4468

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,934.00**

---

**3.191**  Nonpriority creditor's name and mailing address

**Sustainable Structures LLC**

1185 W 8th Avenue Dr
Broomfield, CO 80020-1832

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,000.00**

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address

**Tanner Cole**

545 Massachusetts Ave
Lunenburg, MA 01462-1305

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$768.00**

---

**3.193** | Nonpriority creditor's name and mailing address

**Taylor Lock & Key**

4500 19th St Lot 70
Boulder, CO 80304-0614

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$187.00**

---

**3.194** | Nonpriority creditor's name and mailing address

**Texas Securities Board**

208 E 10th St
Austin, TX 78701-2407

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$609.00**

---

**3.195** | Nonpriority creditor's name and mailing address

**The Bureau of National Affairs, Inc.**

PO Box 419889
Boston, MA 02241-9889

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,798.00**

---

**3.196** | Nonpriority creditor's name and mailing address

**The Wall Street Transcript Corp**

622 3rd Ave Fl 34
New York, NY 10017-6936

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,125.00**

---

**3.197** | Nonpriority creditor's name and mailing address

**Tobler Clean Energy Investments, LLC**

92-1234 Hookomo St
Kapolei, HI 96707-1525

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$90,450.00**

---

**3.198** | Nonpriority creditor's name and mailing address

**Tom Constantino**

8 Silent Grove Ct
Westport, CT 06880

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$738.00**

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,143.00**

**Toppan Vite (New York), Inc.**

109 5th St
Saddle Brook, NJ 07663-6157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,800.00**

**TRC Engineers, LLC**

21 Griffin Rd N
Windsor, CT 06095-1512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,218.00**

**Tredegar Solar Fund I, LLC**

PO Box 844515
Los Angeles, CA 90084-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$159.00**

**Triple F Holdings, LLC**

PO Box 681548
Indianapolis, IN 46268-7548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,475.00**

**Tvarana Consulting North America, LLC**

5750 Claude Dr Apt 2227
Plano, TX 75024-5750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,141.00**

**UL GMBH**

75 Remittance Dr Dept 1893
Chicago, IL 60675-1893

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,565.00**

**UL, LLC**

PO Box 681548
Indianapolis, IN 46268-7548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
| | Name | | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,766.00 |
| | **UL, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **75 Remittance Dr Dept 1524** | ☐ Disputed | |
| | **Chicago, IL 60675-1524** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,368.00 |
| | **United Site Services of California** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 53267** | ☐ Disputed | |
| | **Phoenix, AZ 85072-3267** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,558.00 |
| | **Valuation Research Corp** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 809061** | ☐ Disputed | |
| | **Chicago, IL 60680-9061** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392,826.00 |
| | **Venture Global Solutions, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 681546** | ☐ Disputed | |
| | **Indianapolis, IN 46268-7546** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,022.00 |
| | **Venture Global Solutions, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2731 Citrus Rd Ste D** | ☐ Disputed | |
| | **Rancho Cordova, CA 95742-6303** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |
| | **Venture Global Solutions, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 681546** | ☐ Disputed | |
| | **Indianapolis, IN 46268-7546** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,498.00 |
| | **Venture Global Solutions, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 681546** | ☐ Disputed | |
| | **Indianapolis, IN 46268-7546** | | |
| | | **Basis for the claim:**  **Business debt** | |
| | Date(s) debt was incurred **2019** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Real Goods Solar, Inc.**
_____
Name

Case number (if known)  _____

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |

**Verizon**

**PO Box 5100**
**Westborough, MA 01581-5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.00 |

**Vertical Technologies**

**1024 Kikowaena Pl Ste D**
**Honolulu, HI 96819-4420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,354.00 |

**Viavid Broadcasting Corp.**

**998 Harbourside Dr, North Vancouver, BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Washington State Treasurer**

**PO Box 9033**
**Olympia, WA 98507-9033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |

**Waterlogic**

**4750 S Santa Fe Cir**
**Englewood, CO 80110-6490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,118.00 |

**Wesco Distribution**

**2731 Citrus Rd Ste D**
**Rancho Cordova, CA 95742-6303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**WEX, Inc.**

**14151 Newbrook Dr Ste 200**
**Chantilly, VA 20151-2279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor **Real Goods Solar, Inc.**

Case number (if known) _____

| | |
|---|---|
| 3.220 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$14,250.00** |
| **WIlliam Schooner** | ☐ Contingent |
| 608 Robin Rd | ☐ Unliquidated |
| Lakeland, FL 33803-4841 | ☑ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.221 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$37,005.00** |
| **Wright Express FSC** | ☐ Contingent |
| PO Box 6293 | ☐ Unliquidated |
| Carol Stream, IL 60197-6293 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.222 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$6,335.00** |
| **XPO Logistics Freight, Inc.** | ☐ Contingent |
| 29559 Network Pl | ☐ Unliquidated |
| Chicago, IL 60673-1295 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.223 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$189.00** |
| **Xpresshred, LLC** | ☐ Contingent |
| 15580 E Hinsdale Cir | ☐ Unliquidated |
| Centennial, CO 80112-4225 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.224 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$792.00** |
| **Yellow Pages United** | ☐ Contingent |
| PO Box 53251 | ☐ Unliquidated |
| Atlanta, GA 30355-8000 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.225 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$8,140.00** |
| **Zero Down Solar** | ☐ Contingent |
| 520 Lunalilo Home Rd | ☐ Unliquidated |
| Honolulu, HI 96825-1700 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.226 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12,341.00** |
| **Zurich North America Ins Co.** | ☐ Contingent |
| PO Box 4664 | ☐ Unliquidated |
| Carol Stream, IL 60197-4664 | ☐ Disputed |
| Date(s) debt was incurred **2019** | Basis for the claim: **Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthem, Inc.**<br>**220 Virginia Ave**<br>**Indianapolis, IN 46204-3709** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cigna Corporate Headquarters**<br>**900 Cottage Grove Rd**<br>**Bloomfield, CT 06002-2920** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **FJS Family, LL**<br>**460 Woodland Ave**<br>**Bloomfield, CT 06002-1342** | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **FJS Family, LL**<br>**24 Hunting Ridge Dr**<br>**Simsbury, CT 06070-1807** | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **IMA Colorado**<br>**Angela Overstreet**<br>**1705 17th St Ste 100**<br>**Denver, CO 80202-1260** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **IPFS**<br>**PO Box 412086**<br>**Kansas City, MO 64141-2086** | Line **3.103**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Olshan Frome Wolosky, LLP**<br>**Richard Nicholson, Esq. Thomas Fleming,**<br>**1325 Avenue of the Americas**<br>**New York, NY 10019-6026** | Line **3.104**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Polsinelli PC - Denver**<br>**Michael Dulin, Esq.**<br>**1401 Lawrence St Ste 2300**<br>**Denver, CO 80202-2498** | Line **3.104**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sunsystem Technolog**<br>**14904 Collection Center Dr**<br>**Chicago, IL 60693-0149** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Sunsystem Technolog**<br>**PO Box 681548**<br>**Indianapolis, IN 46268-7548** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Sunsystem Technology**<br>**PO Box 30645**<br>**Honolulu, HI 96820-0645** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Wesco Distributio**<br>**PO Box 847080**<br>**Los Angeles, CA 90084-7080** | Line **3.218**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Real Goods Solar, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Wesco Distributio** <br> **761 Ahua St** <br> **Honolulu, HI 96819-2028** | Line  **3.218** <br><br> ☐  Not listed. Explain ____ | _ |
| 4.14 | **Zurich North America Insurance Co.** <br> **1299 Zurich Way** <br> **Schaumburg, IL 60196-5870** | Line  **3.226** <br><br> ☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 30,712.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 5,244,036.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 5,274,748.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Real Goods Solar, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for storage of Inventory owned by Dow for PH 2.0 & 1.0 Beginning September 19, 2016** | |
| | State the term remaining | | **Acme Distribution** |
| | List the contract number of any government contract | | **18101 E Colfax Ave Aurora, CO 80011-5107** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Leased printers** | |
| | State the term remaining | **through April 2020** | **Canon Business Solutions, Inc.** |
| | List the contract number of any government contract | | **15004 Collection Center Dr Chicago, IL 60693-0150** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased printers** | |
| | State the term remaining | **through April 2020** | **Canon Financial Services, Inc.** |
| | List the contract number of any government contract | | **14904 Collection Center Dr Chicago, IL 60693-0149** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing, using, and selling photovoltaic shigles and ancillary products and services products Beginning September 29, 2017** | |
| | State the term remaining | | **Dow Global Technologies, LLC** |
| | List the contract number of any government contract | | **2040 Dow Ctr Midland, MI 48674-1500** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **Real Goods Solar, Inc.**
First Name      Middle Name      Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Master Equity Lease Agreement**

State the term remaining

List the contract number of any government contract

**Enterprise FM Trust**
**Enterprise Fleet Management, Inc.**
**1600 Specht Point Rd Ste 101**
**Fort Collins, CO 80525-4311**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Leased vehicles**

State the term remaining

List the contract number of any government contract

**Enterprise FM Trust**
**Enterprise Rental Car**
**PO Box 801770**
**Kansas City, MO 64180-1770**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Leased vehicles**

State the term remaining

List the contract number of any government contract

**Enterprise Rent-A-Car**
**3250 Ualena St**
**Honolulu, HI 96819-1918**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Office and warehouse space located 420 Woodlawn Ave Bloomfield, CT 06002**

State the term remaining — **12/16 to 12/19**

List the contract number of any government contract

**FJS Family, LLC**
**19 E Dudley Town Rd**
**Bloomfield, CT 06002-1409**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Office and warehouse space located 905 Kalanianaole Hwy Kailua, HI 96734-4645**

State the term remaining — **2017-2019**

List the contract number of any government contract

**Kapaa III, LLC**
**905 Kalanianaole Hwy**
**Kailua, HI 96734-4645**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Denver office space located 110 16th St Fl 3, Denver, CO 80202-5202**

State the term remaining — **2017 to 2025**

**Petroleum Building, LLC aka Petro Group**
**7723 Oxford Rd**
**Longmont, CO 80503-8767**

---

Debtor 1    **Real Goods Solar, Inc.**                                    Case number *(if known)* _____
_____
First Name              Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **1 Follett Ice and Water Machine** | |
|---|---|---|---|
| | State the term remaining | **July 2017 3 year contract** | **PureWater Dynamics, Inc.** |
| | List the contract number of any government contract | _____ | **30 Kalamath St** |
| | | | **Denver, CO 80223-1550** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **1 Model KREA Single Cup Coffee Machine 1 Model 3100 12 Filler to Coffee Machine February 2017 36 month contract** | |
|---|---|---|---|
| | State the term remaining | | **PureWater Dynamics, Inc.** |
| | List the contract number of any government contract | _____ | **30 Kalamath St** |
| | | | **Denver, CO 80223-1550** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name        **Real Goods Solar, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property*(Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property*(Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2020**        X **/s/ Dennis Lacey**
                                           Signature of individual signing on behalf of debtor

                                           **Dennis Lacey**
                                           Printed name

                                           **Authorized Signatory**
                                           Position or relationship to debtor

```
ABC Supply Co., Inc.
PO Box 748242
Los Angeles, CA  90074-8242


Acme Distribution
18101 E Colfax Ave
Aurora, CO  80011-5107


ACME Distribution
19 E Dudley Town Rd
Bloomfield, CT  06002-1409


ADP c/O FIS
PO Box 842875
Boston, MA  02284-2875


ADP, LLC
175 N Hotel St Apt 109
Honolulu, HI  96817-5097


Alan Ness
1975 Puowaina Dr
Honolulu, HI  96813-1732


Alert Alarm
L-3852
Columbus, OH  43081
```

Alexander Tiller
15224 W La Salle Ave
Lakewood, CO  80228-5521


Alicia Cooper
9071 E Mississippi Ave Apt 1E
Denver, CO  80247-2005


Alliance Advisors, LLC
200 Broadacres Dr Ste 3
Bloomfield, NJ  07003-3154


Allied Building Products Corp
PO Box 5670
New York, NY  10087-5670


Alpha Capital Anstalt
c/o LH Financial Services Corp
510 Madison Ave Ste 1400
New York, NY  10022-5730


Alpha Electric Supply, LLC
2308 Pahounui Dr
Honolulu, HI  96819-2259


AlsoEnergy
8 Two Mile Rd Ste 202
Farmington, CT  06032-2513

Altus Receivables Mgmt
98-735 Kuahao Pl
Pearl City, HI  96782-3114


Ambius
PO Box 14086
Reading, PA  19612-4086


American Arbitration Association
1101 Laurel Oak Rd Ste 100
Voorhees, NJ  08043-4301


American Express
PO Box 53852
Phoenix, AZ  85072


AmTrust North America
800 Superior Ave
Louisville, CO  80027


Anthem Blue Cross Blue Shield
700 N Broadway
Denver, CO  80203-3421


Anthem, Inc.
220 Virginia Ave
Indianapolis, IN  46204-3709

Anthony Heichelbech
PO Box 667
Waialua, HI  96791-0667


Anton Collins Mitchell, LLP
303 E 17th Ave Ste 600
Denver, CO  80203-1259


Apparatus Testing  & Engineering, Inc.
PO Box 984
Denver, CO  80201


ARC Document Solutions, Inc.
3001 Larimer St
Denver, CO  80205-2310


Asperii Investments, LTD
524 Broadway
New York, NY  10012-4408


Bambora Corp.
#200 - 1803 Douglas St Victoria, BC V8T


Barry Donnell
PO Box 5003
Wichita Falls, TX  76307-5003

BDO USA, LLP
PNC Bank Fireside Center
500 1st Ave
Pittsburgh, PA  15219-3128


BFC Acquisition, LLC
dba Bluewave Solar
111 Huntington Ave Ste 650
Boston, MA  02199-7732


BHM Group
3400 Brush Hollow Rd
Westbury, NY  11590-1712


Blu Banyan Solutions
1569 Solano Ave Ste 645
Berkeley, CA  94707-2116


Bradford Bentzen
3050 W 35th Ave
Denver, CO  80211-2702


Brian Reichberg
Brian Reichberg Rollover IRA
418 E 59th St Apt 28
New York, NY  10022-2309


Broadridge
PO Box 416423
Boston, MA  02241-6423

```
Brownstein Hyatt Farber Schreck, LLP
PO Box 172168
Denver, CO  80217-2168


Bruce Tan
94-470 Paiwa St # 10
Waipahu, HI  96797


Builder Partnerships
7345 S Pierce St Ste 100
Littleton, CO  80128-4592


Building Energy Corp.
1570 S Brownell Rd
Williston, VT  05495-7275


Bureau Veritas North America, Inc.
File 59901
Los Angeles, CA  90001


Call Source
PO Box 60280
Los Angeles, CA  90060-0280


Calstate Solar,  Inc.
27576 Commerce Center Dr Ste 110
Temecula, CA  92590-2537
```

Cam Security, Inc.
PO Box 11889
Honolulu, HI  96828-0889


Canon
410 17th St Fl 22
Denver, CO  80202-4437


Canon Business Solutions, Inc.
15004 Collection Center Dr
Chicago, IL  60693-0150


Canon Financial Services, Inc.
14904 Collection Center Dr
Chicago, IL  60693-0149


Capital Market Access, LLC
25201 Paseo de Alicia Ste 125
Laguna Hills, CA  92653-4612


Carol & Anthony Coschigano
119 Hill St
New Rochelle, NY  10801-7522


CED Greentech
29973 Network Pl
Chicago, IL  60673-1299

CED Greentech
94-480 Akoki St Ste 1
Waipahu, HI  96797-2735


Charles E (Gene) Watkins
13 Cherrymoor Dr
Englewood, CO  80113-6031


Charles Hallihan
3 Bala Plz Ste 101E
Bala Cynwyd, PA  19004-3401


Chlic-Chicago
5476 Collection Center Dr
Chicago, IL  60693-0054


Christie Jean RK Siga
45-265 William Henry Rd Apt G-12
Kaneohe, HI  96744-3154


Cigna
2000 S Colorado Blvd
Denver, CO  80222-7900


Cigna Corporate Headquarters
900 Cottage Grove Rd
Bloomfield, CT  06002-2920

Cindy Tees
1215 Mookaula St
Honolulu, HI  96817-4333


Cintas
PO Box 631025
Cincinnati, OH  45263-1025


Cintas Corporation
99-075 Koaha Way Ste B
Aiea, HI  96701-5662


Citi Merchant Services
Provided by FDMS Corp
PO Box 17548
Denver, CO  80217-0548


City & County of Denver
1100 S Linwood Ave Ste B
Santa Ana, CA  92705-4345


City of Santa Ana
Treasury Division
20 Civic Center Plz
Santa Ana, CA  92701-4058


Clean Energy Associates, LLC
2806 N Speer Blvd Ste 4A
Denver, CO  80211-4225

```
Clicktools, Inc.
PO Box 206154
Dallas, TX  75320-6154


CNG
PO Box 631025
Cincinnati, OH  45263-1025


Coffman Engineers, Inc.
745 Fort Street Mall Ste 400
Honolulu, HI  96813-3804


Colorado Attorney General
1300 N Broadway Fl 10
Denver, CO  80203-2104


Colorado Department of Revenue
Attn: Bankruptcy Department
1375 Sherman St
Denver, CO  80261-3000


Colorado Department of Revenue
Division of Securities
PO Box 17087
Denver, CO  80217-0087


Colorado Division of Securities
1560 Broadway Ste 900
Denver, CO  80202-5150
```

Columbia Casualty Company
333 S Wabash Ave
Chicago, IL  60604-4107


Comcast Business
PO Box 631025
Cincinnati, OH  45263-1025


Computershare as Exchange Agent
Corp Actions Partial Processing
250 Royall St
Canton, MA  02021-1011


Computershare Investor Services
250 Royall St
Canton, MA  02021-1011


Computershare Investor Services
191 Godwin Ave
Wyckoff, NJ  07481-5201


Computershare Trust Company NA
as Escrow Agent
8742 Lucent Blvd Ste 225
Highlands Ranch, CO  80129-2494


Concur Technologies, Inc.
601 108th Ave NE Ste 1000
Bellevue, WA  98004-4750

ConEdison
JAF Station
PO Box 1701
New York, NY  10116-1701


Consolidated Electrical Distributors
608 Robin Rd
Lakeland, FL  33803-4841


Constantine & Sandra Vainalis
100 Pebble Acres Dr
Saint Louis, MO  63141-8032


Continental Stock Transfer & Trust
2 Broadway
New York, NY  10004-2207


Cormac Stafford
45 Woodlands Park Blackrock CO Dublin I


Corporation Service Company
PO Box 13397
Philadelphia, PA  19101-3397


CPF Asset Management
50 Osgood Pl Ste 400
San Francisco, CA  94133-4644

CSC
PO Box 847820
Boston, MA  02284-7820


CSC
PO Box 660108
Dallas, TX  75266-0108


Dagny Helen Mofid
3052 N Snow Canyon Pkwy Unit 9
St George, UT  84770-6166


Dale Ledbetter IRA
c/o Ledbetter & Associates PA
333 N New River Dr E Ste 1500
Fort Lauderdale, FL  33301-2205


David Cohen
100 Whalehead Rd
Gales Ferry, CT  06335-1326


David Cohen & Mary Digiacomo Cohen Ten
100 Whalehead Rd
Gales Ferry, CT  06335-1326


David L Belluck
c/o Riverside Partners, LLC
1 Exeter Plz # 699
Boston, MA  02116-2856

David Sykes
Daled 5 Castle ParkMonkstown CO Dublin


Davis Graham & Stubbs, LLP
1550 17th St Ste 500
Denver, CO  80202-1500


Debbie Romero
8660 Oakwood St
Westminster, CO  80031-3622


Dennis Lacey
1411 Wynkoop St Unit 805
Denver, CO  80202-1789


Dennis O'Brien
Daled 5 Castle Park
Monkstown CO Dublin Irel,


Diane Delvecchio
2539 Bedford St Apt 38D
Stamford, CT  06905-3900


Domus Structural Engineering
PO Box 6986
Broomfield, CO  80021-0017

Dorsey & Whitney, LLP
PO Box 1680
Minneapolis, MN  55480-1680


Dow
1254 Enclave Pkwy
Houston, TX  77077-2564


Dow Global Technologies, LLC
2040 Dow Ctr
Midland, MI  48674-1500


EAM Ridgewood Family Partnership
100 S Nine Lake Cir
Ponte Vedra Beach, FL  32082-3732


ECNY Electric, Inc.
1 Coligni Ave
New Rochelle, NY  10801-2605


Ecology Solar, LLC
4512 Vallejo St
Denver, CO  80211-1538


Efax Corporate
c/o J2 Cloud Services
700 Flower St Fl 15
Los Angeles, CA  90001

Electrical & Electronic Controls
3881 Danbury Rd
Brewster, NY  10509-5415


Elizabeth Argo
279 Setucket Rd
Yarmouth Port, MA  02675-2249


Energysage
101 Arch St Ste 600
Boston, MA  02110-1131


Enterprise FM Trust
Enterprise Fleet Management, Inc.
1600 Specht Point Rd Ste 101
Fort Collins, CO  80525-4311


Enterprise FM Trust
Enterprise Rental Car
PO Box 801770
Kansas City, MO  64180-1770


Enterprise Rent A Car
PO Box 801770
Kansas City, MO  64180-1770


Enterprise Rent-A-Car
3250 Ualena St
Honolulu, HI  96819-1918

Eperis Manpower Group
PO Box 70219
Philadelphia, PA  19176-0219


Equifax
1705 17th St Ste 100
Denver, CO  80202-1260


Erik Pk Su'A
742 Mokapu Rd
Kailua, HI  96734-1629


Eversource
PO Box 56002
Boston, MA  02205-6002


Experis UA, Inc.
1705 17th St Ste 100
Denver, CO  80202-1260


Fastenal
2001 Theurer Blvd
Winona, MN  55987-1500


Federal Express
PO Box 94515
Palatine, IL  60094-4515

```
FJS Family, LL
460 Woodland Ave
Bloomfield, CT  06002-1342


FJS Family, LL
24 Hunting Ridge Dr
Simsbury, CT  06070-1807


FJS Family, LLC
19 E Dudley Town Rd
Bloomfield, CT  06002-1409


FJS Properties, LLC
PO Box 29220
Honolulu, HI  96820-1620


Franklin C Lewis
800 Meadowland Dr Apt J
Naples, FL  34108-2554


Fronius
6797 Fronius Dr
Portage, IN  46368-4667


Gary Watanabe
1315 Akele St
Kailua, HI  96734-4224
```

Genability
PO Box 631025
Cincinnati, OH  45263-1025


Genability
455 Market St
San Francisco, CA  94105-2420


Geoffrey & Pamela Grove
16 Robbins Dr
Barrington, RI  02806-2612


Geoffrey Lee
552 Kaulani Way
Kailua, HI  96734-2242


George Neble
184 Sonata Dr
Jupiter, FL  33478-5406


George Resta
George Resta Living Trust
854 Saint Edmonds Pl
Annapolis, MD  21401-6423


Gerald Israelite IRA
Oppenheimer & Co.,, Inc.
500 W Madison St Ste 1400
Chicago, IL  60661-4554

Glee M Corsetti- Hooper Glee
Corsetti-Hooper Rev Trust
7 Fiddlehead Cir
Bow, NH  03304-3730


Graham & Louis Stafford
3 Convent RoadBlackrock CO Dublin Irel


Grand Solar, Inc.
4882 Kilauea Ave Apt 4
Honolulu, HI  96816-5771


Green Vision Consulting, LLC
2631 Nahaku Pl Apt 102
Honolulu, HI  96826-4850


Greensky Trade Credit LLC
1797 Northeast Expy NE Ste 200
Atlanta, GA  30329-2402


Guardian Pest Control
3131 Halvor Ln
Superior, WI  54880-2273


H James Krauser
129 Edgemere Way S
Naples, FL  34105-7108

Harold Price
5949 Pudding Stone Ln
Bethel Park, PA   15102-3335

Hartford Fire Ins Co
PO Box 415738
Boston, MA   02241-5738

Hawaii Nut & Bolt
905 Ahua St
Honolulu, HI   96819-4410

Hawaiian Electric Company
PO Box 30260
Honolulu, HI   96820-0260

Hawaiian Isles Water Company
PO Box 30645
Honolulu, HI   96820-0645

Hawaiian Telecom
1177 Bishop St
Honolulu, HI   96813-2808

Hayden D Clay
29502 Highway 160 Unit 3
Durango, CO   81303-6564

Henry & Barbara Labounta
2208 Fine St
San Francisco, CA  94102

Hewlett Packard Financial Services
PO Box 402582
Atlanta, GA  30384-2582

Holyoke Gas & Electric Dept.
PO Box 4165
Woburn, MA  01888-4165

Honblue, Inc.
501 Sumner St Ste 3B1
Honolulu, HI  96817-5331

Ian Bowles
12 Old Meadow Rd
Dover, MA  02030-2514

Ikaika Soberano
86 Iho Iho Pl
Wahiawa, HI  96786-2300

IMA Colorado
Angela Overstreet
1705 17th St Ste 100
Denver, CO  80202-1260

IMA Group, Inc.
1705 17th St Ste 100
Denver, CO  80202-1260


Insidesales.com, Inc.
1712 S East Bay Blvd
Provo, UT  84606-6138


Inter-Island Solar Supply
5400 Airport Blvd Ste 100
Boulder, CO  80301-2879


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346


Intrado
5400 Airport Blvd Ste 100
Boulder, CO  80301-2879


IPFS
PO Box 412086
Kansas City, MO  64141-2086


IPFS Corporation
165 S Union Blvd Ste 366
Lakewood, CO  80228-2211

Iroquis Capital Investment Group
3100 W End Ave Ste 910
Nashville, TN  37203-1347


IRS District Counsel
600 17th St # 300
Denver, CO  80202-5446


Irving Energy
PO Box 11013
Lewiston, ME  04243-9464


J2T
75 Twinbridge Dr Ste H
Pennsauken, NJ  08110-4205


Jack Jeffrey Cohen & Robin Lynn Cohen JT
49 Winter Pl
East Northport, NY  11731


James A Marx
11 Franklin Ln
Kinnelon, NJ  07405-3210


James W Luckner
PO Box 414
High Falls, NY  12440-0414

Jan-Pro of Central Connecticut
477 Connecticut Blvd
East Hartford, CT  06108-3268


Jani-King Hawaii
94-155 Leoole St
Waipahu, HI  96797-2238


Jason Halpern
184 Kent Ave Apt B415
Brooklyn, NY  11249-3195


Jason Love
603 Elm St
Lafayette, CO  80026-2673


Jeffery Edlund
91-6470 Kapolei Pkwy
Ewa Beach, HI  96706-6023


Jeffrey Nistal-Sampaio
84-150 Jade St
Waianae, HI  96792-2242


Jeffrey S Lang
6051 N Paseo Zaldivar
Tucson, AZ  85750-1097

Jeffrey Schulte Jr
94-407 Leleaka Pl
Mililani, HI  96789-2197


Jerome Crawford
2637 Puninoni St
Wahiawa, HI  96786-2847


Jesse Pichel
95 S Woodland St
Englewood, NJ  07631-3726


JMS, LLC Cust
FBO Robert E Shurbutt IRA
513 E Las Olas Blvd Unit 900
Fort Lauderdale, FL  33301-2351


John Andrew McCaffery
2762 King St
Denver, CO  80211-4029


John Beckman Hardwick
8483 S Painted Sky St
Highlands Ranch, CO  80126-2015


John Chambers
5775 Reynolds Rd
Lake Worth, FL  33449-8440

John Devillars
67 Chestnut St
Boston, MA  02108-1121


John Gilkison
302 Rivers Edge
Williamsburg, VA  23185-8936


Joshua JK Lucero
1266 Kuuna St
Kailua, HI  96734-3659


Joshua Tinaglia
7129 Devinney Ct
Arvada, CO  80004-2072


Justin Rubalcava
371 Keolu Dr
Kailua, HI  96734-4265


Justin Sorem
1983 Puowaina Dr
Honolulu, HI  96813-1732


Justin Valdez
542 Mapu Ln Apt B
Honolulu, HI  96817-2241

Kai Lau Kong
7511 Kekaa St
Honolulu, HI  96825-2805


Kamyar Mofid
3052 N Snow Canyon Pkwy
St George, UT  84770-6162


Kapaa III, LLC
905 Kalanianaole Hwy
Kailua, HI  96734-4645


Kathy Anderson
136 Pukoa St
Kailua, HI  96734-1949


Kaylee Gustafson
45-506 Louli Pl
Kaneohe, HI  96744


Killian Stafford
45 Woodlands ParkBlackrock CO Dublin I


Kilowatt Systems, LLC
Jon Norling
2900 North Loop W Ste 3
Houston, TX  77092-8868

Koda Micah Miranda
609 Inuwai Pl
Honolulu, HI  96825-2926


Krannich
11808 Miracle Hills Dr
Omaha, NE  68154-4403


Lakeview Consulting Associates, LLC
2999 NE 191st St Ph
Aventura, FL  33180-3123


Lance Godenzi
272 Kuukama St
Kailua, HI  96734-2949


Larry TF Teixeira
47-040 Kamehameha Hwy
Kaneohe, HI  96744-4730


Laurence Brightenfield
171 S Amherst St
Castle Rock, CO  80104-8954


Law Offices of Jonathan Kirsch
1880 Century Park E Ste 515
Los Angeles, CA  90067-1607

Lawrence & Camille Rubinstein
343 Lakeside Blvd
Hopatcong, NJ   07843-1621


Lead Genesis Partners, Inc.
PO Box 203823
Dallas, TX   75320-3823


Lee Hartzmark MLH Investments LLC
55 Stonewood Dr
Moreland Hills, OH   44022-1037


Level 3 Communications
PO Box 910182
Denver, CO   80291-0182


LexisNexis
PO Box 894166
Los Angeles, CA   90189-4166


Lina
900 Cottage Grove Rd
Bloomfield, CT   06002-2920


Littler Mendelson PC
PO Box 207137
Dallas, TX   75320-7137

Lopaka Kreusling
241 Hawaii Loa St
Honolulu, HI  96821-2046


M&M Landscaping & Paving, Inc.
1278 Nooseneck Hill Rd
Coventry, RI  02816-6700


M&R Roofing & Raingutters
2045 Lauwiliwili St Ste 1509
Kapolei, HI  96707-3907


Mackenzie Partners
29973 Network Pl
Chicago, IL  60673-1299


Madwire, LLC
3420 E Harmony Rd Fl 3
Fort Collins, CO  80528-9522


Manuel Leonardo
103 Pinata Ct
Kissimmee, FL  34743-7530


Marianne Merola
707 N Taylor Ave
Oak Park, IL  60302-1749

Mark E McLaughlin General Partner
Rose Valley Partners
5250 Riverview Blvd
Bradenton, FL  34209-1858


Martin Skulnik
7491 N Federal Hwy Ste C5-205
Boca Raton, FL  33487-1625


Matthew Dobjeleski
8050 Arista Pl Unit 207
Broomfield, CO  80021-4138


Matthew Rombawa
921 11th Ave
Honolulu, HI  96816-2240


McKeever Energy & Electric
5000 W End Rd
Arcata, CA  95521-9235


Media Temple, Inc.
8520 National Blvd Ste A
Culver City, CA  90232-2418


Mediant Communications, Inc.
PO Box 29976
New York, NY  10087-9976

Melvin Monces
2320 Kalihi St
Honolulu, HI  96819-3760


Michael & Annette Morrill
25 Sound Ave
Stamford, CT  06902-8017


Michael Hans
1109 N Marion St Apt 3
Denver, CO  80218-3032


Michael Kenney Native American Rights Fu
1506 Broadway
Boulder, CO  80302-6217


Michael Seidman
156 Whitmar Rd
Cotuit, MA  02635-2930


Michael Smurfit Jr
24 Ailesbury RoadDonnybrook Dublin 4 I


Michael Stillman
Michael Stillman Trust
131 San Marco Dr
Palm Beach Gardens, FL  33418-4641

Michael Walsh
IFSC House Custom HouseQuay Dublin I D


Michelle Criste & Elizabeth Blow
1521 Mammoth Pl
Rohnert Park, CA  94928-8181


Mid-America Electric, Inc.
5950 Old State Rd
Imperial, MO  63052-2331


Mix Network
PO Box 17229
Denver, CO  80217-0229


Mix Network
251 Little Falls Dr
Wilmington, DE  19808-1674


Mobomo, LLC
1600 Spring Hill Rd
Vienna, VA  22182-2229


Morrison & Foerster, LLP
425 Market St
San Francisco, CA  94105-2532

Nasdaq OMX Corporation Solutions, LLC
1 Liberty Plz # 165
New York, NY  10006-1404


Nicholas Cassisi
Nicholas Cassisi IRA
3105 SW 5th Ct
Gainesville, FL  32601-9043


Nissa Anson
3718 1/2 Jay St Apt 1
Wheat Ridge, CO  80033-7400


Norman Dupuis
4301 University Blvd
Dallas, TX  75205-1636


Norris Landscaping & Nursery
dba Greenhaven
2638 Ethan Allen Hwy
New Haven, VT  05472-1049


NRG Residential Solar Solutions, LLC
PO Box 304
Houston, TX  77001-0304


Office of the Attorney General
Colorado Department of Law
1300 Broadway 10th Floor Ralph L Carr Ju
Denver, CO  80203

```
Olshan Frome Wolosky, LLP
Richard Nicholson, Esq. Thomas Fleming,
1325 Avenue of the Americas
New York, NY  10019-6026


One Source Distributors, LLC
2846 Awaawaloa St
Honolulu, HI  96819-2008


Onesource Water, LLC
PO Box 677867
Dallas, TX  75267-7867


Oracle America, Inc.
15612 Collection Center Dr
Chicago, IL  60693-0156


OTC Markets Group, Inc.
PO Box 29959
New York, NY  10087-9959


Pacific Ice Services, Inc.
3375 Koapaka St # F-281
Honolulu, HI  96819-1800


Pavel Bouska
1453 County Road 83
Boulder, CO  80302-9790
```

PC Connection Sales Corp
PO Box 536472
Pittsburgh, PA  15253-5906


PC Hawaii, LLC
91-6622 Kapolei Pkwy # 11
Ewa Beach, HI  96706-5022


Peckar & Abramson
801 S Figueroa St Ste 950
Los Angeles, CA  90017-5510


People 2.0 North America, LLC
222 Valley Creek Blvd Ste 100
Exton, PA  19341-2385


Pete Wittmann
4814 Kelsey Rd
Dallas, TX  75229-6508


Peter & Kim Spanos
18 Roclare Ln
Saint Louis, MO  63131-1129


Petroleum Building, LLC
7723 Oxford Rd
Longmont, CO  80503-8767

Petroleum Building, LLC aka Petro Group
7723 Oxford Rd
Longmont, CO  80503-8767


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA  15250-7887


Platt
PO Box 418759
Boston, MA  02241-8759


Polsinelli PC - Denver
Michael Dulin, Esq.
1401 Lawrence St Ste 2300
Denver, CO  80202-2498


Precision Air Conditioning, Inc.
99-920 Iwaena St # A-105
Aiea, HI  96701-3285


Precision Electric Company
8137 Winter Gardens Blvd
Lakeside, CA  92040-5531


Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

Purewater Dynamics, Inc.
30 Kalamath St
Denver, CO  80223-1550


PV Labels, Inc.
455 Market St Ste 650
San Francisco, CA  94105-2475


Quinlan Morreira-Siga
45-265 William Henry Rd # G-12
Kaneohe, HI  96744-3154


R&R Services, Inc.
50 Beartown Rd
Underhill, VT  05489-9364


RAK Solar Services
50 S La Salle St
Chicago, IL  60603-1008


Raquel Aragon
801 S Cherry St Apt 426
Glendale, CO  80246-2658


Real Goods Retail Store
13771 S Highway 101
Hopland, CA  95449-9607

Revere Plastic Systems, LLC
401 Elm St
Clyde, OH   43410-2148


Revere Plastic Systems, LLC
Glen Fish, CEO
39555 Orchard Hill Pl
Novi, MI   48375-5374


RGIS
PO Box 77631
Denver, CO   80012


Richard Held
Richard Held IRA
102 Appleton St
Cambridge, MA   02138-3339


Richard Heller
37 Bradley Rd
Weston, CT   06883-2001


Richard Meyer
14515 45th Pl N
Plymouth, MN   55446-2760


Richard Morgan
PO Box 11391
Denver, CO   80211-0391

Risen Energy Co., LTD
Silicon Valley Center
2570 N 1st St Fl 2
San Jose, CA  95131-1035


Robert Amen
7983 Vizcaya Way
Naples, FL  34108-7704


Robert Long
Robert Long & Patricia Long Trust Felt &
2100 LaSalle Plaza 800 LaSalle Ave
Minneapolis, MN  55401


Robert Ware
1103 Wisteria Way
Wayland, MA  01778-2846


RTD
PO Box 912380
Denver, CO  80291-2380


Safe Systems,  Inc.
1111 Church Rd
Aurora, IL  60505-1905


Safety Systems & Signs Hawaii, Inc.
PO Box 845708
Los Angeles, CA  90084-5708

Sageview Advisory Group, LLC
1920 Main St Ste 800
Irvine, CA  92614-7227


Salesforce.com
415 Mission St Fl 3
San Francisco, CA  94105-2533


Sandra Lax
6528 North Trl
Stratford, CT  06614


Sandwich Isle Pest Solutions
96-1385 Waihona St Ste A
Pearl City, HI  96782-1980


Scott Daigle
6338 S Emporia Cir
Englewood, CO  80111-5528


Scott McCalmont
1120 Willow Glen Way
San Jose, CA  95125-3349


Scott Skinner
PO Box 1363
Montpelier, VT  05601-1363

Sean Mullen
46-469 Holokaa St
Kaneohe, HI  96744-4217


SEC Headquarters
Jay Clayton, Chairman
100 F St NE
Washington, DC  20549-2000


Securities & Exchange Commission
Midwest Regional Office
175 W Jackson Blvd Ste 900
Chicago, IL  60604-2815


Sheffield Solar Group, LLC
10 Channel Ave
Norwalk, CT  06854-4815


Shimon Wolf Bravmar Associates
c/o Wolf Maryles Associates
2200 E 42nd St Ste 2201
New York, NY  10001


Skyline Solar, LLC
663 W State Rd Unit 3
Pleasant Grove, UT  84062-2605


Skyline Solar, LLC
191 Godwin Ave
Wyckoff, NJ  07481-5201

Skyline Solar, LLC
622 3rd Ave Fl 34
New York, NY  10017-6936


Slim's Power Tools, Inc.
1626 Republican St
Honolulu, HI  96819-3920


Soan Coa
PO Box 30645
Honolulu, HI  96820


Solar Bos
310 Stealth Ct
Livermore, CA  94551-9303


Solar Guardian, LLC
5632 S Biscay Ct
Aurora, CO  80015-5152


Solar Solutions & Distributions, LLC
8450 E Crescent Pkwy Ste 350
Englewood, CO  80111-2821


Solar Supply of Colorado, LLC
5440 Marshall St Ste 1
Arvada, CO  80002-3863

Solarwinds
PO Box 730720
Dallas, TX  75373-0720


Solium Capital, LLC
PO Box 30645
Honolulu, HI  96820-0645


Solium Holdings USA, Inc.
222 S Mill Ave Ste 424
Tempe, AZ  85281-3738


Sonepar Distribution New England, Inc.
560 Oak St
Brockton, MA  02301-1346


Spanning Clouds App
PO Box 392288
Pittsburgh, PA  15251-9288


SST Construction, LLC
aba Sunsystem Technology
2731 Citrus Rd Ste D
Rancho Cordova, CA  95742-6303


Staples Advantage
PO Box 660409
Dallas, TX  75266-0409

Stellar Energy GP, Inc.
1400 N McDowell Blvd Ste 201
Petaluma, CA  94954-6553


Stephen & Roberta Toback
5200 Keller Springs Rd Apt 220
Dallas, TX  75248-2739


Stephen D Scrobe
Stephen D Scrobe IRA Rollover
46 Bartlett Dr
Manhasset, NY  11030-2121


SunRun, Inc.
717 17th St Ste 200
Denver, CO  80202-3335


Sunstruck Consulting
140 Grassy Ridge Rd
Olivebridge, NY  12461-5319


Sunsystem Technolog
14904 Collection Center Dr
Chicago, IL  60693-0149


Sunsystem Technolog
PO Box 681548
Indianapolis, IN  46268-7548

Sunsystem Technology
PO Box 30645
Honolulu, HI  96820-0645


Sunsystem Technology
PO Box 1286
Winona, MN  55987-7286


Surveyors Supply Company, Inc.
94-356 Ukee St Ste A
Waipahu, HI  96797-4468


Susan Ritz
7 Clarendon Ave
Montpelier, VT  05602-2115


Sustainable Structures LLC
1185 W 8th Avenue Dr
Broomfield, CO  80020-1832


Tanner Cole
545 Massachusetts Ave
Lunenburg, MA  01462-1305


Taylor Lock & Key
4500 19th St Lot 70
Boulder, CO  80304-0614

Ted Nark
25 Black Hawk
Irvine, CA  92603-0310


Terry Turner
9554 Dovetree Isle Dr
Boynton Beach, FL  33473-4909


Texas Securities Board
208 E 10th St
Austin, TX  78701-2407


The Bureau of National Affairs, Inc.
PO Box 419889
Boston, MA  02241-9889


The Wall Street Transcript Corp
622 3rd Ave Fl 34
New York, NY  10017-6936


Theodore Roth
7528 Magellan St
Carlsbad, CA  92011-5426


Thomas Tesluk
925 Oenoke Rdg
New Canaan, CT  06840-2605

Thomas Vansant
326 E Holderness Rd
Holderness, NH   03245-5717


Timothy Seamans
PO Box 752
Wilton, CT   06897-0752


Tobler Clean Energy Investments, LLC
92-1234 Hookomo St
Kapolei, HI   96707-1525


Tom Constantino
8 Silent Grove Ct
Westport, CT   06880


Tom Fritzlen
Thomas Fritzlen IRA
500 W Madison St Ste 4000
Chicago, IL   60661-4596


Toppan Vite (New York), Inc.
109 5th St
Saddle Brook, NJ   07663-6157


Tory Ventures, LLC
Frank Alfano
15 Tory Rd
Riverside, CT   06878-1038

TRC Engineers, LLC
21 Griffin Rd N
Windsor, CT  06095-1512


Tredegar Solar Fund I, LLC
PO Box 844515
Los Angeles, CA  90084-4515


Triple F Holdings, LLC
PO Box 681548
Indianapolis, IN  46268-7548


Tvarana Consulting North America, LLC
5750 Claude Dr Apt 2227
Plano, TX  75024-5750


Tyler Clarke
3401 E 38th Ave
Denver, CO  80205-3743


Tyler Elaine Johnson
2558 N Vine St
Denver, CO  80205-5658


U.S. Attorney
1801 California St Ste 1600
Denver, CO  80202-2628

U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC  20530-0009

U.S. Securities and Exchange Commission
Central Regional Office
1961 Stout St Ste 1700
Denver, CO  80294-1700

UBS Financial Services, Inc.
1000 Harbor Blvd Fl 6
Weehawken, NJ  07086-6761

UL GMBH
75 Remittance Dr Dept 1893
Chicago, IL  60675-1893

UL, LLC
75 Remittance Dr Dept 1524
Chicago, IL  60675-1524

UL, LLC
PO Box 681548
Indianapolis, IN  46268-7548

United Site Services of California
PO Box 53267
Phoenix, AZ  85072-3267

Valuation Research Corp
PO Box 809061
Chicago, IL  60680-9061


Venture Global Solutions, LLC
PO Box 681546
Indianapolis, IN  46268-7546


Venture Global Solutions, LLC
2731 Citrus Rd Ste D
Rancho Cordova, CA  95742-6303


Verizon
PO Box 5100
Westborough, MA  01581-5100


Vertical Technologies
1024 Kikowaena Pl Ste D
Honolulu, HI  96819-4420


Viavid Broadcasting Corp.
998 Harbourside Dr, North Vancouver, BC


Walter V Ohanian
75 Fox Hill Rd
North Andover, MA  01845-2937

Warren King
PO Box 77
Ripton, VT  05766-0077


Warren Lesser
19 Franklin Ln
Harrison, NY  10528-1105


Washington State Treasurer
PO Box 9033
Olympia, WA  98507-9033


Waterlogic
4750 S Santa Fe Cir
Englewood, CO  80110-6490


Wayne Warnke
Wayne Warnke Revocable Trust
310 Ranchview Ln S
Wayzata, MN  55391-1431


Wesco Distributio
PO Box 847080
Los Angeles, CA  90084-7080


Wesco Distributio
761 Ahua St
Honolulu, HI  96819-2028

Wesco Distribution
2731 Citrus Rd Ste D
Rancho Cordova, CA  95742-6303


WEX, Inc.
14151 Newbrook Dr Ste 200
Chantilly, VA  20151-2279


William Camarata Ataramac
56 Lincord Dr
Saint Louis, MO  63128-1209


William Happersett Jr.
PO Box 1461
Jackson, WY  83001-1461


WIlliam Schooner
608 Robin Rd
Lakeland, FL  33803-4841


Wright Express FSC
PO Box 6293
Carol Stream, IL  60197-6293


XPO Logistics Freight, Inc.
29559 Network Pl
Chicago, IL  60673-1295

Xpresshred, LLC
15580 E Hinsdale Cir
Centennial, CO  80112-4225


Yellow Pages United
PO Box 53251
Atlanta, GA  30355-8000


Zachary Eberz
222 Liliuokalani Ave Apt 1303
Honolulu, HI  96815-3506


Zachary Englert
94-1016 Kikepa St
Waipahu, HI  96797-5500


Zero Down Solar
520 Lunalilo Home Rd
Honolulu, HI  96825-1700


Zurich North America Ins Co.
PO Box 4664
Carol Stream, IL  60197-4664


Zurich North America Insurance Co.
1299 Zurich Way
Schaumburg, IL  60196-5870