# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | ) Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

### NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO HIRE AND PAY THE iO GROUP, LLC TO PERFORM INFORMATION TECHNOLOGY SERVICES EFFECTIVE MARCH 23, 2020

### OBJECTION DEADLINE: APRIL 13, 2020

**YOU ARE HEREBY NOTIFIED** that Jeanne Y. Jagow, as chapter 7 Trustee ("Trustee") for the bankruptcy estate of Real Goods Solar, Inc. ("Debtor"), filed Trustee's Motion for Authority to Hire and Pay The iO Group, LLC to Perform Information Technology Services Effective March 23, 2020 (the "Motion") with the Bankruptcy Court.

On March 5, 2020, Debtor filed for relief under chapter 7, title 11 of the United States Code. Also on March 5, 2020, Trustee was appointed as the chapter 7 trustee. Debtor is a Colorado corporation and with its corporate headquarters located at 110 16th Street, Fl. 3, Denver, CO 80202 ("Denver Premises"). Debtor leased the Denver Premises.

In September of 2017, Debtor entered into an exclusive Technology License Agreement with Dow Global Technologies LLC ("Dow") relating to its POWERHOUSE™ in-roof solar shingle. In November of 2018, Debtor received United Laboratories ("UL") certification for the POWERHOUSE™ 3.0 solar shingles and engaged third-party manufacturers to manufacture the POWERHOUSE™ shingle. Upon information and belief, Debtor operated its call center for both the solar division and for the POWERHOUSE™ shingles out of the Denver Premises. Trustee is informed and believes that there are physical assets still located at the Denver Premises.

Trustee is informed and believes the assets still at the Denver Premises include servers and other electronic files ("Electronic Information") that contain information needed to administer the estate. Trustee intends to liquidate the unencumbered assets located at the Denver Premises and eventually surrender the leased premises back to the landlord. Therefore, Trustee believes that the Electronic Information needs to be taken down, backed up, removed and secured. Accordingly, in the Motion, Trustee is seeking authority to hire THE iO GROUP, LLC ( "The iO Group") on an hourly basis to consolidate critical accounting and other data from the cloud providers to the physical servers, take down, back-up, remove and secure the necessary Electronic Information and to reimburse The iO Group for its costs and expenses related to such services. I-O Group estimates that it will take less than 40 hours to complete the services and estimates its expenses to be less

than $1,000.00. However, the total amount may change based on the amount of time it takes to perform the services.

Jay Mountjoy is the person who will be primarily responsible for completing the services. Mr. Mountjoy's hourly rate is $136.00. Trustee believes that The iO Group and its employees are disinterested persons qualified to be employed under 11 U.S.C. § 327(a) and Fed.R.Bankr.P. 2014(a). Accordingly, in the Motion, Trustee requests that the Court enter an Order authorizing Trustee to hire and pay The iO Group for up to 40 hours of services and expenses not to exceed $1,000.00. If additional time is required to complete the services or additional expenses are necessary, Trustee will file a supplemental motion seeking authority to pay for such additional time and expenses.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 23, 2020 	Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON LLC**

*s/ Joli A. Lofstedt*
Joli A. Lofstedt, Esq. #21946
1801 Broadway, Suite 900
Denver, Colorado 80202
Phone: (303) 512-1123
Fax: (303) 512-1129
joli@OFJlaw.com

*Counsel for Jeanne Y. Jagow as Chapter 7 Trustee*