**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | ) Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**NOTICE OF TRUSTEE'S MOTION TO TERMINATE 401(K) RETIREMENT PLAN**

**OBJECTION DEADLINE: MAY 27, 2020**

**YOU ARE HEREBY NOTIFIED** that Jeanne Y. Jagow, as chapter 7 Trustee ("Trustee") for the bankruptcy estate of Real Goods Solar, Inc. ("Debtor"), filed Trustee's Motion to Terminate 401(k) Retirement Plan (the "Motion") with the Bankruptcy Court.

On March 5, 2020, Debtor filed for relief under chapter 7, title 11 of the United States Code. Trustee is the duly appointed and acting Chapter 7 trustee of the bankruptcy estate of Debtor.

Debtor is a Colorado corporation with its corporate headquarters located at 110 16th Street, Fl. 3, Denver, CO 80202. Debtor's original business consisted of the sale and installation of solar energy systems across the continental United States and Hawaii. Debtor's primary customers were homeowners and small commercial building owners in the United States. Debtor and its subsidiaries offered turnkey solar services, including design, procurement, permitting, build-out, grid connection, financing referrals and warranty work for its customers.

In the Debtor's Statement of Financial Affairs and Bankruptcy Schedules, Debtor stated that employees of the Debtor were participants in Debtor's 401(k) plan, a qualified retirement plan, made available by the Debtor as an employee benefit (the "401(k) Plan"). There is currently approximately $1,500,000 in the 401(k) Plan assets. Because Debtor is no longer operating and does not have any employees, Trustee is attempting to terminate the 401(k) Plan in order to permit the distribution of all employee accounts and windup of the 401(k) Plan.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 6, 2020                              Respectfully submitted,

                                                 **ONSAGER | FLETCHER | JOHNSON LLC**

                                                 *s/ Joli A. Lofstedt*
                                                 Joli A. Lofstedt, #21946
                                                 600 17th Street, Suite 425N
                                                 Denver, Colorado 80202
                                                 Ph: (720) 457-7064
                                                 joli@OFJlaw.com

                                                 *Counsel for Jeanne Y. Jagow*
                                                 *as Chapter 7 Trustee*