# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

REAL GOODS SOLAR, INC.  )   Case No. 20-11590-TBM
EIN: 26-1851813  )
  )   Chapter 7
Debtor.  )

## ORDER GRANTING IN PART, TRUSTEE'S MOTION FOR AUTHORITY TO FILE BANKRUPTCY FOR CERTAIN OF DEBTOR'S SUBSIDIARIES

THIS MATTER is before the Court on Trustee's "Motion for Authority to File Bankruptcy for Certain of Debtor's Subsidiaries" (Docket No. 58, the "Motion") filed by Jeanne Y. Jagow, as chapter 7 Trustee for the bankruptcy estate of Real Goods Solar, Inc. ("Trustee"). The Trustee asserts she provided proper notice of her Motion and the grounds for her decision to request authority to file bankruptcy for certain subsidiaries. There were no objections filed to the relief she requests with respect to the entities listed below. Accordingly, the Court, having reviewed the Motion and being otherwise advised in the premises, hereby

ORDERS that the Motion is GRANTED in part; and

FURTHER ORDERS that Trustee is authorized to commence bankruptcy proceedings for the following entities in the United States Bankruptcy Court for the District of Colorado:

i. Alteris Renewables, Inc.; and
ii. RGS Financing, Inc.

Dated: June 23, 2020

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge