# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | ) Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## ORDER GRANTING IN PART, TRUSTEE'S MOTION FOR AUTHORITY TO FILE BANKRUPTCY FOR ELEMENTAL ENERGY, LLC DBA SUNETRIC

THIS MATTER is again before the Court on Trustee's "Motion for Authority to File Bankruptcy for Certain of Debtor's Subsidiaries" (Docket No. 58, the "Motion") filed by Jeanne Y. Jagow, as chapter 7 Trustee for the bankruptcy estate of Real Goods Solar, Inc. ("Trustee"). The Court previously entered an "Order Granting In Part, Trustee's Motion for Authority to File Bankruptcy for Certain of Debtor's Subsidiaries" (Docket No. 86, the "Order"). The Order granted the Motion as to two of three of the Debtor's subsidiaries for whom the Trustee decided to file petitions in bankruptcy in the District of Colorado. The Trustee asserted she provided proper notice of her Motion and only one objection was filed. That "Objection" (Docket No. 71) was filed by Carol A. Chun ("Ms. Chun") who objected only to the Trustee's decision to file bankruptcy on behalf of Elemental Energy, LLC dba Sunetric. Ms. Chun now has withdrawn her objection. (Docket No. 84). On that basis, the Trustee has requested an order authorizing her to file a petition in bankruptcy on behalf of Elemental Energy, LLC dba Sunetric. Accordingly, the Court hereby

ORDERS that the Motion is GRANTED in remaining part; and

FURTHER ORDERS that Trustee is authorized to commence bankruptcy proceedings for Elemental Energy, LLC dba Sunetric in the United States Bankruptcy Court for the District of Colorado.

Dated: June 29, 2020

BY THE COURT:

Honorable Thomas B. McNamara
United States Bankruptcy Judge