# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | ) Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## SECOND SUPPLEMENT TO TRUSTEE'S MOTION TO ENGAGE AND COMPENSATE DEBBIE ROMERO AS AN INDEPENDENT CONTRACTOR EFFECTIVE THE DATE OF THIS MOTION

Jeanne Y. Jagow, the Chapter 7 trustee ("Trustee") of the bankruptcy estate of Real Goods Solar, Inc., hereby files this Second Supplement to Trustee's Motion to Engage and Compensate Debbie Romero as an Independent Contractor Effective the Date of This Motion (this "Second Supplemental Motion"). In support of this Second Supplemental Motion, Trustee states as follows:

1. On March 5, 2020 (the "Petition Date"), Real Goods Solar, Inc. ("Debtor") filed for relief under chapter 7, title 11 of the United States Code.

2. Trustee is the duly appointed and acting chapter 7 trustee of the bankruptcy estate of Debtor.

3. Debtor's business consisted of the sale and installation of solar energy systems and manufacture and distribution of the POWERHOUSE™ solar panel shingles.

4. On April 20, 2020, Trustee filed Trustee's Motion to Engage and Compensate Debbie Romero as an Independent Contractor (the "Employment Motion") [Docket No. 36]. Pursuant to the Employment Motion, Trustee requested authority to hire Ms. Romero pursuant to 11 U.S.C. § 503(b) to assist Trustee in gathering information from the servers, accounting systems, and possibly the physical records necessary for administration of the bankruptcy case. On June 4, 2020, this Court entered an Order granting the Employment Motion ("Employment Order"). [Docket No. 79].

5. Pursuant to the Employment Order, Trustee was authorized to hire Ms. Romero as an independent contractor at a rate of $50.00 per hour to provide services for up to a total of 150 hours. As of July 29, 2020, Ms. Romero was approaching the court approved limit of 150 hours worked.

6. On August 13, 2020, Trustee filed Trustee's Supplement to Trustee's Motion to Engage and Compensate Debbie Romero as an Independent Contractor Effective the Date of This Motion ("Supplemental Motion") [Docket No. 106]. Pursuant to the Supplemental Motion, Trustee requested authority to continue to hire Ms. Romero as an independent contractor at the rate of

Case:20-11590-TBM Doc#:133 Filed:11/12/20 Entered:11/12/20 15:48:51 Page2 of 2

$50.00 per hour for up to an additional 150 hours to assist Trustee in obtaining this necessary information and to pay Ms. Romero from time to time for such services. On September 10, 2020, this Court entered an Order granting the Supplemental Motion ("Supplemental Employment Order"). [Docket No. 120].

7. Pursuant to the Supplemental Employment Order, Trustee was authorized to hire Ms. Romero as an independent contractor at a rate of $50.00 per hour to provide services for up to an additional 150 hours. As of November 5, 2020, Ms. Romero was approaching the court approved limit of 300 hours worked.

8. Trustee still needs financial information, including bank statements from the Debtor's books and records and wishes to continue to hire Ms. Romero as an independent contractor at the rate of $50.00 per hour for up to an additional 100 hours to assist Trustee in obtaining this necessary information and to pay Ms. Romero from time to time for such services. Further, Ms. Romero is assisting in termination of Debtor's 401(k) plan.

9. Trustee believes that the hourly rate to be charged by Ms. Romero is reasonable and in the best interests of the bankruptcy estate. Ms. Romero is familiar with the business records, accounting system and Debtor's and related entities businesses. Trustee believes that continuing to employ Ms. Romero will allow Trustee to continue to move quickly to recover and liquidate assets, prosecute avoidance actions, and to further administer Debtor's bankruptcy estate and the bankruptcy estates of the Subsidiaries.

WHEREFORE, Trustee requests that this Court enter an Order granting this Second Supplemental Motion, authorizing Trustee to continue to employ Ms. Romero as an independent contractor at an hourly rate of $50.00 for an additional 100 hours, and granting such other and further relief as the Court deems just and proper.

Dated: November 12, 2020      Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON LLC

*s/ Charles R. Scheurich*
Joli A. Lofstedt, #21946
Charles R. Scheurich, #47556
600 17th Street, Suite 425N
Denver, Colorado 80202
Ph: (720) 457-7064
joli@OFJlaw.com
cscheurich@OFJlaw.com

*Counsel for Jeanne Y. Jagow as Chapter 7 Trustee*

2