# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | ) Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## SUPPLEMENT TO TRUSTEE'S MOTION FOR AUTHORITY TO HIRE AND PAY THE iO GROUP, LLC TO PERFORM INFORMATION TECHNOLOGY SERVICES EFFECTIVE MARCH 23, 2020

Jeanne Y. Jagow, the Chapter 7 trustee ("Trustee") of the bankruptcy estate of Real Goods Solar, Inc., hereby files this Supplement to Trustee's Motion for Authority to Hire and Pay iO Group, LLC to Perform Information Technology Services Effective March 23, 2020 (this "Supplemental Motion"). In support of this Supplemental Motion, Trustee states as follows:

1. On March 5, 2020 (the "Petition Date"), Real Goods Solar, Inc. ("Debtor") filed for relief under chapter 7, title 11 of the United States Code.

2. Trustee is the duly appointed and acting chapter 7 trustee of the bankruptcy estate of Debtor.

3. On March 23, 2020, Trustee filed Trustee's Motion for Authority to Hire and Pay the iO Group, LLC to Perform Information Technology Services Effective March 23, 2020 (the "Employment Motion") [Docket No. 16]. Pursuant to the Employment Motion, Trustee requested authority to hire the iO Group, LLC (the "iO Group") to assist Trustee to consolidate critical accounting and other data from cloud providers to the physical servers, take down, back-up, remove and secure necessary electronic information for administration of the bankruptcy case and to reimburse iO Group for its costs and expenses. On April 17, 2020, this Court entered an Order granting the Employment Motion ("Employment Order"). [Docket No. 33].

4. Pursuant to the Employment Order, Trustee was authorized to hire iO Group at a rate of $136.00 per hour to provide services for up to a total of 40 hours, with expenses not to exceed $1,000. iO Group is approaching the court approved limit of 40 hours worked.

5. Trustee still needs to consolidate critical accounting and other data from cloud providers and the physical servers necessary for the administration of the bankruptcy estate, including location of information related to estate assets, and wishes to continue to hire iO Group at the rate of $136.00 per hour for up to an additional 40 hours to assist Trustee in obtaining this necessary information and to pay iO Group from time to time for such services.

6. Trustee believes that the hourly rate to be charged by iO Group is reasonable and

in the best interests of the bankruptcy estate. Trustee believes that continuing to employ iO Group will allow Trustee to continue to move quickly to recover and liquidate assets and to further administer Debtor's bankruptcy estate.

7. Trustee intends to hire iO Group on similar terms in the related RGS Financing, Inc. case to gather information regarding the outstanding lease receivables owned by RGS Financing, Inc.

**WHEREFORE**, Trustee requests that this Court enter an Order granting this Supplemental Motion, authorizing Trustee to continue to employ iO Group as an independent contractor at an hourly rate of $136.00 for an additional 40 hours, and granting such other and further relief as the Court deems just and proper.

Dated: November 20, 2020	Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON LLC**

*s/ Charles R. Scheurich*
Joli A. Lofstedt, #21946
Charles R. Scheurich, #47556
600 17th Street, Suite 425N
Denver, Colorado 80202
Ph: (720) 457-7064
joli@OFJlaw.com
cscheurich@OFJlaw.com

*Counsel for Jeanne Y. Jagow*
*as Chapter 7 Trustee*