## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAL GOODS SOLAR, INC. | )   Case No. 20-11590-TBM |
| EIN: 26-1851813 | ) |
| | )   Chapter 7 |
| Debtor. | ) |
| | ) |

## REPORT OF SALE

Jeanne Y. Jagow, Chapter 7 Trustee ("*Trustee*") of the bankruptcy estate of Real Good Solar, Inc. ("*RGS*"), hereby submits this Report of Sale pursuant to Fed. R. Bankr. P. 6004.

1. On March 5, 2020, RGS filed for bankruptcy relief under chapter 7, title 11 of the United States Code, 20-11590-TBM (the "*RGS Bankruptcy*"). Trustee is the duly appointed and acting chapter 7 trustee of the bankruptcy estate of RGS.

2. RGS is a Colorado corporation with its corporate headquarters previously located at 110 16th Street, Fl. 3, Denver, CO 80202. RGS's original business consisted of the sale and installation of solar energy systems across the continental United States and Hawaii (the "*Solar Division*"). RGS's primary customers were homeowners and small commercial building owners in the United States. RGS and its subsidiaries offered turnkey solar services, including design, procurement, permitting, build-out, grid connection, financing referrals and warranty work for its customers.

3. Trustee was informed and believes that, prior to 2014, RGS acquired 100% of the outstanding stock of Alteris, a solar sale and installation company operating on the east coast and that RGS operated its Solar Division on the east coast through Alteris.

4. Alteris leased office and warehouse space located at 420 Woodlawn Ave, Bloomfield, CT 06002 (the "*Business Premises*") from FJS Family, LLC (the "*Landlord*") pursuant to a Lease agreement and Lease Amendment and Extension dated January 8, 2020 (the "*Lease*").

5. On its Statement of Financial Affairs and Schedules A/B, RGS listed inventory, furniture, fixtures and equipment located at Business Premises as assets of RGS (the "*Assets*").

6. Alteris ceased operating at approximately the same time as RGS. Because of the COVID pandemic the Assets remained at the Business Premises.

7. On June 23, 2020, the Bankruptcy Court entered an order authorizing Trustee to file a related Chapter 7 bankruptcy case for Alteris in the United States District Court for the District of Colorado. Thereafter, on July 20, 2020, Alteris filed for bankruptcy relief under chapter

7, title 11 of the United States Code, 20-14913-TBM. Trustee was appointed the Chapter 7 trustee of the bankruptcy estate of Alteris.

8.     Trustee was informed and believed that RGS operated Alteris as a division of its Solar Division, rather than as separate, distinct business based on the fact that RGS did not maintain separate books and records for Alteris; the employees were employees of RGS; Alteris did not have separate bank accounts; Alteris did not observe corporate formalities and or elect separate officers and the entities filed consolidated tax returns and financial statements. Trustee is informed and believes that sales on the east coast were booked as sales/accounts receivable of RGS and that operating expenses of Alteris were paid by RGS. Therefore, Trustee asserted that the Assets were owned by RGS rather than Alteris.

9.     On August 18, 2020, Trustee filed Trustee's Combined Motion Seeking: (A) Approval of Settlement Agreement with Landlord and for Entry of Order Rejecting Bloomfield, CT Lease; (B) Authority to: (i) Sell Personal Property by Public Auction Free and Clear of Liens; (ii) Employ and Compensate Auctioneer; and (iii) Pay any Personal Property Tax Liens from Auction Proceeds; and (C) for Entry of Order Suspending 14-Day Stay Imposed by Operation of Fed.R.Bankr.P. 6004(h) (the "Sale Motion"). On September 18, 2020, the Court entered an Order approving the Sale Motion (the "Sale Order"). [Dkt. No. 126].

10.     Hamilton Group, LLC ("*Hamilton*") conducted the auction of the Assets. As shown on Consignor Settlement statement attached hereto as **Exhibit A**, the total sales price received from the auction was $152,985.00. Trustee has received the $152,985.00 from Hamilton.

11.     Pursuant to the Sale Order, Hamilton is entitled to a 15% commission on the $152,985 or $22,947.75. Hamilton's expenses related to the auction were $8,121.34 as set forth and described in more detail on **Exhibit B** attached hereto. In addition, the September 18, 2020, Court Order authorized the Trustee to pay Hamilton $440.00 to secure and inventory of the Assets. Pursuant to the Sale Order, Hamilton was authorized to charge a 6% buyer's premium to the successful purchaser on the $152,985.00.

12.     Hamilton has confirmed that no employee acquired an interest, either direct or indirect, in any of the Assets sold at the auction.

Dated: December 29, 2020          Respectfully submitted,

                    /s/Jeanne Y. Jagow, Chapter 7 Trustee
                    P.O. Box 271088
                    Littleton, CO 80127
                    Voice: 303-798-1255
                    Email: trustee@jagowlaw.us

2

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 1 |

**Consignor**
Joli Lofstedt
Onsager | Fletcher | Johnson LLC
600 17th Street, Suite 425 North
Denver, CO 80202

Auction: Real Good Solar Bankruptcy Auction

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 1 | Group of 30A, 60A,  70A & 100A Enclosed Switches / Enclosures | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 2 | Pallet of 100A Square D General Duty Safety Switch | 9/29/2020 | Invoice Sale Price | 1,800.00 |
| 3 | (2) Eaton 60A Rainproof Switched Combiner | 9/29/2020 | Invoice Sale Price | 400.00 |
| 4 | Pallet of Circuit Breaker Load Centers, 125A, 100A By QO | 9/29/2020 | Invoice Sale Price | 600.00 |
| 5 | Shelf 30A & 60A Safety Switches | 9/29/2020 | Invoice Sale Price | 450.00 |
| 6 | Pallet of 200A Square D Heavy Duty Safety Switches | 9/29/2020 | Invoice Sale Price | 1,900.00 |
| 7 | Pallet of Assorted Hardware  - Assorted Sizes Compression Couplings | 9/29/2020 | Invoice Sale Price | 475.00 |
| 8 | Shelf Lot Assorted Safety Switches | 9/29/2020 | Invoice Sale Price | 300.00 |
| 9 | Circuit Breaker Load Centers, Safety Switches, Meter Boxes | 9/29/2020 | Invoice Sale Price | 350.00 |
| 10 | (2) MidNite Solar MNSOB4X-2P Disconnecting Combiner | 9/29/2020 | Invoice Sale Price | 225.00 |
| 11 | Used Aurora Power One, Sun Power Solar Inverter, Model: SPR-5000M | 9/29/2020 | Invoice Sale Price | 200.00 |
| 12 | Jinko Solar Photovoltaic Module, Type: JKM295M-60B | 9/29/2020 | Invoice Sale Price | 125.00 |
| 13 | (2) Coolers, Eye Wash Station, Box Uline Shoe Coverings, Box 3M Ear Plugs | 9/29/2020 | Invoice Sale Price | 30.00 |
| 14 | Contents of 4 Shelves - Outdoor Meter Sockets, Safety Switches, (4) Milbank U2601-XL, (4) GE 125 AMP Main Lug Outdoor | 9/29/2020 | Invoice Sale Price | 225.00 |
| 15 | Contents of 4 Shelves - Meter Sockets, Safety Switches, (13) Siemen 125 Amp Main Lug | 9/29/2020 | Invoice Sale Price | 200.00 |
| 16 | Pallet of Misc. Hardware, Twine, Etc. | 9/29/2020 | Invoice Sale Price | 60.00 |
| 17 | Pallet w/ TRS 30012 Fuse, Approx. 73, IG Com Card, Approx. 9, See Pic for Reference | 9/29/2020 | Invoice Sale Price | 800.00 |
| 18 | Ready Watt Combiner Boxes, (5) 600 COMB 12x12LV, (1) 600 Combo 10x10HV | 9/29/2020 | Invoice Sale Price | 125.00 |
| 19 | Large Wodden Crate w/ Aluminum Frame Trae Show Display | 9/29/2020 | Invoice Sale Price | 20.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 2 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 20 | Pallet of PowerHouse 2.0 Plastic Sheets | 9/29/2020 | Invoice Sale Price | 10.00 |
| 21 | (2) Enphase Energy Microverters, 208/240V AC, Model: D380-72-2LL-512 | 9/29/2020 | Invoice Sale Price | 900.00 |
| 22 | (2) Sun Tie XR, Part# StxR2500UPG | 9/29/2020 | Invoice Sale Price | 225.00 |
| 23 | (13) SMA DC Disconnect Switch, DC-Disconu-21 | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 24 | (18) Murray Ring Type Meter Socket, 135A, Catalog #SJ102AX | 9/29/2020 | Invoice Sale Price | 175.00 |
| 25 | Pallet Uroc / Sunwise Midclamps, End Clamps | 9/29/2020 | Invoice Sale Price | 325.00 |
| 26 | Used Solectria Renewables Rain Proof Grid-Tied Photovoltraic Inverters | 9/29/2020 | Invoice Sale Price | 175.00 |
| 27 | (1) Silfab Solar Panels, Model: SLG360M & Disconnect Box | 9/29/2020 | Invoice Sale Price | 1,800.00 |
| 28 | Contents of Warehouse Office - Desk, Chairs, Epson GT-585 Scanner, HP LaserJet P1102W, (2) Dell Flat Panel Monitors | 9/29/2020 | Invoice Sale Price | 90.00 |
| 29 | Fronius IG Plus A 5.0-1 UNI, Part # 4,210,123,800 | 9/29/2020 | Invoice Sale Price | 600.00 |
| 30 | Pallet of Couplings, Chase Nipples, HD Galv Steel Loop Straps, Plastic Female Cable Connectors | 9/29/2020 | Invoice Sale Price | 200.00 |
| 31 | Pallet Conduit Bodies | 9/29/2020 | Invoice Sale Price | 1,100.00 |
| 32 | Pallet of EMT One Hole Strap Snap on Type Offset Nipples, Cabinet to Cabinet Conduit Nipples, Water Tight Connectors | 9/29/2020 | Invoice Sale Price | 375.00 |
| 33 | Pallet of Combiner Boxes | 9/29/2020 | Invoice Sale Price | 325.00 |
| 34 | Pallet of Unirac Rail Brackets, (1) EcoFoot Universal Clamp Kit, (2) Boxes Little Fuse, (4) Square D 30A Rainproof Enclosures | 9/29/2020 | Invoice Sale Price | 200.00 |
| 35 | Pallet Landis GYR Watt Hour Meters, Mill Bank Meter Boxes | 9/29/2020 | Invoice Sale Price | 250.00 |
| 36 | Pallet of Oatley 12 No11840 NC-1 Roof Flashing, (3) Boxes Powergrip Roof Mount System | 9/29/2020 | Invoice Sale Price | 60.00 |
| 37 | Pallet of Square D 200A Rain Proof Safety Switch Enclosures, MillBank Meter Boxes | 9/29/2020 | Invoice Sale Price | 1,400.00 |
| 38 | Locus L-Gate 101 Single Phase | 9/29/2020 | Invoice Sale Price | 3,750.00 |
| 39 | Pallet of Mounting Hardware - See  Photo | 9/29/2020 | Invoice Sale Price | 125.00 |
| 40 | Pallet of Lighting Arrestors, 125-250 & 600 Volt | 9/29/2020 | Invoice Sale Price | 12,000.00 |
| 41 | Pallet of Conduit Bodies | 9/29/2020 | Invoice Sale Price | 650.00 |
| 42 | Pallet of Conduit Bodies | 9/29/2020 | Invoice Sale Price | 350.00 |
| 43 | Pallet of SNAPnRACK Array Edge Screen Kit (Black) #015-112 | 9/29/2020 | Invoice Sale Price | 25.00 |
| 44 | Pallet of Square D 200A General Duty Safety Switches | 9/29/2020 | Invoice Sale Price | 2,000.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 3 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 45 | Pallet  of End Clamps, Midclamps, Hardware, Bolts | 9/29/2020 | Invoice Sale Price | 325.00 |
| 46 | Pallet of Square D 40A Safety Switch | 9/29/2020 | Invoice Sale Price | 1,400.00 |
| 47 | Pallet of 60A Eaton Safety Switches, Siemens 100A Safety Switch, Cutter Hammer 100A Safety Switch | 9/29/2020 | Invoice Sale Price | 600.00 |
| 48 | Pallet S-5! Brackets & S-5 Clips | 9/29/2020 | Invoice Sale Price | 2,500.00 |
| 49 | (24) Enphase Micro Inverter, Model:IQ7-60-2-US, (18) Per Box | 9/29/2020 | Invoice Sale Price | 14,000.00 |
| 50 | (3) Silfab SLG370M Solar Panels | 9/29/2020 | Invoice Sale Price | 425.00 |
| 51 | Wooden Rolling Trade Show Case | 9/29/2020 | Invoice Sale Price | 15.00 |
| 52 | Pallet of Alpine Snowguard Flash, 12x12 60 Mil Peel & Stick EPDMF | 9/29/2020 | Invoice Sale Price | 175.00 |
| 53 | Pallet of Santrock Array Edge Screen Kit (Black) #015-112, PV Mounting System | 9/29/2020 | Invoice Sale Price | 80.00 |
| 54 | (7) Boxes Enphase Micro-Inverters, (4) Boxes Enphase 240V AC ET17-240-40 Cables | 9/29/2020 | Invoice Sale Price | 800.00 |
| 55 | Hardware Grommets, Unirac Small Mid Clamps, Padlocks, Misc. | 9/29/2020 | Invoice Sale Price | 250.00 |
| 56 | Pallet of (10) Solar BOS, PN: CS200-16-15-4XF | 9/29/2020 | Invoice Sale Price | 200.00 |
| 57 | Pallet of (3) Solar BOS, PN: CS200-16-15-4XF | 9/29/2020 | Invoice Sale Price | 70.00 |
| 58 | Vessman 79 Gallon Vitocell-V100, DHW Tank | 9/29/2020 | Invoice Sale Price | 850.00 |
| 59 | Square D General Purpose Type 1 Enclosure, Model:] H327N | 9/29/2020 | Invoice Sale Price | 1,000.00 |
| 60 | (8) Cooper Junction Boxes, Model: CCBF12F15DS200 | 9/29/2020 | Invoice Sale Price | 225.00 |
| 61 | (16) Cooper Junction Boxes, Model: CCBF12F15DS100 | 9/29/2020 | Invoice Sale Price | 200.00 |
| 62 | Lot Enphase Connector & Wire | 9/29/2020 | Invoice Sale Price | 400.00 |
| 63 | Pallet of SunPower Monitoring System Components | 9/29/2020 | Invoice Sale Price | 1,500.00 |
| 64 | Pallet of SunPower Monitoring System Components | 9/29/2020 | Invoice Sale Price | 1,500.00 |
| 65 | Pallet of Cooper Crouse Hinds Junction Boxes | 9/29/2020 | Invoice Sale Price | 275.00 |
| 66 | Pallet of(9) Enphase X-IQ-AM-240-3 & (8) XAM1-120-B | 9/29/2020 | Invoice Sale Price | 2,400.00 |
| 67 | (4) Boxes S-5! Solutions 500 PU Low Profile | 9/29/2020 | Invoice Sale Price | 50.00 |
| 68 | Double Pallet. Hardware, Breakers, Littlefuse | 9/29/2020 | Invoice Sale Price | 700.00 |
| 69 | Misc. Electrical Hardware | 9/29/2020 | Invoice Sale Price | 30.00 |
| 70 | Pallet of Unirac 7" Flat Top Stand off, Bins w/ Feet | 9/29/2020 | Invoice Sale Price | 80.00 |
| 71 | (1) Sun Tie XR 1500 OTG, (3) Xantrex Interface Grid Tie SW2 Inverters, PN-GTI, (1) Uno Solar Inverter, PN-3N25944 S200A, (2) Xantrex Inverter 4000 Watt (GTI Compatible) | 9/29/2020 | Invoice Sale Price | 1,400.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 4 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| | PN-SW4648, (1) Xantrek Inverter 4000 Watt, PN-SW4024, (1) Model SW5548 | | | |
| 72 | Pallet of SunPower Monitoring Boxes, PN-11001 SPR-PMR=ENC | 9/29/2020 | Invoice Sale Price | 1,600.00 |
| 73 | Pallet of SunPower / Schuco DC Disconnect Switch, PN: Dc-Disconnect-21-K9A & SPR-DC-DISC-M-US | 9/29/2020 | Invoice Sale Price | 1,600.00 |
| 74 | Pallet of Unirac Tile Hook Top Mount | 9/29/2020 | Invoice Sale Price | 300.00 |
| 75 | Pallet of Flexware Out Back Power Systems, Model: FWPV-12 & FWPV-8 | 9/29/2020 | Invoice Sale Price | 1,500.00 |
| 76 | Solar Water Heater w/ Electric Backup Super Contender Solar, (1) Model: SSC-80SE, (1) Solar Hot Water Heater w/ Boiler Backup, Model: SSC-80SB | 9/29/2020 | Invoice Sale Price | 1,000.00 |
| 77 | Pallet of Solar BOS, PN: CS200C-04-15-4XF | 9/29/2020 | Invoice Sale Price | 90.00 |
| 78 | SunPower SPR-5200-240 & (1) SunPower SPR-3300X-208 Inverter | 9/29/2020 | Invoice Sale Price | 200.00 |
| 79 | Werner 8' Fiberglas Step Ladder | 9/29/2020 | Invoice Sale Price | 70.00 |
| 80 | (2) 6' Aluminum Step Ladders | 9/29/2020 | Invoice Sale Price | 40.00 |
| 81 | (3) 6' Step Ladders | 9/29/2020 | Invoice Sale Price | 90.00 |
| 82 | Contents of Parts Room - Hardware / Conduit | 9/29/2020 | Invoice Sale Price | 250.00 |
| 83 | Pallet of Misc. | 9/29/2020 | Invoice Sale Price | 250.00 |
| 84 | Appliance Dolly | 9/29/2020 | Invoice Sale Price | 125.00 |
| 85 | WaterBlock Seal, 3" E-Curb Kit, Pourable Penetration Sealant | 9/29/2020 | Invoice Sale Price | 225.00 |
| 86 | Unirac Endcaps | 9/29/2020 | Invoice Sale Price | 200.00 |
| 87 | Work Bench w/ Contents | 9/29/2020 | Invoice Sale Price | 25.00 |
| 88 | Yale Forklift, Triple Mast, Model: GLP040AFNUAE084, SN: B810N04379C, NO Propane Tank | 9/29/2020 | Invoice Sale Price | 7,000.00 |
| 89 | Box of 10 Littlefuse AC/DC Fuse, (2) Solrenview Inverter Data Monitoring System, (2) Schuss Tempsensor AMB | 9/29/2020 | Invoice Sale Price | 250.00 |
| 90 | (2) MidNIte Solar Birdhouse Rapid Shutdown Control Box | 9/29/2020 | Invoice Sale Price | 225.00 |
| 91 | (3) Boxes Quick Mount PV | 9/29/2020 | Invoice Sale Price | 90.00 |
| 92 | (4) Boxes Hoffman Floor Stands Kits, Model: AFK0612 | 9/29/2020 | Invoice Sale Price | 50.00 |
| 93 | (2) Solmetric Sun Eye w/ Carrying Case | 9/29/2020 | Invoice Sale Price | 450.00 |
| 94 | (5) Possibly for Parts Solmetric Suneye 210 | 9/29/2020 | Invoice Sale Price | 1,000.00 |
| 95 | Solar Pathfinder Solar Site Analysis Kit | 9/29/2020 | Invoice Sale Price | 80.00 |
| 96 | Solar Pathfinder Solar Site Analysis Kit | 9/29/2020 | Invoice Sale Price | 80.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 5 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 97 | (3) Case w/ Solmetric Suneye 210 -Untested | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 98 | (3) Case w/ Solmetric Suneye 210 -Untested | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 99 | (2) Case w/ Solmetric Suneye 210 -Untested - 1 for Parts | 9/29/2020 | Invoice Sale Price | 650.00 |
| 100 | Sunny Webbox, Model: 232088 | 9/29/2020 | Invoice Sale Price | 1,100.00 |
| 101 | (4) Fronius Datalogger Box Pro 4240102 | 9/29/2020 | Invoice Sale Price | 150.00 |
| 102 | (7) SolarMagic Power Optimizer | 9/29/2020 | Invoice Sale Price | 125.00 |
| 103 | Lot of Metal Safety Signs | 9/29/2020 | Invoice Sale Price | 15.00 |
| 104 | (2) Rebel Protecta | 9/29/2020 | Invoice Sale Price | 30.00 |
| 105 | Miller Self Retracting Lifeline "Falcon" | 9/29/2020 | Invoice Sale Price | 60.00 |
| 106 | Rebel Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 35.00 |
| 107 | Rebel Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 35.00 |
| 108 | Rebel Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 45.00 |
| 109 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 35.00 |
| 110 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 40.00 |
| 111 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 40.00 |
| 112 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 35.00 |
| 113 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 40.00 |
| 114 | Protecta Lifeline | 9/29/2020 | Invoice Sale Price | 35.00 |
| 115 | Pallet of Quick Mount PV QMSO Base Plate Kit Bases & HW | 9/29/2020 | Invoice Sale Price | 90.00 |
| 116 | Tranzporter Systems w/ Aluminum Rails, (3) Power Base Units | 9/29/2020 | Invoice Sale Price | 650.00 |
| 117 | Pallet of (3) Boxes of 6 Each GE (1) 60 Amp Safety Switches, (1) Box 30 Amp | 9/29/2020 | Invoice Sale Price | 275.00 |
| 118 | (1) Fronius Primo 10.0-1 208-240 | 9/29/2020 | Invoice Sale Price | 950.00 |
| 119 | (1) Fronius Primo 15.0-1 208-240 | 9/29/2020 | Invoice Sale Price | 1,400.00 |
| 120 | (1) Fronius Primo 6.0-1 208-240 | 9/29/2020 | Invoice Sale Price | 600.00 |
| 121 | (1) Fronius Primo 6.0-1 208-240 | 9/29/2020 | Invoice Sale Price | 600.00 |
| 122 | Fronius Primo 10.0-3 208-240 | 9/29/2020 | Invoice Sale Price | 600.00 |
| 123 | Fronius IG Plus A 3.0-1 UNI | 9/29/2020 | Invoice Sale Price | 325.00 |
| 124 | Uno Solar Inverter, PVI-3.6-OUTD-S-US-A | 9/29/2020 | Invoice Sale Price | 325.00 |
| 125 | Uno Solar Inverter, PVI-3.6-OUTD-S-US-A | 9/29/2020 | Invoice Sale Price | 350.00 |
| 126 | Uno Solar Inverter, PVI-3.0-OUTD-S-US-1 | 9/29/2020 | Invoice Sale Price | 325.00 |
| 127 | Uno Solar Inverter, PVI-3.8-OUTD-S-US-A | 9/29/2020 | Invoice Sale Price | 375.00 |
| 128 | Uno Solar Inverter, PVI-3.0-OUTD-S-US-1 | 9/29/2020 | Invoice Sale Price | 350.00 |
| 130 | Used SMA Solar Technology | 9/29/2020 | Invoice Sale Price | 325.00 |
| 131 | SMA Solar SB6000US Sunny Boy | 9/29/2020 | Invoice Sale Price | 550.00 |
| 132 | SMA Solar SB4000US | 9/29/2020 | Invoice Sale Price | 450.00 |
| 133 | SMA Solar CU-1000-US-11 Connection Box | 9/29/2020 | Invoice Sale Price | 100.00 |
| 134 | SMA Solar STP20000TL-US-10 Sunny Tripwear | 9/29/2020 | Invoice Sale Price | 650.00 |
| 135 | Schuco DC Disconnect Switch, Model: DC=Disconu-21 | 9/29/2020 | Invoice Sale Price | 90.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 6 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 136 | Schuco PV Inverter, Model: SB-5000US | 9/29/2020 | Invoice Sale Price | 350.00 |
| 137 | Advanced Energy, Model: AE333NX / 3159000-0006 AN, SN: 913428 | 9/29/2020 | Invoice Sale Price | 3,250.00 |
| 138 | Advanced Energy, Model: 3159500-000G, 500KW / 600V DC, 480 VAC | 9/29/2020 | Invoice Sale Price | 3,750.00 |
| 139 | 40' 300lb. Werner Extension Ladder | 9/29/2020 | Invoice Sale Price | 175.00 |
| 140 | 40' 300lb. Werner Extension Ladder | 9/29/2020 | Invoice Sale Price | 150.00 |
| 141 | 32' 300lb. Werner Extension Ladder | 9/29/2020 | Invoice Sale Price | 150.00 |
| 142 | 32' 300lb. Lynn Extension Ladder | 9/29/2020 | Invoice Sale Price | 150.00 |
| 143 | 24' 300lb. Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 90.00 |
| 144 | 24' 300lb. Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 90.00 |
| 145 | Pallet of Aluminum Rail | 9/29/2020 | Invoice Sale Price | 600.00 |
| 146 | Lot of Aluminum Rail & Catalever Rack & Metal Piping | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 147 | Pallet of Eco Fastening GF1 8x12 Matte Black Flashing & L-101-3 BLK Blank | 9/29/2020 | Invoice Sale Price | 125.00 |
| 148 | (3) Tubs Hardware | 9/29/2020 | Invoice Sale Price | 60.00 |
| 149 | Lot of Boxes Misc. Hardware & Connectors | 9/29/2020 | Invoice Sale Price | 250.00 |
| 150 | Grey Bolt Cart | 9/29/2020 | Invoice Sale Price | 60.00 |
| 151 | Pallet of Fastening Hardware & Connectors | 9/29/2020 | Invoice Sale Price | 150.00 |
| 152 | Pallet of Misc. Hardware | 9/29/2020 | Invoice Sale Price | 70.00 |
| 153 | Bower - Fab | 9/29/2020 | Invoice Sale Price | 20.00 |
| 154 | Pallet of Oatley NC-1"  Gal Solar No Caulk Roof Flashing | 9/29/2020 | Invoice Sale Price | 250.00 |
| 156 | Lot if PVC Piping | 9/29/2020 | Invoice Sale Price | 150.00 |
| 157 | Pallet of Hardware | 9/29/2020 | Invoice Sale Price | 425.00 |
| 158 | Pallet of SunPower, SMA, Non-Metallic Enclosures, Midnight Combiners | 9/29/2020 | Invoice Sale Price | 225.00 |
| 159 | Pallet of Mixed Hardware | 9/29/2020 | Invoice Sale Price | 60.00 |
| 160 | Pallet of Mixed Hardware | 9/29/2020 | Invoice Sale Price | 250.00 |
| 161 | One Sided Cantilever Rack w/ Aluminum Rail & Black Channel | 9/29/2020 | Invoice Sale Price | 1,600.00 |
| 163 | Toyota Forklift, Triple Mast, Side Shift, Model: 7FGU15, 16501 Hours | 9/29/2020 | Invoice Sale Price | 11,500.00 |
| 164 | Pallet Lift 1000Kg Capacity, By Vestil | 9/29/2020 | Invoice Sale Price | 450.00 |
| 165 | 3 Sided Green Cart | 9/29/2020 | Invoice Sale Price | 45.00 |
| 166 | Blue Cart | 9/29/2020 | Invoice Sale Price | 30.00 |
| 167 | Red Uline Shop Cart | 9/29/2020 | Invoice Sale Price | 30.00 |
| 168 | Black Uline Shop Cart | 9/29/2020 | Invoice Sale Price | 35.00 |
| 169 | Red Uline Shop Cart | 9/29/2020 | Invoice Sale Price | 30.00 |
| 170 | LiftRite Pallet Jack | 9/29/2020 | Invoice Sale Price | 150.00 |
| 171 | Northern Industrial Pallet Jack | 9/29/2020 | Invoice Sale Price | 125.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 7 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 172 | 24" Red Fiberglas Extension Ladder | 9/29/2020 | Invoice Sale Price | 100.00 |
| 173 | 32: Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 90.00 |
| 174 | Approx. 30' Yellow Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 60.00 |
| 175 | Approx. 32' Red Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 125.00 |
| 176 | 28' Werner Red Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 125.00 |
| 177 | 28' Yellow Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 125.00 |
| 178 | 28' Yellow Fiberglass Extension Ladder | 9/29/2020 | Invoice Sale Price | 125.00 |
| 179 | Lot of Solar Mount Hardware | 9/29/2020 | Invoice Sale Price | 45.00 |
| 180 | Galvanized Roofing Material | 9/29/2020 | Invoice Sale Price | 45.00 |
| 181 | Misc. Roofing Supplies | 9/29/2020 | Invoice Sale Price | 100.00 |
| 182 | Roof Anchors, Rooftop Safety Kit & (2) Boxes Misc. Hardware | 9/29/2020 | Invoice Sale Price | 225.00 |
| 183 | ~10 Spool Wire / Rope Cart | 9/29/2020 | Invoice Sale Price | 225.00 |
| 184 | Spools Of Rope | 9/29/2020 | Invoice Sale Price | 125.00 |
| 185 | Spools of Rope | 9/29/2020 | Invoice Sale Price | 125.00 |
| 186 | See Pic - Possibly Panther Wagon | 9/29/2020 | Invoice Sale Price | 350.00 |
| 187 | (4) Safe-T Ladder Extension System, (1) Werner Ladder Jack, Lynn Ladder Levelers | 9/29/2020 | Invoice Sale Price | 30.00 |
| 188 | Model 15170 Adjustable ?? | 9/29/2020 | Invoice Sale Price | 35.00 |
| 189 | Misc. Hilti Tools & Chargers - Untested | 10/15/2020 | Invoice Sale Price | 175.00 |
| 190 | Table Lot Binder, Drills, Spikes | 9/29/2020 | Invoice Sale Price | 20.00 |
| 191 | Solar Pathfinder | 9/29/2020 | Invoice Sale Price | 30.00 |
| 192 | (2) reel Mac Telescoping Jack, 2500Lb. Capacity, By Summer Mfg. | 9/29/2020 | Invoice Sale Price | 70.00 |
| 193 | Bucket w/ Assorted Garden Tools | 9/29/2020 | Invoice Sale Price | 15.00 |
| 194 | Greenlee 390 Power Fishing System | 9/29/2020 | Invoice Sale Price | 70.00 |
| 195 | Pipe Benders & Attachments | 9/29/2020 | Invoice Sale Price | 25.00 |
| 196 | Big Wheel Cart | 9/29/2020 | Invoice Sale Price | 400.00 |
| 197 | Guardian Cart | 9/29/2020 | Invoice Sale Price | 60.00 |
| 198 | Transformer, By Federal Pacific, 1112.5 KVA @ 80c Rise | 9/29/2020 | Invoice Sale Price | 475.00 |
| 199 | Advanced Energy Industries Inc. TX AE 100TX | 9/29/2020 | Invoice Sale Price | 2,750.00 |
| 200 | (2) Eaton Powerline Switchboards | 9/29/2020 | Invoice Sale Price | 4,250.00 |
| 201 | Some Sort of Safety Net System | 9/29/2020 | Invoice Sale Price | 30.00 |
| 202 | (33) Ecofoot 2 | 9/29/2020 | Invoice Sale Price | 35.00 |
| 203 | (2) Rolls Black Wire Fencing, 1 Partial | 9/29/2020 | Invoice Sale Price | 80.00 |
| 204 | Xantrex Transformer, PN: T240 | 9/29/2020 | Invoice Sale Price | 275.00 |
| 205 | RGC Hoist, Model: ProDrive, SN: G002641 | 9/29/2020 | Invoice Sale Price | 200.00 |
| 207 | (4) Spools Asst. Size Heavy Gauge Wire & Holder | 9/29/2020 | Invoice Sale Price | 200.00 |
| 208 | (1) Spool Heavy Gauge Wire | 9/29/2020 | Invoice Sale Price | 70.00 |
| 209 | Cantilever Rack w/ PVC Conduit | 9/29/2020 | Invoice Sale Price | 275.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052   Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 8 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 210 | Milbank PN: 1028968 | 9/29/2020 | Invoice Sale Price | 10.00 |
| 211 | Box of Assorted Parts, Flags, Markers, Fuses | 9/29/2020 | Invoice Sale Price | 10.00 |
| 212 | Metal Shelf | 9/29/2020 | Invoice Sale Price | 150.00 |
| 213 | Contents of Shlef with misc hardware & FirstAid kits | 9/29/2020 | Invoice Sale Price | 125.00 |
| 214 | Sunny Sensor boxes, Unirac leg kits | 9/29/2020 | Invoice Sale Price | 700.00 |
| 215 | Self & Contents of shelf with eletrical hardware, conections, covers, fittings | 9/29/2020 | Invoice Sale Price | 90.00 |
| 216 | Self & Contents of shelf with strut clamos, conduits, couplings | 9/29/2020 | Invoice Sale Price | 150.00 |
| 217 | Metyal Shelf with fuses, circuit breakers | 9/29/2020 | Invoice Sale Price | 600.00 |
| 218 | Black Metal Shelf  with Junction boxes, Grommets, Battery jumpers, outlet boxes | 9/29/2020 | Invoice Sale Price | 325.00 |
| 219 | Pallet of conduit connection, Junction Boxes | 9/29/2020 | Invoice Sale Price | 250.00 |
| 220 | Black Metal Shelf & Contents with electrical hardware (2) boxes Solar Edge P860-4NMDMBX | 9/29/2020 | Invoice Sale Price | 475.00 |
| 221 | Black Metal Shelf with contents of eletrical supplies, PVC, roof flashing | 9/29/2020 | Invoice Sale Price | 90.00 |
| 222 | 6 rolls wire with stand by Rock A Tiers | 9/29/2020 | Invoice Sale Price | 125.00 |
| 223 | Black Metal Rack with junction boxes, PVC supplies, conduit bodies | 9/29/2020 | Invoice Sale Price | 275.00 |
| 224 | Black Metal Rack with hardware, PVC, caution tape, burried line | 9/29/2020 | Invoice Sale Price | 175.00 |
| 225 | Black Utility cart with misc hardware | 9/29/2020 | Invoice Sale Price | 175.00 |
| 226 | Pallet of conduit bodies | 9/29/2020 | Invoice Sale Price | 325.00 |
| 227 | Pallet of PVC conduit covers | 9/29/2020 | Invoice Sale Price | 60.00 |
| 228 | (6) Buckets of hangers & coupling | 9/29/2020 | Invoice Sale Price | 25.00 |
| 229 | Black Metal Racking with (2) square D outdoor loud centers, combiners milbank U2601-XL, (3) 100 AMPsafety switch, (1)  30 AMP safety switch | 9/29/2020 | Invoice Sale Price | 250.00 |
| 230 | Contents of 3 Shelves/Pallets Racks with equilibtium solar universal clamp kits with micro inverters, Solar Edge P860-4NMDMBX, Cloudtraxicom L-Gate 120, couplings | 9/29/2020 | Invoice Sale Price | 450.00 |
| 231 | Contents of 3 Shelves Square D plug on circuit breakers, lights | 9/29/2020 | Invoice Sale Price | 750.00 |
| 232 | (3) Shelves of L-Foot serrated with T-Bolt, solare | 9/29/2020 | Invoice Sale Price | 35.00 |
| 233 | Pallet of Eaton Disconnect Switches | 9/29/2020 | Invoice Sale Price | 900.00 |
| 234 | (2) Solar Edge Inverters SE20K-USR48NNU4 & (2) Solar Edge P360-4NNDMBX | 9/29/2020 | Invoice Sale Price | 1,200.00 |
| 235 | Enclosure Box | 9/29/2020 | Invoice Sale Price | 225.00 |
| 236 | Kenmore miser 12 self cleaning roto swirl hot water heater, New In Box | 9/29/2020 | Invoice Sale Price | 200.00 |

**Consignor Settlement**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**
**Phone: 203-433-8052  Fax: 203-643-2285**

| CO #: | 939 |
|---|---|
| Date: | 9/11/2020 |
| Page: | 9 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 237 | Shelf with hardware, sunpower, monitoring kits, flashing | 9/29/2020 | Invoice Sale Price | 150.00 |
| 238 | Pallet of sunpower M: MON-SPRM-1 | 9/29/2020 | Invoice Sale Price | 275.00 |
| 239 | 5 Boxes enphase IQ6PLUS | 9/29/2020 | Invoice Sale Price | 3,500.00 |
| 240 | Pallet Unirac Components | 9/29/2020 | Invoice Sale Price | 175.00 |
| 241 | Conference table, approx 14.5' with (8) rolling chairs | 9/29/2020 | Invoice Sale Price | 25.00 |
| 242 | (3) Sections of pallet racking with 3 shelves of wire grid shelving. Pickup On 10/2/2020 | 9/29/2020 | Invoice Sale Price | 325.00 |
| 243 | (3) Sections of pallet racking with 3 shelves of wire grid shelving. Pickup In 10/2/2020 | 9/29/2020 | Invoice Sale Price | 275.00 |
| 244 | (8) Sections Pallet Racking, 2 Shelf Pickup 10/2/2020 | 9/29/2020 | Invoice Sale Price | 1,000.00 |
| 245 | (2) Black Metal 4 drawer file cabinets & (1) lateral file cabinet with 4 drawers | 9/29/2020 | Invoice Sale Price | 20.00 |
| 246 | (3) Office cubicle dividers | 9/29/2020 | Invoice Sale Price | 20.00 |
| 248 | Office with (2) cubicle panel work stations, Dell Laptop, Dock Hannspree flat panel monitor, metal Han file, 4 drawer laminate file | 9/29/2020 | Invoice Sale Price | 25.00 |
| 249 | Xerox Workcenter 7435, untested | 10/15/2020 | Invoice Sale Price | 550.00 |
| 250 | Contents of office with folding table, (2) laminte work desks, (3) flat panel monitors, Staples brand (2) drawer flex glass top table, paper cutter | 9/29/2020 | Invoice Sale Price | 25.00 |
| 251 | Contents of Office (5) flat panel monitors, bookcases, small conference table | 9/29/2020 | Invoice Sale Price | 150.00 |
| 252 | (2) Dell Ultrabook Core I7 & Dell Latitude PC (no passwords) | 9/29/2020 | Invoice Sale Price | 425.00 |
| 253 | Ploycom SoundStation IP6000 | 10/15/2020 | Invoice Sale Price | 10.00 |

| | |
|---|---|
| Total Quantity: | 248.00 |
| Total Invoice Sale Price: | 152,985.00 |
| Total Commission: | ( 22,947.75) |
| Total Due to Consignor: | 130,037.25 |
| Total Payments: | 0.00 |
| Balance: | $130,037.25 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Consignment Order
Commission Structure Type: Fixed

| Any Amount | 15% |
|---|---|

## Auction Setup & Checkout Expenses

| | |
|---|---:|
| Forklift Propane | $40.00 |
| Auctionzip Featured Listing | $190.00 |
| Bidspotter Listing Fee & Final Value Fees | $4,922.75 |
| Facebook Ad | $223.09 |
| Email / Mail List | $250.00 |
| Uline Boxes / Shrink Wrap | $257.06 |
| Winsor Sanitation 20 Yard Dumpster | $553.02 |
| Gas For Generators | $117.40 |
| 20 Yard Dumpster Windsor Sanitation | $553.02 |
| Forklift Propane | $40.00 |
| International Sureties Bond | $975.00 |
| **Totals:** | **$8,121.34** |

## Neligon's Auto Care Center, L.L.C
1213 Blue Hills Avenue
Bloomfield CT 06002
860- 242 -9200
The Best Service In Town
24 Hour Towing

| 3/18/2020 9:45 AM | | | | | page 1 |
|---|---|---|---|---|---|

Quick Estimate

Cash Customer

Created   : 3/18/2020 9:45:24 AM

Parts

| Qty | Code/Tech* | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|
| 1 | | PROPANE | | $40.00 | $40.00 |
| | | Labor | ............................................. | | $0.00 |
| | | Parts | ............................................. | | $40.00 |
| | | Sublet/Misc. | ............................................. | | $0.00 |
| | | Shop Supplies | ............................................. | | $0.00 |
| | | Charges | ............................................. | | $0.00 |
| | | Sales Tax | Tax @ $0.00 * 6.3500% | | $0.00 |
| | | | Repair Total | | $40.00 |

SIGNATURE:
YES( ) NO( )

|SAVE OLD PARTS? _____ |

Estimates are valid for 30 days.

AuctionZip Featured Listings                                                      https://www.auctionzip.com/cgi-bin/buyfeat.cgi

 **AuctionZip**
Your auction community

Search by any keyword or zip code       🔍

Top Locations ˅       Top Categories ˅       **Online Bidding**       **Auctioneer Direc**

# Thank you for your order!

Please double check the information below to make sure it is correct. For ques to contact us at (617) 746-9800.

**Order Date:** 09/20/2020

**Auctioneer:** Hamilton Group LLC

**Card:** [AMERICAN EXPRESS] ending in 5005
**Exp:** 11/2023

**ListingID:** 3478027
**Auction:** ASSETS OF REAL GOOD SOLAR INC. SOLAR / ELECTRICAL - Septemb

### Order Summary

| | |
|---|---|
| Auction Listing | $40.00 |
| Upgrade to Featured Listing: | $150.00 |
| **Total:** | **$190.00** |

An email receipt will be sent to mike@hamilton-grp.com

## PAID IN FULL

Return to Auctioneers Home

## Quick Links

BidSpotter, Inc.
REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2020 | 38739 |

**Bill To**

The Hamilton Group LLC
36 Killingworth Turnpike (Route 81)
Clinton, CT 06413

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 09/29/2020 | Net 15 | 10/31/2020 | H_TMH | Timed | bsctheh10139 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Real Good Solar - Last Minute Bankruptcy Auction Inventory & Equipment | | 350.00 | 350.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 152,425 | 0.03 | 4,572.75 |

Everyone at BidSpotter.com thanks you for your business!
Please let us know how we may serve you!

| **Total** | $4,922.75 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,922.75 |

Wire Transfer Information
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: 021001088

Please Reference Invoice#
on Wire or ACH

For Check Payments

## Mike Knudsen

| | |
|---|---|
| **From:** | Facebook Ads Team <advertise-noreply@support.facebook.com> |
| **Sent:** | Wednesday, September 30, 2020 1:58 PM |
| **To:** | Mike Knudsen |
| **Subject:** | Your Facebook Ads Receipt (Account ID: 363325327116674) |

# 📘 Receipt for Mike Knudsen (Account ID: 363325327116674)

## Summary

**AMOUNT BILLED**

# $223.09 USD

**BILLING REASON**
Remaining ad costs at the end of the month.

**DATE RANGE**
Sep 21, 2020, 12:00 AM - Sep 28, 2020, 11:59 PM

**PRODUCT TYPE**
Facebook Ads

**PAYMENT METHOD**
PayPal Account mike@hamilton-grp.com

| CAMPAIGN | RESULTS | AMOUNT |
|---|---|---|
| 🐾Post: "https://www.bidspotter.com/en-us/auction-catalogue..." | 4,101<br>Impressions | $73.46 |
| 🐾Post: "https://www.bidspotter.com/en-us/auction-catalogue..." | 7,105<br>Impressions | $149.63 |
| CAMPAIGN TOTAL | | $223.09 |
| TOTAL | | $223.09 |

Transaction ID: 3302635243186527-6375985

Thanks,
The Facebook Ads Team

| Manage Your Ads | See Full Receipt |
|---|---|

This is an automated message. Please do not reply. If you have questions about ads, you can **get help**. You can also manage your **email notification settings** for this ad account.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



1

**Mike Knudsen**

| | |
|---|---|
| **From:** | CORY DUNN <Cory.Dunn@infousa.com> |
| **Sent:** | Wednesday, September 23, 2020 2:52 PM |
| **To:** | MIKE@HAMILTON-GRP.COM |
| **Cc:** | CORY DUNN |
| **Subject:** | Data Axle USA Order Confirmation |



# Order Confirmation

| | |
|---|---|
| **Order ID** | 7522047 |
| **Order Date** | 9/23/2020 |

Dear MICHAEL KNUDSEN,

Thank you for your order! A detailed description of your order can be found below. Please keep this email for your records. If you have any questions please contact us at **866.382.2555** or **customersuccess@infoUSA.com**.

Thanks again,

Cory Dunn

## Description of Products and Services

| Product Description | Qty | Credits | Unit Price | Amount |
|---|---|---|---|---|
| Email - Business Email List Basic | 1 | 1000 | $250.00 | $250.00 |
| | | | **Subtotal** | **$250.00** |
| | | | Tax | $0.00 |
| | | | **Order Total** | **$250.00** |

1

## Order and Payment Terms

Customer agrees to pay Data Axle the amount of $250.00

## Billing Information

| | |
|---|---|
| Company | HAMILTON GROUP LLC |
| Attn | MICHAEL KNUDSEN |
| Billing Address | 6 Janes Lane |
| City, State, ZIP | CLINTON, CT 06413 |
| Phone | 8605524609 |

## Contract And Fulfillment Terms

| | |
|---|---|
| Contract Term | One Year |
| Update Frequency | No Updates |
| Payment Type | CreditCard |
| Delivery | Electronic |

## This order is subject to our
## General Terms & Conditions.

*Questions?* **866.382.2555**

Copyright © 2020 Data Axle® All rights reserved.

Uline: Order Submitted                                    https://www.uline.com/Ordering/Step5OrderSubmitted?twAAAB...

# ULINE   1-800-295-5510

View Cart          Help          Chat Live

## ✔ ORDER SUBMITTED                                    ORDER # 41848229

Order Date: 09/23/2020

Thank you for shopping with Uline! Your order has been successfully submitted.
You will receive an email confirmation at mike@hamilton-grp.com once this order has been processed.

Order Details

| Billing Address | Shipping Address | Ship Via: UPS GROUND | Payment Method: Net 30 |
|---|---|---|---|
| HAMILTON GROUP LLC | HAMILTON GROUP LLC | Will Ship: 09/23/2020 | PO #: |
| 36 KILLINGWORTH TPKE STE D | 36 KILLINGWORTH TPKE STE D | | |
| CLINTON, CT 06413-1387 | CLINTON, CT 06413-1387 | | |

Uline Account #:  17996898
Order Placed By:
MICHAEL KNUDSEN

| Model # | Description | Unit Cost | Qty | Ext. Cost |
|---|---|---|---|---|
| S-640 | Uline Stretch Wrap - Blown, 80 gauge, 12" x 1,500' | $17.00 / RL | 4 | $68.00 |
| S-707 | White Corrugated Parts Bins - 12 x 12 x 4 1/2" | $1.37 / EA | 100 | $137.00 |
| | | Subtotal = | | $205.00 |
| | | Tax = | | $15.35 |
| | | Shipping/Handling = | | $36.71 |
| | | Total = | | $257.06 |

```
CUMBERLAND FARMS
STORE 4746  STATION 0699
6 OLD WINDSOR RD
BLOOMFIELD
CT    06002
FACILITY# 203864
PHONE#    860-243-5620

        - ORIGINAL -
Receipt#  439089
Date 10/01/20 Time 05:21
Payment Code           VS
Acct#  XXXXXXXXXXX1191
Pump# 10          UNLEAD
Gallons           22.480
Price/Gallon    $ 2.159
Total Amount    $ 48.53


SALE - Card Swiped
Reference#    103669242
Batch# 48     Seq# 96
Approval#      041681

************************
  TELL US HOW WE DID
  FOR A CHANCE TO WIN
   A $100 GIFT CARD
By completing an online
       survey at
http://guestsurvey.
    cumberlandfarms.com
or by Paper Pamphlets
  Located in Stores
************************

   We Appreciate Your
        Business
  Questions or Comments
     Please Call
     1-800-225-9702
```

```
          Store # 9768672
          SITE ID: 104644
          TERMINAL ID: 001


             THANK YOU

            JDS GASWAY
        1016 KILLINGWORTH RD
        HIGGANUM, CT 06441
            HIGGANUM CT
               06441


        DATE 09/30/20  06:25
        TRAN# 9016361
        PUMP# 01
        SERVICE LEVEL: SELF
        PRODUCT: REGULAR
        GALLONS:     31.900
        PRICE/G:   $   2.159
        FUEL SALE  $  68.87
            CREDIT    $68.87

        Mastercard
        ************1960
        Entry Method: Swiped
        Auth #: 00514P
        Resp Code:
        Stan: 07544384494
        Invoice #: 423875
        Store # 9768672
        SITE ID: 104644
        TERMINAL ID: 001



             THANK YOU
          HAVE A NICE DAY
```



**Windsor Sanitation Inc**
PO Box 622
Windsor, CT 06095-0622
Phone: (860) 688-3955
Fax: (860) 688-7726
www.windsorsanitation.com

| CUSTOMER NO | 014249 |
|---|---|
| INVOICE DATE | 10/2/2020 |
| INVOICE NO | 0000153971 |
| CUSTOMER PO | |
| DUE DATE | 11/1/2020 |

| BALANCE FWD | $0.00 |
|---|---|
| PAYMENTS | $-553.02 |
| CREDITS | $0.00 |
| CHARGES | $553.02 |
| BALANCE DUE | $0.00 |

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Did you know you make your payment online? Go to www.windsorsanitation.com and click Online Bill Pay.

| DATE | QUANTITY | FREQUENCY | DESCRIPTION | WORK ORDER | TICKET | AMOUNT |
|---|---|---|---|---|---|---|
| **New Charges** | | | | | | |
| Site 014249-0001 - Hamilton Group - 420 Woodland Ave, Bloomfield | | | | | | |
| 10/01/2020 | 1.00 | | DELIVER 30 YARD ROLL OFF | 0000031433 | | $520.00 |
| | | | CT | 0000031433 | | $33.02 |

**Total New Charges:** $553.02

### PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**Windsor Sanitation Inc**
PO Box 622
Windsor, CT 06095-0622
Phone: (860) 688-3955

| CUSTOMER NO | INVOICE DATE | INVOICE NO | BALANCE DUE |
|---|---|---|---|
| 014249 | 10/2/2020 | 0000153971 | $0.00 |
| CHECK NO | | AMOUNT ENCLOSED | |
| | | $ | |

| Be sure to write your customer number on your check |
|---|

Hamilton Group
36 Killingworth Tpke
Clinton, CT 06413-1387

NELIGONS AUTO CARE CEN
1213 BLUE HILLS AVENUE
BLOOMFIELD, CT 06002

09/01/2020                08:28:13

CREDIT CARD

VISA SALE

Card #                XXXXXXXXXXX1191
Chip Card:              CHASE VISA
AID:              A0000000031010
SEQ #:                      1
Batch #:                  1321
INVOICE                    1
Approval Code:          044061      M
Entry Method:          Chip Read    M
Mode:                    Issuer     M

SALE AMOUNT            $40.00

CUSTOMER COPY

## Neligon's Auto Care Center, L.L.C
1213 Blue Hills Avenue
Bloomfield CT 06002
860- 242 -9200
The Best Service In Town
24 Hour Towing

page 1

### Invoice #74415

| Description | Condition | Unit Price | Price |
|---|---|---|---|
| PROPANE | | $40.00 | $40.00 |
| Labor | ................................................ | | $0.00 |
| Parts | ................................................ | | $40.00 |
| Sublet/Misc. | ................................................ | | $0.00 |
| Shop Supplies | ................................................ | | $0.00 |
| Charges | ................................................ | | $0.00 |
| Sales Tax | Tax @ $0.00 * 6.3500% | | $0.00 |
| | VISA $40.00      Paid | | $40.00 |

International Sureties, Ltd.
701 POYDRAS Street
SUITE 420
NEW ORLEANS, LA  70139
504-581-6404
504-581-1876 - FAX

Thursday, October  1, 2020

INVOICE

MIKE KNUDSEN
THE HAMILTON GROUP, LLC
36 KILLINGWORTH TURNPIKE
CLINTON, CT 06413

PHONE - (203) 433-8052
FAX   - (203) 643-2285
eMAIL -

SINGLE SALE AUCTIONEER BANKRUOTCY BOND - REAL GOODS SOLAR, INC.; CASE
#20-11590-TBM

Bond Amount $     175,000

Bond # 0789331
TERM:  10/01/20  to  01/01/21

BALANCE DUE          $     975.00

PLEASE REMIT UPON RECEIPT

PLEASE PUT BOND NUMBER ON CHECK !
PLEASE MAKE CHECKS PAYABLE TO INTERNATIONAL SURETIES, LTD.