# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE: )
    REAL GOOD SOLAR INC )
) Case No. 20-11590TBM
) Chapter 7
)
Debtor )

## REPORT OF SALE

COMES NOW Dickensheet & Associates, Inc., Auctioneer, in the above captioned proceeding and states as follows:

1. On May 5th, 2021, the Trustee in the above-captioned case obtained an order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction on May 7th, 2020, by Dickensheet & Associates, Inc., 1501 W Wesley Avenue, Denver, Colorado 80223. A list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $22,547.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on June 11th, 2021.

4. The undersigned was paid a commission of fifteen percent (15%) totaling $3,382.05 and expenses of $347.50 were incurred regarding this estate.

5. If any items consigned by the Trustee were not sold because no bids were received, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certified that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

DATED: June 10th, 2021

Respectfully submitted,

*Christine Dickensheet* (signature)
Christine Dickensheet
Dickensheet & Associates, Inc.
1501 W Wesley Avenue
Denver, Colorado 80223

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing REPORT OF SALE was filed CM/ECF, delivered or mailed, postage prepaid, to the following:

Jeanne Jagow
Chapter 7 Trustee
P.O. Box 271088
Littleton, CO 80127

United States Trustee
District of Colorado
1961 Stout Street, Suite 12-200
Denver, Colorado 80294

United States Bankruptcy Court
721 19th Street
Denver, Colorado 80202

DATED: June 10th, 2020



# Seller Settlement



Dickensheet & Associates, Inc
1501 W Wesley Ave
Denver, CO 80223
Phone: (303) 934-8322

Invoice # 1-155384-1

## Seller Information

| | |
|---|---|
| Seller Name: | SOLAR INC, REAL GOODS |
| Seller Number: | 1 |
| Company: | Case #: 20-11590TBM |
| Location: | Ms. Jeanne Jagow, Trustee<br>UNITED STATES BANKRUPTCY COURT<br>DENVER, CO 80202 |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | Real Goods Solar |
| Date: | 05/07/2021 00:00 |
| Location: | 110 16th Street Mall<br>Suite 300 & Sub Basement<br>Denver, CO 80202 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 2 | Photo copier - (1) Konica Minolta Bizhub C353 photo copier as pictured. Winning bid buys the lot! Located at 1501 W Wesley Avenue, Denver, CO 80223 | 226 | $470.00 | ($70.50) | $399.50 |
| 3 | Laptop - This lot contains one Dell Latitude E7470 business Laptop that has a 14-inch display, a 2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity. This laptop does come with a 19.5 volt Dell AC adapter. Winning bid buys the lot! Hardware o | 227 | $190.00 | ($28.50) | $161.50 |
| 4 | Laptop - This lot contains (1) Dell Latitude E7470 business laptop with a 14-inch display, 2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity. This laptop does come with a 19.5 volt AC adapter. Winning bid buys the lot! Hardware only, passwo | 227 | $200.00 | ($30.00) | $170.00 |
| 5 | Laptop - This lot contains (1) Dell Latitude E7470 business laptop with a 14-inch display, 2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity. This laptop does come with a 19.5 volt Dell AC adapter. Winning bid buys the lot! Hardware only, p | 223 | $190.00 | ($28.50) | $161.50 |
| 6 | Laptop - This lot contains (1) Dell Latitude E7470 business laptop with a 14-inch display, 2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity. This laptop does come with a 19.5 volt Dell AC adapter. Winning bid buys the lot! Hardware only, p | 223 | $210.00 | ($31.50) | $178.50 |
| 7 | Laptops - This lot contains (2) laptops including (1) Dell Latitude E7470 core i7 business laptop with a 14-inch display, 2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity. This laptop does come with 19.5 volt Dell AC adapter. Also (1) Dell | 198 | $260.00 | ($39.00) | $221.00 |
| 8 | Laptops - This lot contains (2) Dell Latitude E6420, core i3 laptops with a 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD. Note one laptop has been marked as having power socket issues and no battery. Winning bid buys them both! Hardware onl | 198 | $130.00 | ($19.50) | $110.50 |
| 9 | Laptops - This lot contains (2) laptops including (1) Dell Latitude E6420, core i3 laptop with a 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD and (1) unit stating no battery. Winning bid buys them both! Hardware only, password protected | 198 | $140.00 | ($21.00) | $119.00 |
| 10 | Laptops - This lot contains (2) Dell Latitude E6420 core i3 laptops with 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD. Both of these laptops have no battery. One bid buys both! Hardware only, password protected or cleared. Unless otherwise | 198 | $140.00 | ($21.00) | $119.00 |
| 11 | Laptops - This lot contains (2) Dell Latitude E6420, core i3 laptops with 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD. Both of these laptops have no battery. One bid buys them both! Hardware only, password protected or cleared. Unless oth | 198 | $140.00 | ($21.00) | $119.00 |
| 12 | Laptops - This lot contains (2) Dell Latitude E6420, core i3 laptops with a 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD. Both laptops have no battery. One bid buys them both! Hardware only, password protected or cleared. Unless otherwise | 198 | $140.00 | ($21.00) | $119.00 |
| 13 | Laptops - This lot contains (2) Dell Latitude E6420 laptops with a 14-inch HD multi-touch LED display, 2.6 GHz, 8 GB RAM and 500 GB HDD including (1) core i3 and (1) core i5. Both laptops do not have batteries. One bid buys them both! Hardware only, password pro | 198 | $140.00 | ($21.00) | $119.00 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 14 | Laptops - (3) LAPTOP PACKAGE including (2) Dell Latitude E6420, core i3 laptops with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.Both laptops have no battery, and (1) core i3 with no hard drive. One bid buys all three! Hardware only, p | 198 | $230.00 | ($34.50) | $195.50 |
| 15 | Laptop - This lot contains (1) Dell Latitude E6420, core i5 laptop with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapt | 198 | $85.00 | ($12.75) | $72.25 |
| 16 | Laptop - This lot contains (1) Dell Latitude E7470 business laptop with a 14-inch display,2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, p | 198 | $200.00 | ($30.00) | $170.00 |
| 17 | Laptops - (3) LAPTOP PACKAGE including-(3) Dell Latitude E6420, core i3 laptops with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.None of these laptops have batteries.One bid buys all three! Hardware only, password protected or cleared. | 198 | $220.00 | ($33.00) | $187.00 |
| 18 | Laptop - This lot contains (1) Dell Latitude E6420, core i5 laptop with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, password protected or | 225 | $190.00 | ($28.50) | $161.50 |
| 19 | Laptop - This lot contains (1) Dell Latitude E6420, core i7 laptop with a 14-inch HD multi-touch display,2.6 GHz,8 GB RAM and 500 GB HDD.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, password protected or clea | 198 | $270.00 | ($40.50) | $229.50 |
| 20 | Laptop - This lot contains (1) Dell Latitude 7480 business laptop with a 14-inch LED-lit screen,8 GB DDr4 SD RAM,128 GB solid state drive and 32 GB max memory.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, pass | 133 | $250.00 | ($37.50) | $212.50 |
| 21 | Laptop - This lot contains (1) Dell Precision 3530, core i7 Notebook/laptop with a 15.6-inch LCD display,16 GB RAM,512 GB hard drive and a CPU speed of 2.6 GHz. This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, pas | 133 | $520.00 | ($78.00) | $442.00 |
| 22 | Laptop - This lot contains (1) Dell Latitude E6410, core i5 Notebook/laptop with a 14.1 anti-glare display | 198 | $40.00 | ($6.00) | $34.00 |
| 23 | Laptops - This lot contains (2) Dell Latitude E6410 Notebook/laptops with a 14.1 anti-glare display | 198 | $75.00 | ($11.25) | $63.75 |
| 24 | Laptop - This lot includes (1) Dell Latitude E5500, core 2 duo laptop with a 15.4 display | 198 | $170.00 | ($25.50) | $144.50 |
| 25 | Laptop - This lot contains (1) Dell Latitude E7470 business laptop that has a 14-inch display,2.4 GHz processor with 8 GB memory and a 256 GB SSD hard drive capacity.This laptop does come with a 19.5 volt Dell AC adapter.Note this unit took about 45 minutes t | 164 | $210.00 | ($31.50) | $178.50 |
| 26 | Laptop - This lot includes (1) Dell Latitude 7480 Ultrabook,core i7 business laptop with a 14-inch LED-lit screen,8 GB DDr4 SD RAM,128 GB solid state drive and 32 GB max memory.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! H | 166 | $380.00 | ($57.00) | $323.00 |
| 27 | Laptop - This lot contains (1) Apple MacBook Pro A1502 Intel core i5 with a 13-inch Retina display,back-lit keyboard,128 GB HDD and 128 GB SSD with adapter.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power | 226 | $400.00 | ($60.00) | $340.00 |
| 28 | Laptops - This lot contains (2) Dell Latitude E6420 laptops with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.(1) i3 outlined as often freezes" and the other no battery | 198 | $180.00 | ($27.00) | $153.00 |
| 29 | Laptop - This lot contains (1) Dell Inspiron core i3 laptop with a 19.5 volt AC adapter.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 | 198 | $180.00 | ($27.00) | $153.00 |
| 30 | Laptop - This lot contains (1) Dell Latitude E6420, core i3 laptop with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.This laptop does come with a 19.5 volt Dell AC adapter.Winning bid buys the lot! Hardware only, password protected or | 198 | $180.00 | ($27.00) | $153.00 |
| 31 | Laptops - This lot contains(3) laptops including (2) Dell Latitude E6420, core i3 or core i5 laptops with a 14-inch HD multi-touch LED display,2.6 GHz,8 GB RAM and 500 GB HDD.None of these laptops have batteries.Please utilize inspection for full review. Thank | 198 | $230.00 | ($34.50) | $195.50 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 32 | Laptops - (2) DELL LAPTOP LOT-Dell Latitude E6420-no DVD or battery, damaged. The other is a Latitude no battery, missing key, damaged. One bid buys two! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are includ | 198 | $95.00 | ($14.25) | $80.75 |
| 33 | Laptops - (2) DELL LAPTOP LOT-Dell Latitude E6520, core i3 or core i5 laptops with 15.6 LED display | 198 | $110.00 | ($16.50) | $93.50 |
| 34 | Laptops - This lot contains (3) Dell laptops including (1) Dell Latitude 7480 Ultrabook, core i7 with a 14-inch LED-lit screen,8 GB DDr4 SD RAM,128 GB solid state drive and 32 GB max memory.Note this laptop has screen issues, (1) Dell Latitude E7470 business l | 198 | $610.00 | ($91.50) | $518.50 |
| 35 | Parts laptops - Lot of (8) laptops and assorted parts as photographed. One bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Avenue, Denver, CO | 228 | $130.00 | ($19.50) | $110.50 |
| 36 | Electronics - (3) Boxes of keyboards along with (1) box of mice as photographed.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Aven | 202 | $30.00 | ($4.50) | $25.50 |
| 37 | Computer equipment - Lot of keyboard facia, routers, mounts along with hard drives as photographed.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W | 183 | $35.00 | ($5.25) | $29.75 |
| 38 | Computer tower - (1) Dell Precision T1700 tower computer as pictured. Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Avenue, Denver, CO 80223. | 125 | $90.00 | ($13.50) | $76.50 |
| 39 | Computer tower - (1) Dell Precision T1700 tower computer as pictured. Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Avenue, Denver, CO 80223. | 125 | $90.00 | ($13.50) | $76.50 |
| 40 | Computer tower - (1) Dell Precision T1700 tower computer as pictured. Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Avenue, Denver, CO 80223. | 229 | $95.00 | ($14.25) | $80.75 |
| 41 | Computer wires - (3) Tubs of assorted computer cords,adapters and cables as pictured.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Av | 125 | $65.00 | ($9.75) | $55.25 |
| 42 | Toner cartridges - Great selection of (18) Canon toner cartridges, (8) other toner cartridges. One bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesle | 167 | $290.00 | ($43.50) | $246.50 |
| 43 | Meters/inverters - Lot with (2) meters, (5) utility inverters, (5) electrical boxes. One bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located at 1501 W Wesley Avenue, | 214 | $60.00 | ($9.00) | $51.00 |
| 44 | Solar plates - This lot contains (1) Tub and (1) box of solar panel items and (1) screen as pictured.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are included with the purchase. Located a | 130 | $120.00 | ($18.00) | $102.00 |
| 45 | Sun Eye - This lot contains (1)Solmetric Sun Eye 110N V2 with HP iPaq, DVD is damaged with USB cable and carrying case as pictured.Winning bid buys the lot! Hardware only, password protected or cleared. Unless otherwise noted-no power cords or adapters are inc | 217 | $55.00 | ($8.25) | $46.75 |
| 46 | Wire tracker/CD case - This lot contains (1) Cables to Go wire tracker kit and (1) CD case as pictured.Winning bid buys them both! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 189 | $55.00 | ($8.25) | $46.75 |
| 47 | Air heaters - This lot contains (2) Lasko portable air heaters as pictured.Winning bid buys them both! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 148 | $50.00 | ($7.50) | $42.50 |
| 51 | Lot of (4) Dell wide screen flat panel monitors, - app 23 inch, Located on 3rd Floor. One bid buys all four! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $150.00 | ($22.50) | $127.50 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 53 | (2) Dell wide screen flat panel monitors, app 23 - inch pedestal mounted as photographed includes office supplies. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $75.00 | ($11.25) | $63.75 |
| 54 | Lot of (3) Dell wide screen flat panel monitors, - app 23 inch include stand and Sharp calculator, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 55 | (2) Dell wide screen flat panel monitors, app 23 - inch pedestal mounted includes office supplies, Sharp calculator, Located on 3rd Floor. One bid buys the package! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $90.00 | ($13.50) | $76.50 |
| 56 | Lot of (3) Dell wide screen flat panel - monitors-(1)-23 inch, (2)-22 inch, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 57 | (2) Dell wide screen flat panel monitors, app 23 - inch includes foot rest. Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $75.00 | ($11.25) | $63.75 |
| 58 | Lot of (3) Dell wide screen flat panel monitors, - app 24 inch, Located on 3rd Floor. One bid buys all three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 59 | (3) Dell wide screen flat panel monitors as - photographed, either 20 inch, 24 inch, Located on 3rd Floor. One bid buys all three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 60 | Lot of (3) Dell wide screen flat panel monitors, - app 23 inch, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $120.00 | ($18.00) | $102.00 |
| 61 | Lot of (2) Dell wide screen flat panel monitors, - app 23 inch. Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $90.00 | ($13.50) | $76.50 |
| 62 | (2) Dell wide screen flat panel monitors, - pedestal mounted, app 23 inch, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $140.00 | ($21.00) | $119.00 |
| 63 | Lot of (3) Dell wide screen flat panel monitors, - (2)-app 23 inch pedestal mount, (1)-app 24 inch includes foot rest, Located on 3rd Floor. One bid buys all three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $130.00 | ($19.50) | $110.50 |
| 64 | (2) Dell wide screen flat panel monitors, app 23 - inch, pedestal mounted, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $120.00 | ($18.00) | $102.00 |
| 65 | (3) Dell wide screen flat panel monitors, (1)-app - 23 inch, (2) app 22 inch, pedestal mounted, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $120.00 | ($18.00) | $102.00 |
| 66 | (3) Dell wide screen flat panel monitors, app 24 - inch. (2) are pedestal mounted, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 67 | HP LaserJet P1102W printer, fans, Fellowes foot - rest, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 106 | $75.00 | ($11.25) | $63.75 |
| 68 | (3) Dell wide screen flat panel monitors, app 23 - inch. (2) are pedestal mounted includes office supplies as photographed, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purcha | 198 | $120.00 | ($18.00) | $102.00 |
| 69 | Lot of (3) Dell wide screen flat panel monitors, - app 23 inch, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $150.00 | ($22.50) | $127.50 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm. Total | Lot Net |
|---|---|---|---|---|---|
| 70 | (3) Dell wide screen flat panel monitors, (2)-app - 23 inch and (1)-app 22 inch, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 71 | Honeywell floor fan, 3M wall screen, Located on - 3rd Floor as photographed Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $30.00 | ($4.50) | $25.50 |
| 72 | Assorted office supplies, Located on 3rd Floor - Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 130 | $16.00 | ($2.40) | $13.60 |
| 73 | Lot of (8) assorted Dell wide screen flat panel - monitors, no power cords, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $280.00 | ($42.00) | $238.00 |
| 74 | Lot of (10) Dell wide screen flat panel monitors, - no power cords, Located on 3rd Floor. One bid buys all ten! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $410.00 | ($61.50) | $348.50 |
| 75 | Lot of (8) Dell wide screen flat panel monitors, - no power cords, Located on 3rd Floor. One bid buys all eight! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $250.00 | ($37.50) | $212.50 |
| 76 | Lot of (10) Dell wide screen flat panel monitors, - no power cords, Located on 3rd Floor. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $410.00 | ($61.50) | $348.50 |
| 77 | (2) Dell wide screen flat panel monitors, - pedestal mounted, no power cords, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 78 | Lot of (2) Dell wide screen flat panel monitors, - pedestal mounted, no power cords, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $90.00 | ($13.50) | $76.50 |
| 79 | (2) Dell wide screen flat panel monitors, - pedestal mounted, no power cords, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $75.00 | ($11.25) | $63.75 |
| 81 | (2) Dell wide screen flat panel monitors, - pedestal mounted, no power cords, Located on 3rd Floor as photographed. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $110.00 | ($16.50) | $93.50 |
| 82 | Lot of (4) Dell wide screen flat panel monitors, - no power cords as photographed, Located on 3rd Floor. One bid buys four! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $190.00 | ($28.50) | $161.50 |
| 83 | Assorted power supplies, network cable, keyboards - lot as photographed. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $55.00 | ($8.25) | $46.75 |
| 84 | Lot of (6) Dell wide screen flat panel monitors, - no power cords as photographed, Located on 3rd Floor. One bid buys six! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $160.00 | ($24.00) | $136.00 |
| 85 | (2) Dell wide screen flat panel monitors, - pedestal mounted, no power cords as photographed, Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $130.00 | ($19.50) | $110.50 |
| 86 | Lot of (7) Dell wide screen flat panel monitors, - no power cords as photographed, Located on 3rd Floor. One bid buys all seven! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $220.00 | ($33.00) | $187.00 |
| 87 | Lot of (6) Dell wide screen flat panel monitors, - no power cords as photographed, Located on 3rd Floor. One bid buys all six! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $270.00 | ($40.50) | $229.50 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm. Total | Lot Net |
|---|---|---|---|---|---|
| 88 | Lot of (7) various fans as photographed. One bid - buys all seven! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 148 | $25.00 | ($3.75) | $21.25 |
| 89 | (3) Total Dell Precision T1700 core i5 computers - (hardware only) consisting of Dell Optiplex 790, core i5 computers, Dell Optiplex 3020 core i5 computer, no power cords, Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions f | 125 | $190.00 | ($28.50) | $161.50 |
| 90 | Dell Latitude E7440 core i7 laptop computer - (hardware only), Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $410.00 | ($61.50) | $348.50 |
| 91 | Craftsman rolling tool chest includes monitor, - power and network cables. One bid buys the lot! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 180 | $110.00 | ($16.50) | $93.50 |
| 92 | Black AV cart only. Located at 110 16th St Mall - Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 180 | $25.00 | ($3.75) | $21.25 |
| 93 | HP 2920 power switch and Pulsar STS16 switch. One - bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 133 | $70.00 | ($10.50) | $59.50 |
| 94 | Assorted networking switches to first disconnect, - rack not included. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 133 | $80.00 | ($12.00) | $68.00 |
| 96 | Dell UPS 3750w battery backup only. Located at - 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 164 | $140.00 | ($21.00) | $119.00 |
| 97 | Dell PowerEdge R420 server, Dell PowerEdge - server, hardware only, Dell PowerEdge server, Dell 710 PowerEdge server, hardware only on all servers, no hard drives. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon pur | 205 | $80.00 | ($12.00) | $68.00 |
| 98 | Dell UPS 3750w battery backup only as - photographed. Please bring proper tools for removal from rack. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 164 | $140.00 | ($21.00) | $119.00 |
| 99 | UPS battery back up only as photographed. Please - bring proper tools for removal from rack. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 214 | $35.00 | ($5.25) | $29.75 |
| 100 | Dell UPS 2700W battery backup only as - photographed. Please bring proper tools for removal from rack. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 119 | $85.00 | ($12.75) | $72.25 |
| 120 | Hp ProLiant DL380G6 server, Seagate server, Dell - PowerEdge 2950 server, Dell PowerEdge 1950 server, all servers hardware only, no hard drives. | 214 | $55.00 | ($8.25) | $46.75 |
| 181 | Dell UPS 2700w battery backup only as - photographed. Please bring proper tools for removal from rack. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 189 | $70.00 | ($10.50) | $59.50 |
| 182 | Assorted office supplies only as photographed. - Please bring boxes for relocation. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 228 | $7.00 | ($1.05) | $5.95 |
| 183 | Assorted office supplies as photographed, cabinet - not included. Please bring boxes for relocation from site. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 130 | $14.00 | ($2.10) | $11.90 |
| 184 | Lot of (2) Dell wide screen flat panel monitors, - app 23 inch, pedestal mounted, no power cords, Located on 3rd Floor. One bid buys two! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $95.00 | ($14.25) | $80.75 |
| 185 | Lot of (2) Dell wide screen flat panel - monitors, app 23 inch, pedestal mounted, (1) Dell monitor, no mount, no power cords, Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $100.00 | ($15.00) | $85.00 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 186 | Lot of (3) Dell wide screen flat panel monitors, - no power cords, Located on 3rd Floor. One bid buys three! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $130.00 | ($19.50) | $110.50 |
| 187 | Plastic organizer includes cable, power supplies, - no power cords as photographed. Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $55.00 | ($8.25) | $46.75 |
| 188 | Lot of (7) Dell wide screen flat panel monitors, - no power cords as photographed, Located on 3rd Floor. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $280.00 | ($42.00) | $238.00 |
| 189 | Lot of (4) Dell monitors, no power cords, Located - on 3rd Floor. One bid buys all four! Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $160.00 | ($24.00) | $136.00 |
| 190 | Power cords, docking stations, assorted cabling - lot as photographed. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 198 | $35.00 | ($5.25) | $29.75 |
| 191 | Assorted office supplies only package as - photographed. Located at 110 16th St Mall Suite 300, Denver, CO 80202, Third Floor. Please review removal instructions for further info upon purchase. | 189 | $14.00 | ($2.10) | $11.90 |
| 192 | HP LaserJet model M1319MFP, no power cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $25.00 | ($3.75) | $21.25 |
| 193 | HP LaserJet model M1319FMP, no Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $20.00 | ($3.00) | $17.00 |
| 194 | HP LaserJet model M1319F MFP, No Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $14.00 | ($2.10) | $11.90 |
| 195 | Canon color ImageRunner P5280, No Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $60.00 | ($9.00) | $51.00 |
| 196 | Epson WorkForce WF3640 all in one, No Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $50.00 | ($7.50) | $42.50 |
| 197 | HP LaserJet P4015N printer, No Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $35.00 | ($5.25) | $29.75 |
| 198 | Assorted cabling, networking equipment as - photographed. Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $30.00 | ($4.50) | $25.50 |
| 199 | Selection of (20) cell phones, need repair, parts - only, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 202 | $70.00 | ($10.50) | $59.50 |
| 200 | Lot of (5) tower computers, parts only, No Power - Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 130 | $45.00 | ($6.75) | $38.25 |
| 372 | Networking switches as photographed, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 108 | $85.00 | ($12.75) | $72.25 |
| 373 | Single shelf of NetGear switches, UPS as - photographed, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 108 | $130.00 | ($19.50) | $110.50 |
| 374 | Various toner cartridges on two shelves as - photographed, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 167 | $130.00 | ($19.50) | $110.50 |
| 375 | Cable organizers on single shelf as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 205 | $10.00 | ($1.50) | $8.50 |
| 376 | Zbox sound bar Located in Basement Located at - 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 108 | $40.00 | ($6.00) | $34.00 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 377 | Lot of (2) printers, Seagate backup includes - Buffalo backup. No Power Cord, Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 195 | $70.00 | ($10.50) | $59.50 |
| 378 | Variety of CD drives, docking stations, power - supplies, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 164 | $30.00 | ($4.50) | $25.50 |
| 379 | Large lot keyboards, mice-top shelf as - photographed, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $120.00 | ($18.00) | $102.00 |
| 380 | Canon ImageRunner model 10250F, No Power Cord, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $100.00 | ($15.00) | $85.00 |
| 381 | HP color LaserJet model CM2320FXRMFP, missing - bottom tray, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $90.00 | ($13.50) | $76.50 |
| 382 | Canon model C5250 ImageRunner advance copier as - photographed, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $60.00 | ($9.00) | $51.00 |
| 383 | Large lot power cords, power supplies and network - cable Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $35.00 | ($5.25) | $29.75 |
| 384 | Selection of networks switches, rack glides - located in storage cabinet as photographed. Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 108 | $70.00 | ($10.50) | $59.50 |
| 385 | Monitor stands some with docking stations lot as - photographed, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 164 | $40.00 | ($6.00) | $34.00 |
| 388 | Lot of (7) assorted Dell wide screen flat panel - monitors, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $260.00 | ($39.00) | $221.00 |
| 389 | Large lot Dell docking stations as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $35.00 | ($5.25) | $29.75 |
| 390 | Lot of (4) desktop computers-(2) HP, (2) Dell - Optiplex 390 (hardware only), No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 125 | $55.00 | ($8.25) | $46.75 |
| 391 | (6) Dell tower computers (hardware only) OptiPlex - 790, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 125 | $130.00 | ($19.50) | $110.50 |
| 392 | (7) Dell Tower computers (hardware - only) OptiPlex 790, No Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 125 | $130.00 | ($19.50) | $110.50 |
| 393 | Fronius IG series inverter as photographed, No - Power Cord, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 234 | $85.00 | ($12.75) | $72.25 |
| 394 | Fronius String inverter as photographed, Located - in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $95.00 | ($14.25) | $80.75 |
| 395 | Frouius IG inverter as photographed, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $100.00 | ($15.00) | $85.00 |
| 396 | Fronius IG inverter as photographed, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 233 | $120.00 | ($18.00) | $102.00 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 397 | Fronius Primo power source as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 233 | $510.00 | ($76.50) | $433.50 |
| 398 | Fronius Primo power source as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 233 | $510.00 | ($76.50) | $433.50 |
| 399 | Fronius Galvo power source as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 214 | $210.00 | ($31.50) | $178.50 |
| 400 | Fronius Galvo power source as photographed, - Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 233 | $210.00 | ($31.50) | $178.50 |
| 491 | SMA Sunny Boy inverter as photographed, Located - in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 187 | $160.00 | ($24.00) | $136.00 |
| 492 | Aurora DC- disconnect & wiring box as - photographed, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 130 | $40.00 | ($6.00) | $34.00 |
| 493 | Grid Tie Solar inverter series SPV as - photographed, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 130 | $40.00 | ($6.00) | $34.00 |
| 495 | Lot of Real Goods Solar (RGS) clothing, hats and - shirts Located in Basement. Please bring two wheel dolly for easy loading. Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 235 | $55.00 | ($8.25) | $46.75 |
| 496 | Trade show booth items, carrying cases, Located - in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 189 | $30.00 | ($4.50) | $25.50 |
| 497 | Approximately (36) Dell wide screen flat panel - monitors on top shelf, No Power Cords, Located in Basement. One bid buys this amazing lot! Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $1,000.00 | ($150.00) | $850.00 |
| 498 | Approximately (28) Dell flat panel monitors - located on middle shelves, No Power Cords, Located in Basement. One bid buys the lot! Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $1,000.00 | ($150.00) | $850.00 |
| 552 | Neewer model JYLED-500S dimmable barndoor U - bracket panel video light, located in basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 105 | $50.00 | ($7.50) | $42.50 |
| 553 | Neewer model JYLED-500S dimmable barndoor U - bracket panel video light, located in basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 130 | $55.00 | ($8.25) | $46.75 |
| 554 | (3) Laptop Lot-Dell Latitude E6400, HP ProBook - 6440b, Dell Latitude D820 laptops (hardware only on all), No adapters, Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 139 | $95.00 | ($14.25) | $80.75 |
| 555 | Lot of (3) tower computers (hardware only), - docking stations and (5) monitors, No Power Cords, Located in Basement. Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 130 | $55.00 | ($8.25) | $46.75 |
| 556 | Canon color ImageRunner C33801 copier, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $60.00 | ($9.00) | $51.00 |
| 557 | Canon ImageRunner Advance C5035, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $70.00 | ($10.50) | $59.50 |
| 558 | Kyocera Taskalfa 3050ci copier, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $50.00 | ($7.50) | $42.50 |
| 559 | Lanier LD528c copier with automatic document - feeder, Located in Basement. Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $40.00 | ($6.00) | $34.00 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 560 | Xerox Phaser 6180, No Power Cord, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 205 | $7.00 | ($1.05) | $5.95 |
| 561 | Canon color ImageRunner LBP5975 copier, printer, - No Power Cord Located in Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 198 | $60.00 | ($9.00) | $51.00 |
| 562 | Assorted canopies lot as photographed, Located in - Basement. One bid buys the lot! Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 235 | $100.00 | ($15.00) | $85.00 |
| 563 | Three tripods as photographed, Located in - Basement. One bid buys three! Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 189 | $50.00 | ($7.50) | $42.50 |
| 564 | Lot of (2) mannequins as photographed, Located in - Basement Located at 110 16th Street Mall, Sub-Basement in Denver, CO. Please utilize removal instructions upon purchase for further removal information. | 189 | $55.00 | ($8.25) | $46.75 |
| 166 | | | $22,547.00 | ($3,382.05) | $19,164.95 |

Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Seller | | Advertising & Promotion | $347.50 | |
| Total Expenses: 1 | | | Total: | $347.50 | |

Auction Summary

| | |
|---|---|
| Auction Gross | $22,547.00 |
| Commissions | ($3,382.05) |
| Expenses | ($347.50) |
| Credits | $0.00 |
| Auction Net | $18,817.45 |
| Total Paid | $22,547.00 |
| Balance Due | ($3,729.55) |